UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>Plaintiff.<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC; CSFB 1999 – C1 ROYALL STREET, LLC; and CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., | CIVIL ACTION NO. 05 10506 WGY |

### STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

All parties, by their undersigned counsel, hereby stipulate to extend the time of all defendants to file a responsive pleading to the Complaint to and including April 14, 2005.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>By their attorney,<br><br>/s/ Peter B. McGlynn<br>Peter B. McGlynn, Esq., BBO #333660<br>Meredith A. Swisher, Esq., BBO #646866<br>BERNKOPF GOODMAN LLP<br>125 Summer Street, 13th Floor<br>Boston, MA  02110<br>(617) 790-3000 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC; CSFB 1999 – C1 ROYALL STREET, LLC; AND CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITY CORP.,<br>By their attorney,<br><br>/s/ E. Randolph Tucker<br>E. Randolph Tucker, BBO #503845<br>Bruce S. Barnett, BBO #647668<br>Traci S. Feit, BBO #660688<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>One International Place<br>Boston, MA  02110<br>(617) 406-6000 |

Date:  March 23, 2005