UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>   Plaintiff.<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC; CSFB 1999 – C1 ROYALL STREET, LLC; and CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., | CIVIL ACTION NO. 05 10506 WGY |

## STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

All parties, by their undersigned counsel, hereby stipulate to extend the time of all defendants to file a responsive pleading to the Complaint to and including April 29, 2005.

Respectfully submitted,

BLUE HILLS OFFICE PARK LLC,
By their attorney,

/s/ Peter B. McGlynn
Peter B. McGlynn, Esq., BBO #333660
Meredith A. Swisher, Esq., BBO #646866
BERNKOPF GOODMAN LLP
125 Summer Street, 13th Floor
Boston, MA  02110
(617) 790-3000

Respectfully submitted,

CREDIT SUISSE FIRST BOSTON
MORTGAGE CAPITAL, LLC; CSFB
1999 – C1 ROYALL STREET, LLC; AND
CREDIT SUISSE FIRST BOSTON
MORTGAGE SECURITY CORP.,
By their attorney,

/s/ E. Randolph Tucker
E. Randolph Tucker, BBO #503845
Bruce S. Barnett, BBO #647668
Traci S. Feit, BBO #660688
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA  02110
(617) 406-6000

Date:  April 14, 2005