UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>    Plaintiff.<br><br>    v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC; CSFB 1999 – C1 ROYALL STREET, LLC; and CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., | CIVIL ACTION NO. 05 10506 WGY |

STIPULATION RE AMENDED COMPLAINT AND

EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

The parties stipulate as follows:

1)    Plaintiff will serve and file an amended complaint shortly;

2)    Defendants will file a responsive pleading to the amended complaint within 10 days of its service.  The defendants will not file pleadings responsive to the original complaint.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>By its attorney, | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC; CSFB 1999 – C1 ROYALL STREET, LLC; AND CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.,<br>By their attorney, |
| /s/ Peter B. McGlynn<br>Peter B. McGlynn, Esq., BBO #333660<br>Meredith A. Swisher, Esq., BBO #646866<br>BERNKOPF GOODMAN LLP<br>125 Summer Street, 13th Floor<br>Boston, MA  02110<br>(617) 790-3000 | /s/ E. Randolph Tucker<br>E. Randolph Tucker, BBO #503845<br>Bruce S. Barnett, BBO #647668<br>Traci S. Feit, BBO #660688<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>One International Place<br>Boston, MA  02110<br>(617) 406-6000 |

Date:  April 29, 2005

~BOST1:351086.v1  |4/29/05