UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BLUE HILLS OFFICE PARK LLC, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CSFB 1999 – C1 ROYALL STREET, LLC; )<br>and CREDIT SUISSE FIRST BOSTON )<br>MORTGAGE SECURITY CORP., )<br>    Defendants. )<br>) | Civil Action No. 05-CV-10506 (WJY) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF ALL NOTICES AND DOCUMENTS**

    **Please take notice that** Meredith A. Swisher enters her appearance on behalf of Blue Hills Office Park LLC ("Blue Hills")

Meredith Swisher, Esquire
Bernkopf Goodman LLP,
125 Summer Street, Suite 1300
Boston Massachusetts 02110
mswisher@bg-llp.com

pursuant to 11 U.S.C. §1109 and Bankruptcy Rules 2002, and 9010 (b).  The undersigned hereby requests that they be served with copies of all notices, papers and orders required to be given or served in accordance with Bankruptcy Rule 2002 and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegram, telex or otherwise, which effects the above-captioned Debtor or the property of the Debtor filed by any party in the above referenced case and proceedings herein.

          Respectfully submitted,
          Blue Hills Office Park LLC
          By its attorneys,


          _____/s/ Meredith A. Swisher_____
          Meredith A. Swisher, Esquire, BBO No. 646866
          Bernkopf Goodman LLP
          125 Summer Street, Suite 1300
          Boston, Massachusetts 02110
          Telephone:    (617) 790-3000
          mswisher@bg-llp.com

May 10, 2005

**CERTIFICATE OF SERVICE**

I, Meredith A. Swisher, do hereby certify that I caused to be served, this 10th day of May 2005, my Notice of Appearance, via first class mail upon the following:

**Bruce S. Barnett**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110


**E. Randolph Tucker**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110

                                                /s/  Meredith A. Swisher
                                                Meredith A. Swisher