UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>Plaintiff.<br><br>v.<br><br>CSFB 1999 – C1 ROYALL STREET, LLC; and CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.,<br><br>Defendants. | CIVIL ACTION NO. 05 10506 WGY |

## STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

All parties, by their undersigned counsel, hereby stipulate to extend the time of all defendants to file a responsive pleading to the First Amended Complaint to and including June 6, 2005.

Respectfully submitted,

BLUE HILLS OFFICE PARK LLC,
By their attorney,

/s/ Meredith A. Swisher
Peter B. McGlynn, Esq., BBO #333660
Meredith A. Swisher, Esq., BBO #646866
BERNKOPF GOODMAN LLP
125 Summer Street, 13th Floor
Boston, MA 02110
(617) 790-3000

Respectfully submitted,

CSFB 1999 – C1 ROYALL STREET,
LLC; AND CREDIT SUISSE FIRST
BOSTON MORTGAGE SECURITY
CORP.,
By their attorney,

/s/ E. Randolph Tucker
E. Randolph Tucker, BBO #503845
Bruce S. Barnett, BBO #647668
Traci S. Feit, BBO #660688
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110
(617) 406-6000

Date: May 16, 2005

~BOST1:321927.v3
306477-18