UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CSFB 1999–C1 ROYALL STREET, LLC; and CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.,<br><br>　　Defendants. | Civil Action No. 05-CV-10506 (WGY) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for **CSFB 1999-C1 Royall Street, LLC** and **Credit Suisse First Boston Mortgage Securities Corp.** in the above-captioned matter.

|  |  |
|---|---|
| June 6, 2005 | CSFB 1999-C1 ROYALL STREET, LLC<br>and CREDIT SUISSE FIRST BOSTON<br>MORTGAGE SECURITIES CORP.,<br><br>By its attorney,<br><br>/s/ Traci S. Feit<br>Traci S. Feit, BBO #660688<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>One International Place<br>Boston, MA 02110<br>(617) 406-6000<br>e-mail: traci.feit@dlapiper.com |