UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CSFB 1999–C1 ROYALL STREET, LLC; and<br>CREDIT SUISSE FIRST BOSTON MORTGAGE<br>SECURITIES CORP.,<br><br>    Defendants. | Civil Action No.  05-CV-10506 (WGY) |

**DEFENDANT CSFB 1999–C1 ROYALL STREET, LLC'S**
**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, defendant CSFB 1999–C1 Royall Street, LLC discloses that it is a Delaware limited liability company whose sole member is a trust. The beneficiaries of the trust are the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999 C-1, and the trustee is JP Morgan Chase Bank.

Respectfully submitted,

CSFB 1999-C1 ROYALL STREET, LLC

By its attorney,

/s/ E. Randolph Tucker
E. Randolph Tucker, BBO #503845
Bruce S. Barnett, BBO #647666
Traci S. Feit, BBO #660688
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA  02110
(617) 406-6000

June 6, 2005

~BOST1:373610.v1