UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CSFB 1999–C1 ROYALL STREET, LLC; and CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.,<br><br>    Defendants. | Civil Action No. 05-CV-10506 (WGY) |

**DEFENDANT CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, defendant Credit Suisse First Boston Mortgage Securities Corp. discloses that it is a wholly owned subsidiary of Credit Suisse First Boston Management LLC, which is wholly owned by Credit Suisse First Boston (USA), Inc., which is wholly owned by Credit Suisse First Boston, Inc., which is jointly owned by Credit Suisse Group (whose shares are publicly traded on the Swiss Stock Exchange) and Credit Suisse First Boston (which is itself a wholly owned subsidiary of Credit Suisse Group).

                                                      Respectfully submitted,

                                                      CREDIT SUISSE FIRST BOSTON
                                                      MORTGAGE SECURITIES CORP.

                                                      By its attorney,

                                                      /s/ E. Randolph Tucker
                                                      E. Randolph Tucker, BBO #503845
June 6, 2005                                      Bruce S. Barnett, BBO #647666
                                                      Traci S. Feit, BBO #660688
                                                      DLA PIPER RUDNICK GRAY CARY US LLP
                                                      One International Place
                                                      Boston, MA 02110
                                                      (617) 406-6000