UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-<br>    Counterclaim<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON<br>MORTGAGE SECURITY CORP.,<br>    Defendant.<br><br>and<br><br>CSFB 1999 – C1 ROYALL STREET, LLC<br>    Defendant/Plaintiff-in-<br>    Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD<br>FINEBERG,<br>    Defendants-in-Counterclaim | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-10506 (WGY) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Plaintiff Blue Hills Office Park LLC states that it is a Delaware limited liability company. It is a non-governmental party, has no parent company, and no publicly held company owns 10% or more of its stock.

                                                  Plaintiff/Defendant-in-Counterclaim
                                                  BLUE HILLS OFFICE PARK LLC
                                                  By its attorneys,

                                                  /s/ Meredith A. Swisher
                                                  Peter B. McGlynn, Esq. BBO# 333660
                                                  Meredith A. Swisher, Esq. BBO# 646866
                                                  BERNKOPF GOODMAN LLP
                                                  125 Summer Street, 13th floor
                                                  Boston, Massachusetts 02110
                                                  (617) 790-3000
                                                  pmcglynn@bg-llp.com
                                                  mswisher@bg-llp.com

Dated:

#310623 v1 14500/9985MAS

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>  Plaintiff/Defendant-in-<br>  Counterclaim<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON<br>MORTGAGE SECURITY CORP.,<br>  Defendant.<br><br>and<br><br>CSFB 1999 – C1 ROYALL STREET, LLC<br>  Defendant/Plaintiff-in-<br>  Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD<br>FINEBERG,<br>  Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

## CERTIFICATE OF SERVICE

  I, Meredith A. Swisher, hereby certify that I caused to be served, this 10th day of June 2005, the **Corporate Disclosure Statement of Plaintiff**, via e-mail and first class mail, postage pre-paid, upon the following:

**Bruce S. Barnett**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110

**E. Randolph Tucker**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110

           /s/   Meredith Swisher
           Meredith Swisher