AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

BLUE HILLS OFFICE PARK LLC

**SUMMONS IN A CIVIL ACTION**

V.
CREDIT SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP., Defendant, and CSFB
1999-C1 ROYALL STREET, LLC,

CASE NUMBER:   05-CV-10506 (WGY)

TO: (Name and address of Defendant)

WILLIAM LANGELIER
c/o Meredith A. Swisher, Esq.
Bernkopf Goodman LLP
125 Summer St., 13th floor
Boston, Massachusetts 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Randolph Tucker
DLA Piper Rudnick Gray Cary US LLP
One International Place
21st Floor
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within   **twenty (20)**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

_0-13-05_

CLERK                                                           DATE

(By) DEPUTY CLERK

﹩AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                            Signature of Server

                                         _____
                                         Address of Server

    I, Meredith A. Swisher, declare and attest that I have accepted service of this summons and counterclaim on behalf of my client, William Langelier, this _14_ day of June, 2005.

    I further declare and attest that I am authorized to do so.

Executed on _June 14, 2005_          _Meredith A. Swisher_
              Date                            Signature

                                   Address  _Bernkopf Goodman LLP_
                                                    _125 Summer St_
                                                    _Boston, MA 02110_

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.