UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>  Plaintiff, Defendant-in-Counterclaim.<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.,<br><br>  Defendant,<br><br>and<br><br>CSFB 1999 – C1 ROYALL STREET, LLC;<br><br>  Defendant, Plaintiff-in-Counterclaim,<br><br>v.<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br><br>  Defendants-in-Counterclaim. | Civil Action No. 05-CV-10506 (WGY) |

## STIPULATION TO STRIKE JURY DEMAND FROM THE FIRST AMENDED COMPLAINT

All parties, by their undersigned counsel, hereby stipulate to strike plaintiff Blue Hills Office Park LLC's demand for a jury trial from the First Amended Complaint.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| BLUE HILLS OFFICE PARK LLC,<br>By their attorney, | CSFB 1999 – C1 ROYALL STREET, LLC; AND CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITY CORP.,<br>By their attorney, |
| /s/ Meredith A. Swisher<br>Peter B. McGlynn, Esq., BBO #333660<br>Meredith A. Swisher, Esq., BBO #646866<br>BERNKOPF GOODMAN LLP<br>125 Summer Street, 13th Floor<br>Boston, MA  02110<br>(617) 790-3000 | /s/ Traci S. Feit<br>E. Randolph Tucker, BBO #503845<br>Bruce S. Barnett, BBO #647668<br>Traci S. Feit, BBO #660688<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>One International Place<br>Boston, MA  02110<br>(617) 406-6000 |

Date:  June 20, 2005

~BOST1:374753.v2