UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>     Plaintiff/Defendant-in-<br>     Counterclaim<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON<br>MORTGAGE SECURITIES CORP.,<br>     Defendant.<br><br>and<br><br>CSFB 1999 – C1 ROYALL STREET, LLC<br>     Defendant/Plaintiff-in-<br>     Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD<br>FINEBERG,<br>     Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

## LOCAL RULE 16.1(D) JOINT STATEMENT

Pursuant to Federal R. Civ. P. 16, Local Rule 16.1, Fed.R.Civ.P. 26(f) and Local Rule 26.1, the parties, having conferred as required by Local Rule 16.1(B), hereby submit this Local Rule 16.1(D) Joint Statement for the Court's consideration.

**I.   AGENDA FOR SCHEDULING CONFERENCE**

The parties propose that the pre-trial matters set forth herein be discussed during the scheduling conference.

**II.     INITIAL DISCLOSURE - RULE 26(a)(1) and LOCAL RULE 26.2**

The parties have agreed that they will exchange required automatic disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before August 8, 2005.  At this stage, the parties believe that they may benefit from phased discovery with the opportunity for mediation after limited discovery has been completed during the initial discovery phase.

**III.     ALTERNATIVE DISPUTE RESOLUTION**

The parties are willing to engage in mediation at the conclusion of the initial discovery phase.

**IV.     PROPOSED PRE-TRIAL SCHEDULE**

A proposed pre-trial schedule, including a joint discovery plan and proposed schedule for the filing of motions, is as follows:

A.     Initial Discovery Phase

| EVENT | COMPLETION DATE |
| --- | --- |
| • Service of Initial interrogatories (not more than 15), initial document requests and initial requests for admission (not more than 15). | August 15, 2005 |
| • Initial depositions (no more than 3 per each side of the versus) to be completed. | November 4, 2005 |

B.     Mediation Phase

Non-binding mediation shall be completed by December 9, 2005.  Mediation statements shall be exchanged by the parties and submitted to the mediator not less than 10 days prior to the scheduled date of mediation.  Parties are free to also submit confidential statements to the mediator as well.

C.   Final Discovery Phase

| EVENT | COMPLETION DATE |
|---|---|
| • Additional interrogatories (not more than additional 30), requests for admission (not than additional 30) and additional document requests served. | January 2, 2006 |
| • All fact discovery including all non-expert depositions to be completed. | April 14, 2006. |
| • Expert disclosures pursuant to Fed. R. Civ. 26(a)(2) to be completed. | May 15, 2006 |
| • Expert depositions completed | June 16, 2006 |
| • Dispositive motions filed. | July 17, 2006 |
| • Pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) completed. | October 20, 2006 |
| • Final pretrial conference. | November 1, 2006 |
| • Trial. | On or after November 14, 2006 |

All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion for good cause shown.

**V.   MAGISTRATE JUDGE**

The parties do not consent to trial by magistrate judge at this time.

**VI.  OTHER MATTERS.**

- Discovery Limits

Except as provided above, the parties accept the discovery event limits set forth in the Local Rules.

- 4 -

- Certification of Counsel and Parties Pursuant to LR 16.1(D)(3)

The parties and their counsel will file separate certifications in accordance with Local Rule 16.1(D)(3).

Respectfully submitted,

| Plaintiff | Defendants |
|---|---|
| BLUE HILLS OFFICE PARK | CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and CSFB 1999 – C1 ROYALL STREET, LLC |
| By its attorneys, | By its attorneys, |
| | |
| /s/ Peter B. McGlynn | /s/ E. Randolph Tucker |
| Peter B. McGlynn, Esq. BBO# 333660 | E. Randolph Tucker (BBO# 503845) |
| Meredith A. Swisher, Esq. BBO# 646866 | Bruce E. Falby (BBO# 544143) |
| BERNKOPF GOODMAN LLP | Bruce S. Barnett (BBO# 647668) |
| 125 Summer Street, 13th floor | Traci S. Feit (BBO# 630668) |
| Boston, Massachusetts 02110 | DLA Piper Rudnick Gray Cary US LLP |
| (617) 790-3000 | One International Place, 21st Floor |
| pmcglynn@bg-llp.com | Boston, MA 02110-2613 |
| mswisher@bg-llp.com | 617-406-6000 |

Dated: June 29, 2005

## **CERTIFICATE OF SERVICE**

      I, Peter McGlynn, hereby certify that I caused to be served, this 29th day of June 2005, the **Local Rule 16.1(D) Joint Statement**, via e-mail and first class mail, postage pre-paid, upon the following:

**Bruce S. Barnett**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110

**E. Randolph Tucker**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110

                                                               /s/   Peter McGlynn
                                                               Peter McGlynn

#311647 v4/14500/9985