UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BLUE HILLS OFFICE PARK LLC, )<br>    Plaintiff/Defendant-in-<br>    Counterclaim )<br>)<br>v. )<br>)<br>CREDIT SUISSE FIRST BOSTON )<br>MORTGAGE SECURITY CORP., )<br>    Defendant. )<br>)<br>and )<br>)<br>CSFB 1999 – C1 ROYALL STREET, LLC )<br>    Defendant/Plaintiff-in-<br>    Counterclaim )<br>)<br>and )<br>)<br>WILLIAM LANGELIER and GERALD )<br>FINEBERG, )<br>    Defendants-in-Counterclaim )<br>) | Civil Action No. 05-CV-10506 (WGY) |

## CERTIFICATE OF SERVICE

      I, Peter B. McGlynn, hereby certify that I caused to be served, this 5th day of July 2005, the Plaintiff's Request for Extension of Time, via electronic service and first class mail, postage pre-paid, upon the following:

**Bruce S. Barnett**
**Traci S. Feit**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110

**E. Randolph Tucker**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110

                                                                    /s/ Peter B. McGlynn

Peter B. McGlynn