UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>    Plaintiff, Defendant-in-Counterclaim.<br><br>    v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE<br>SECURITIES CORP.,<br>    Defendant,<br><br>    and<br><br>CSFB 1999–C1 ROYALL STREET, LLC;<br>    Defendant, Plaintiff-in-Counterclaim,<br><br>    v.<br><br>WILLIAM LANGELIER and GERALD<br>FINEBERG,<br><br>    Defendants-in-Counterclaim. | Civil Action No.  05-CV-10506 (WJY) |

## CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1(D)(3) BY CSFB 1999–C1 ROYALL STREET, LLC

Defendant CSFB 1999-C1 Royall Street, LLC and the undersigned counsel hereby certify

that they have conferred (a) with a view to establishing a budget for the costs of conducting the

full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution

of the litigation through the use of alternative dispute resolution programs such as those outlined

in Local Rule 16.4.

CSFB 1999-C1 ROYALL STREET, LLC

By: LNR Partners, Inc., its Manager

_____
Name: JOSEPH A. POLCARI
Title: ASSET MGR.

July 7, 2005

E. Randolph Tucker, BBO #503845
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA  02110
(617) 406-6000

~BOST1:376207.v1
306477-18