UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>    Plaintiff, Defendant-in-Counterclaim.<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.,<br>    Defendant,<br><br>and<br><br>CSFB 1999 – C1 ROYALL STREET, LLC;<br>    Defendant, Plaintiff-in-Counterclaim,<br><br>v.<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br><br>    Defendants-in-Counterclaim. | Civil Action No. 05-CV-10506 (WJY) |

## CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1(D)(3) BY CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.

Defendant Credit Suisse First Boston Mortgage Securities Corp. and the undersigned counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CREDIT SUISSE FIRST BOSTON
MORTGAGE SECURITIES CORP.

_____
By Jennifer Huffman as attorney for Credit Suisse First Boston Mortgage Securities Corp.

July ___, 2005

_____
E. Randolph Tucker, BBO #503845
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110
(617) 406-6000

~BOST1:375308.v3
306477-18