UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BLUE HILLS OFFICE PARK LLC, | ) | |
| Plaintiff/Defendant-in-Counterclaim | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-10506 (WGY) |
| | ) | |
| CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITY CORP., | ) | |
| Defendant. | ) | |
| and | ) | |
| CSFB 1999 – C1 ROYALL STREET, LLC | ) | |
| Defendant/Plaintiff-in-Counterclaim | ) | |
| and | ) | |
| WILLIAM LANGELIER and GERALD FINEBERG, | ) | |
| Defendants-in-Counterclaim | ) | |

**PLAINTIFF AND DEFENDANTS-IN-COUNTERCLAIM CERTIFICATION
PURSUANT TO UNITED STATES DISTRICT COURT LOCAL RULE 16.1**

   The undersigned, counsel to the above-captioned plaintiff and defendants-in-counterclaim, and the authorized representatives of such parties, do hereby certify in accordance with the United States District Court Local Rule 16.1(D)(3) that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the above-referenced action and to consider resolution of the action through, among other ways, the use of alternative dispute resolution programs.

Respectfully submitted,

Plaintiff/Defendants-in-Counterclaim
BLUE HILLS OFFICE PARK LLC, WILLIAM
LANGELIER and GERALD FINEBERG

By their attorneys,

/s/Peter B. McGlynn
Peter B. McGlynn, Esq. BBO# 333660
Meredith A. Swisher, Esq. BBO# 646866
BERNKOPF GOODMAN LLP
125 Summer Street, 13th floor
Boston, Massachusetts 02110
(617) 790-3000
pmcglynn@bg-llp.com
mswisher@bg-llp.com


BLUE HILLS OFFICE PARK, LLC


By:/s/Gerald Fineberg



   /s/William Langelier
William Langelier



   /s/Gerald Fineberg
Gerald Fineberg

Dated: July 11, 2005
#315767 v1/14500/9985

- 2 -

- 3 -

## **CERTIFICATE OF SERVICE**

   I, Peter B. McGlynn, hereby certify that I caused to be served, this 11th day of July 2005, the PLAINTIFF AND DEFENDANTS-IN-COUNTERCLAIM CERTIFICATION PURSUANT TO UNITED STATES DISTRICT COURT LOCAL RULE 16.1 , via electronic service and first class mail, postage pre-paid, upon the following:

**Bruce S. Barnett**
**Traci S. Feit**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110

**E. Randolph Tucker**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110

                /s/ Peter B. McGlynn
                Peter B. McGlynn