UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BLUE HILLS OFFICE PARK LLC, <br>     Plaintiff/Defendant-in- <br>     Counterclaim <br><br> v. <br><br> CREDIT SUISSE FIRST BOSTON <br> MORTGAGE SECURITY CORP., <br>     Defendant. <br><br> and <br><br> CSFB 1999 – C1 ROYALL STREET, LLC <br>     Defendant/Plaintiff-in- <br>     Counterclaim <br><br> and <br><br> WILLIAM LANGELIER and GERALD <br> FINEBERG, <br>     Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

## CERTIFICATE OF SERVICE

     I, Peter B. McGlynn, hereby certify that I caused to be served, this 13th day of July 2005, the **1) Answer of Defendants-in-Counterclaim Gerald Fineberg and William Langelier to Counterclaim of CSFB 1991 - C1 Royall Street, LLC and 2**) Answer of Plaintiff/Defendant-in-Counterclaim Blue Hills Office Park LLC to Counterclaim of CSFB 1991 - C1 Royall Street, LLC** , via electronic service and first class mail, postage pre-paid, upon the following:

**Bruce S. Barnett**
**Traci S. Feit**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110

**E. Randolph Tucker**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110

                                                                           /s/ Peter B. McGlynn
                                                                           Peter B. McGlynn