**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

  BLUE HILLS OFFICE PARK
          Plaintiff(s)

                CIVIL ACTION

       V.

                NO.  05-10506-WGY

  CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC, ET AL
          Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

     After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ADR FOR DECEMBER, 20005_____ for the following ADR program:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    ___X___ MEDIATION                               _____ MINI-TRIAL

    _____ SUMMARY JURY TRIAL          _____ SETTLEMENT CONFERENCE

    _____ SPECIAL MASTER

    _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

     Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

   11/10/05                                           /s/ William G. Young
      DATE                                        UNITED STATES DISTRICT JUDGE

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |

(ADR Referral.wpd - 4/12/2000)                                                                       [orefadr.]