# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

BLUE HILLS OFFICE PAKR LLC

V.

J.P. MORGAN CHASE BANK, as Trustee for
the Registered Holders of Credit Suisse
First Boston Mortgage Securities Corp.,
Commercial Mortgage Pass-Through
Certificates, Series 1999-C1, CSFB 1999 -
C1 Royall Street LLC, Defendants
and
William Langelier and Gerald Fineberg
Defendants-in-Counterclaim

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10506-WGY

TO: (Name and address of Defendant)

J.P. MORGAN CHASE BANK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Meredith A. Swisher, Esq.
Peter B. McGlynn, Esq.
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE 12/6/05

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/13/05 |
| NAME OF SERVER *(PRINT)* Meredith A Swisher | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving on J.P. Morgan Chase Bank's attorney, Bruce S. Barnett, One International Place, 21st Floor, Boston, MA 02110. Please see attached Affidavit of Acceptance of Service of Process executed by Attorney Barnett.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/14/05         *Signature of Server*
                Date

Address of Server
Meredith A. Swisher
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.