UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as<br>Trustee for the Registered Holders of<br>Credit Suisse First Boston Mortgage<br>Securities Corp., Commercial Mortgage<br>Pass-Through Certificates, Series 1999-C1,<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET,<br>LLC,<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD<br>FINEBERG,<br>    Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

## AFFIDAVIT OF ACCEPTANCE OF SERVICE OF PROCESS

The undersigned, Bruce S. Barnett, Esq. having been duly authorized, hereby accepts service of the Summons and Second Amended Complaint in the above-captioned matter on behalf of the Defendant J.P. Morgan Chase Bank, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1.

The acceptance of service of process shall not be construed to waive any other rights, remedies, or defenses available to the above-named Defendant.

Signed under the pains and penalties of perjury this 13th day of December, 2005.

/s/ E. Randolph Tucker
E. Randolph Tucker (BBO# 503845)
Bruce S. Barnett (BBO# 647668)
Traci S. Feit (BBO# 630668)
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, MA 02110-2613
617-406-6000

Dated:                                    Attorneys for Defendant J.P. Morgan Chase Bank
#328385 v1/14500/9985