UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as<br>Trustee for the Registered Holders of<br>Credit Suisse First Boston Mortgage<br>Securities Corp., Commercial Mortgage<br>Pass-Through Certificates, Series 1999-C1,<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET,<br>LLC,<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD<br>FINEBERG,<br>    Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

## CERTIFICATE OF SERVICE

I, Meredith A. Swisher, hereby certify that I caused to be served this 30th day of December 2005, the **Answer of Defendants-in-Counterclaim Gerald Fineberg and William Langelier to Counterclaim of J.P. Morgan Chase Bank, Trustee and Answer of Plaintiff/Defendant-in-Counterclaim Blue Hills Office Park LLC to Counterclaim of J.P. Morgan Chase Bank, Trustee** upon the following via, electronic service and first class mail, postage prepaid:

**Bruce S. Barnett**
**Traci S. Feit**
**E. Randolph Tucker**
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110

                                                            /s/ Meredith A. Swisher
                                                            Meredith A. Swisher