UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>    Plaintiff, Defendant-in-Counterclaim.<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1,<br><br>    Defendant,<br><br>and<br><br>CSFB 1999–C1 ROYALL STREET, LLC;<br>    Defendant, Plaintiff-in-Counterclaim,<br><br>v.<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br><br>    Defendants-in-Counterclaim. | Civil Action No. 05-CV-10506 (WGY) |

## NOTICE OF FIRM ADDRESS CHANGE

Pursuant to Local Rule 83.5.2(e) please enter the following change of firm address on the docket of this action. Effective February 20, 2006, the address of counsel for defendants J.P. Morgan Chase Bank, Trustee and CSFB 1999-C1 Royall Street, LLC will be:

E. Randolph Tucker, Esq. (BBO #503845)
Bruce E. Falby, Esq. (BBO #544143)
Bruce S. Barnett, Esq. (BBO #647666)
Traci S. Feit, Esq., (BBO #660688)
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

        Respectfully submitted,

        J.P. MORGAN CHASE BANK, TRUSTEE
        CSFB 1999-C1 ROYALL STREET, LLC,
        By their attorneys,


        /s/ Bruce E. Falby
        E. Randolph Tucker (BBO #503845)
        Bruce E. Falby (BBO #544143)
        Bruce S. Barnett, BBO #647666
        Traci S. Feit, BBO #660688
        DLA PIPER RUDNICK GRAY CARY US LLP
        33 Arch Street, 26th Floor
        Boston, MA  02110-1447
        (617) 406-6000 (*telephone*)
        (617) 406-6100 (*fax*)

Dated:  February 16, 2006