UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>    Plaintiff, Defendant-in-Counterclaim.<br><br>    v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1.,<br><br>    Defendant, Plaintiff-in-Counterclaim<br><br>    and<br><br>CSFB 1999 – C1 ROYALL STREET, LLC;<br><br>    Defendant, Plaintiff-in-Counterclaim,<br><br>    v.<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br><br>    Defendants-in-Counterclaim. | Civil Action No.  05-CV-10506 (WJY) |

**MOTION TO COMPEL OF DEFENDANTS AND PLAINTIFFS-IN-COUNTERCLAIM
CSFB 1999 – C1 ROYALL STREET, LLC AND J.P. MORGAN CHASE BANK**

Pursuant to Fed. R. Civ. P. 37 (a) and (b), defendants and plaintiffs-in-counterclaim CSFB 1999 – C1 Royall Street, LLC ("CSFB") and J.P. Morgan Chase Bank, Trustee ("J.P. Morgan") (together, the "Defendants") hereby move to compel responses to certain of their

discovery requests.[1]  In support of this motion, CSFB and J.P. Morgan submit the accompanying memorandum.

### REQUEST FOR ORAL ARGUMENT

CSFB and J.P. Morgan hereby request a hearing on this motion.

> Respectfully submitted,
>
> CSFB 1999-C1 ROYALL STREET, LLC,
> and J.P. MORGAN CHASE BANK,
>
> By their attorneys,
>
> /s/ Bruce E. Falby
> E. Randolph Tucker, BBO #503845
> Bruce E. Falby, BBO #544143
> Bruce S. Barnett, BBO #647666
> Traci S. Feit, BBO #660688
> DLA PIPER RUDNICK GRAY CARY US LLP
> One International Place
> Boston, MA  02110
> (617) 406-6000

Dated: February 17, 2006

### CERTIFICATION UNDER MASS. R. CIV.  P. 37(a)(2)(B) AND LOCAL RULE 37.1

I hereby certify that the provisions of Local Rule 37.1 have been complied with.  Counsel for defendants and plaintiffs-in-counterclaim CSFB 1999-C1 Royall Street, LLC and J.P. Morgan Chase Bank have conferred with counsel for plaintiff Blue Hills Office Park LLC and defendants-in-counterclaim William Langelier and Gerald Fineberg in a good-faith attempt to resolve or narrow the issues presented in the foregoing motion to compel discovery responses.

> /s/ Bruce E. Falby
> Bruce E. Falby, Esq.

---

[1] The discovery requests were propounded on behalf of CSFB and Credit Suisse First Boston Mortgage Securities Corp.  Subsequently, J.P. Morgan was substituted for Credit Suisse First Boston Mortgage Securities Corp. pursuant to an assented-to motion filed by Blue Hills Office Park LLC.