UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as<br>Trustee for the Registered Holders of<br>Credit Suisse First Boston Mortgage<br>Securities Corp., Commercial Mortgage<br>Pass-Through Certificates, Series 1999-C1,<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET,<br>LLC,<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD<br>FINEBERG,<br>    Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

## CERTIFICATE OF SERVICE

I, Meredith A. Swisher, hereby certify that I caused to be served this 3rd day of March 2006, the **Opposition of Blue Hills Office Park LLC, Gerald Fineberg and William Langelier to Motion to Compel of Defendants and Plaintiffs-in-Counterclaim** upon the following via, electronic service postage prepaid:

Bruce S. Barnett, Esq.
Traci S. Feit, Esq.
E. Randolph Tucker, Esq.
Bruce E. Falby, Esq.
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110

/s/ Meredith A. Swisher
Meredith A. Swisher