UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BLUE HILLS OFFICE PARK LLC,

     Plaintiff, Defendant-in-Counterclaim.

     v.

J.P. MORGAN CHASE BANK, as Trustee for the
Registered Holders of Credit Suisse First Boston
Mortgage Securities Corp., Commercial Mortgage
Pass-Through Certificates, Series 1999-C1,

     Defendant,

     and

CSFB 1999–C1 ROYALL STREET, LLC;
     Defendant, Plaintiff-in-Counterclaim,

     v.

WILLIAM LANGELIER and GERALD
FINEBERG,

     Defendants-in-Counterclaim.

Civil Action No. 05-CV-10506 (WJY)

**EMERGENCY MOTION OF DEFENDANTS AND
<u>COUNTERCLAIMANTS TO COMPEL DEPOSITION OF GERALD FINEBERG</u>**

Pursuant to Fed. R. Civ. P. 37(d), Defendants and Counterclaimants CSFB 1999-C1

Royall Street, LLC ("CSFB") and J.P. Morgan Chase Bank, as Trustee for the Registered

Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-

Through Certificates, Series 1999-C1 (the "Trustee") (collectively, the "Lenders") move for an

order compelling Defendant-in-Counterclaim Gerald Fineberg to appear for his deposition on

Tuesday, March 28, 2006 at 9:30 a.m. at the offices of Lenders' counsel.  In support of this

motion, the Lenders rely on the memorandum submitted herewith.

> Respectfully submitted,
>
> CSFB 1999-C1 ROYALL STREET, LLC,
> and J.P. MORGAN CHASE BANK, as
> Trustee for the Registered Holders of Credit
> Suisse First Boston Mortgage Securities
> Corp., Commercial Mortgage Pass-Through
> Certificates, Series 1999-C1,
>
> By their attorneys,
>
> /s/ Bruce E. Falby
> E. Randolph Tucker, BBO #503845
> Bruce E. Falby, BBO #544143
> Bruce S. Barnett, BBO #647666
> Traci S. Feit, BBO #660688
> DLA PIPER RUDNICK GRAY CARY US LLP
> 33 Arch Street, 26th Floor
> Boston, MA  02110-1447
> (617) 406-6000

Dated:  March 23, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel for CSFB and the Trustee certifies that he has conferred with

Peter McGlynn, counsel for defendants-in-counterclaim Blue Hills Office Park LLC, William

Langelier, and Gerald Fineberg, in a good faith effort to resolve the issue presented by this

motion.

> /s/ Bruce E. Falby
> Bruce E. Falby

~BOST1:412209.v1