UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>        Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as<br>Trustee for the Registered Holders of<br>Credit Suisse First Boston Mortgage<br>Securities Corp., Commercial Mortgage<br>Pass-Through Certificates, Series 1999-C1,<br>        Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET,<br>LLC,<br>        Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD<br>FINEBERG,<br>        Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

## AFFIDAVDIT OF PETER B. McGLYNN, ESQUIRE

Peter B. McGlynn on oath deposes and says as follows:

1.      I am lead trial counsel for the plaintiff Blue Hills Office Park LLC and the

defendants-in-counterclaim William Langelier and Gerald Fineberg.  I am making this affidavit

based upon facts that are personally known by me.

2.      In the Emergency Motion of Defendants/Plaintiffs-in-Counterclaim To Compel

Deposition of General Fineberg (the "Emergency Motion"), the movants seek to depose

Mr. Fineberg on Tuesday, March 28, 2006 at 9:30 a.m.

3.     This affidavit is filed with Plaintiff and Defendants-in-Counterclaims Opposition To The Emergency Motion which seeks to have Mr. Fineberg's deposition scheduled for either April 4, 5 or 6, 2006.  If the Court grants the Emergency Motion, this affidavit is to advise the Court that I have a previously scheduled doctor's appointment for 1:30 p.m. on February 28, 2006.  This appointment was made approximately 1½ weeks ago and was not made for the purposes of interposing any delay in the taking of Mr. Fineberg's deposition.  I had previously advised the movant's counsel that I was unavailable to attend a deposition on March 28, 2006.  If the Court wishes to confirm my doctor's appointment, I will provide such information to the Court *in camera*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23RD DAY OF MARCH, 2006.

　　　　　　　　　　　　　　　　　　　  /s/ Peter B. McGlynn　　　　　　
　　　　　　　　　　　　　　　　　　　 Peter B. McGlynn

#334953 v1/14500/9985