UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>  Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as<br>Trustee for the Registered Holders of<br>Credit Suisse First Boston Mortgage<br>Securities Corp., Commercial Mortgage<br>Pass-Through Certificates, Series 1999-C1,<br>  Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET,<br>LLC,<br>  Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD<br>FINEBERG,<br>  Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

## CERTIFICATE OF SERVICE

I, Meredith A. Swisher, hereby certify that I caused to be served via electronic service this 23rd day of March, 2006 the **Opposition of Blue Hills Office Park LLC, Gerald Fineberg and William Langelier to Emergency Motion to Compel, Affidavit of Gerald Fineberg and Affidavit of Peter B. McGlynn, Esquire** upon the following:

Bruce S. Barnett, Esq.
Traci S. Feit, Esq.
E. Randolph Tucker, Esq.
Bruce E. Falby, Esq.
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street, 26th Floor
Boston, MA 02110

                                         /s/ Meredith A. Swisher
                                         Meredith A. Swisher

#334984 v1/14500/9985