## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC, <br><br> Plaintiff, Defendant-in-Counterclaim. <br><br> v. <br><br> J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1, <br><br> and <br><br> CSFB 1999–C1 ROYALL STREET, LLC, <br><br> Defendants, Plaintiffs-in-Counterclaim, <br><br> v. <br><br> WILLIAM LANGELIER and GERALD FINEBERG, <br><br> Defendants-in-Counterclaim. | Civil Action No.  05-CV-10506 (WGY) |

### STIPULATION REGARDING REMAINING DISCOVERY SCHEDULE

In an effort to be consistent with the Court's Order dated March 28, 2006, Plaintiff Blue Hills Office Park LLC and Defendants-in-Counterclaim William Langelier and Gerald Fineberg (collectively, the "Blue Hills Parties") and Defendants and Plaintiffs-in-Counterclaim CSFB 1999-C1 Royall Street, LLC ("CSFB") and J.P. Morgan Chase Bank, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1 (the "Trustee") hereby stipulate to the following modified discovery schedule:

| EVENT | DATE |
|---|---|
| Expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) | March 31, 2006 |
| Deposition of Gerald Fineberg | April 5, 2006 |

| | |
|---|---|
| Deposition of Kenneth Goldberg | April 7, 2006 |
| Rebuttal expert disclosures | April 14, 2006 |
| Tentative dates for depositions of the Blue Hills Parties' experts | April 18, 26, 28 |
| Tentative dates for depositions of Trustee's and CSFB's experts | April 20, 21, 24 |
| Expert depositions completed | April 28, 2006 |

The remaining dates in the parties' Revised Local Rule 16.1(D) Statement dated July 26, 2006, as endorsed by the Court on July 27, 2005, shall remain in place.

Any testimony of Messrs. Fineberg and Goldberg relevant to issues on which experts are testifying may be addressed by experts for the Trustee and CSFB in their rebuttal disclosures.


BLUE HILLS OFFICE PARK, WILLIAM LANGELIER, and GERALD FINEBERG
By their attorneys,



/s/ Peter B. McGlynn
Peter B. McGlynn, Esq. BBO# 333660
Meredith A. Swisher, Esq. BBO# 646866
BERNKOPF GOODMAN LLP
125 Summer Street, 13th floor
Boston, Massachusetts 02110
(617) 790-3000
pmcglynn@bg-llp.com
mswisher@bg-llp.com

J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1, and CSFB 1999 – C1 ROYALL STREET, LLC
By their attorneys,



/s/ Bruce E. Falby
E. Randolph Tucker (BBO# 503845)
Bruce E. Falby (BBO# 544143)
Bruce S. Barnett (BBO# 647668)
Traci S. Feit (BBO# 630668)
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, MA 02110-2613
617-406-6000


Dated:  March 29, 2006

#335287 v2/14500/9985

~BOST1:412810.v1