UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>     Plaintiff, Defendant-in-Counterclaim.<br><br>     v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1, and CSFB 1999–C1 ROYALL STREET, LLC,<br><br>     Defendants, Plaintiffs-in-Counterclaim,<br><br>     v.<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br><br>     Defendants-in-Counterclaim. | Civil Action No. 05-CV-10506 (WGY) |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANT AND
PLAINTIFF-IN-COUNTERCLAIM CSFB 1999-C1 ROYALL STREET, LLC**

Pursuant to Fed. R. Civ. P. 56, defendant and plaintiff-in-counterclaim CSFB 1999–C1 Royall Street, LLC ("CSFB") moves for summary judgment as to all claims brought by and against it in this jury-waived action. The material facts in this action are undisputed and there is no need for a bench trial to resolve the parties' claims.

In support of this motion, CSFB relies on the following materials submitted herewith:

1. Memorandum in Support of Motion for Summary Judgment of Defendant and Plaintiff-in-Counterclaim CSFB 1999-C1 Royall Street, LLC;

2. Defendants' and Plaintiffs-in-Counterclaim's Joint Local Rule 56.1 Statement of Undisputed Facts in Support of Their Motions for Summary Judgment;

3. Defendants' and Plaintiffs-in-Counterclaim's Appendix of Deposition Transcripts;

4. Defendants' and Plaintiffs-in-Counterclaim's Appendix of Deposition Exhibits;

5. Affidavits of:

    a. Joseph A. Polcari, Jr.
    b. Edward C. Brown
    c. Curtis J. Mallegni
    d. Stephen Goertzen
    e. Ronald H. Greenspan
    f. Eric S. Stotz
    g. Bruce S. Barnett

Respectfully submitted,

CSFB 1999-C1 ROYALL STREET, LLC,
By its attorneys,

/s/ Bruce E. Falby
E. Randolph Tucker, BBO #503845
Bruce E. Falby, BBO #544143
Bruce S. Barnett, BBO #647666
Traci S. Feit, BBO #660688
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000

Dated: May 17, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel for CSFB certifies that he has conferred with Peter McGlynn, counsel for defendants-in-counterclaim Blue Hills Office Park LLC, William Langelier, and Gerald Fineberg, in a good faith attempt to resolve or narrow the issues presented by this motion.

                                          /s/ Bruce E. Falby
                                          Bruce E. Falby