UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>    Plaintiff, Defendant-in-Counterclaim,<br><br>    v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1, and, CSFB 1999–C1 ROYALL STREET, LLC,<br><br>    Defendants, Plaintiffs-in-Counterclaim,<br><br>    v.<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br><br>    Defendants-in-Counterclaim. | Civil Action No. 05-CV-10506 (WGY) |

**AFFIDAVIT OF JOSEPH A. POLCARI, JR. IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTIONS FOR SUMMARY JUDGMENT**

I, Joseph A. Polcari, Jr., depose and say as follows:

1.    I am an asset manager for LNR Partners, Inc. (formerly known as Lennar Partners, Inc.) ("LNR"). LNR is the special servicer for a pool of loans securing commercial mortgage-backed securities that included the loan to Blue Hills Office Park LLC ("Blue Hills") from original lender Credit Suisse First Boston Mortgage Capital LLC (the "Loan"). I was assigned to be the LNR asset manager for the Blue Hills loan on or about September 7, 2004. I have personal knowledge of the matters set forth herein.

2.    Attached hereto as Exhibit A is a Statement of Mortgage Debt -- Payoff Closing Statement for the Loan as of November 11, 2004 (the "Statement"). At my request, the

Statement was prepared by the LNR Servicing Department on the basis of information obtained from LNR and Wells Fargo, the master servicer for the Loan. It is usual and customary for the Servicing Department to prepare such statements. To the best of my knowledge, the information contained on the Statement is accurate.

3. The foreclosure sale of the Blue Hills property was originally scheduled for November 12, 2004. I directed DLA Piper Rudnick Gray Cary ("Counsel", then known as Piper Rudnick) to have the auctioneer it hired run commercial advertisements of the foreclosure sale in the Boston Globe and Boston Herald on the Sunday before the scheduled sale.

4. Prior to November 12, 2004, I directed Counsel to postpone the sale until November 19, 2004.

5. The foreclosure sale, which I attended, occurred on November 19, 2004. CSFB 1999 C-1 Royall Street, LLC, assignee of JP Morgan Chase Bank, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1, was the high bidder, with a winning bid of $18.5 million.

6. I did not have any conversations with Kenneth Goldberg, counsel to Blue Hills, until a mediation session in this matter held in January 2006.

Signed under the pains and penalties of perjury this 17 day of May, 2006.

_____
Joseph A. Polcari, Jr.

# POLCARI AFFIDAVIT EXHIBIT A

*Payoff*


**LENNAR PARTNERS**
An LNR Company

November 5, 2004

**STATEMENT OF MORTGAGE DEBT
PAYOFF CLOSING STATEMENT**

Portfolio: CSFB 1999-C1
Loan Number: 76-0996063
Current Mortgagor: Blue Hills Office Park, LLC
One Washington Street, Suite 400
Wellesley, MA 02481

The following statement reflects the amount required to payoff the above referenced loan as of: 11/11/04

| | | | |
|---|---|---|---|
| Current Principal Balance: | $ 31,979,793.66 | Next Payment Due Date: | 08/11/04 |
| Monthly P&I Payment: | $ 254,852.34 | Escrow Balances: | |
| Monthly Escrow Payment: | $ 78,986.31 | Tax: | $ - |
| Total Monthly Payment: | $ 333,838.65 | Insurance: | $ 35,765.67 |
| | | Reserves: | $ 4,132,694.51 |
| Funds in Suspense: | $ - | Other Escrows (1): | $ - |
| Late Fee Rate: | 3.00% | Total Escrow Balances: | $ 4,168,460.18 |
| Exit Fee: | $ - | | |
| Pre-Payment Premium: | $ 7,536,185.50 | | |
| Interest Rate (Note)*: | 8.4900% | Per Diem (Note): | $ 7,541.90 |
| Interest Rate (Default): | 5.0000% | Per Diem (Default): | $ 4,441.64 |
| Aggregate Rate: | 13.4900% | Total Per Diem: | $ 11,983.54 |
| | | *If a floating rate loan, current interest rate. | |

| | | |
|---|---|---|
| Principal Payment: | $ | 31,979,793.66 |
| Interest Payment: | $ | 927,853.98 |
| Default Rate Interest Due: | $ | 413,072.34 |
| Late Fees Due: | $ | 22,918.71 |
| Exit Fee: | $ | - |
| Pre-Payment Premium: | $ | 7,536,185.50 |
| Subtotal: | $ | 40,882,824.09 |
| | | |
| Legal Fees: | $ | 2,503.00 |
| Inspection Fees: | $ | - |
| Title Expense: | $ | - |
| Real Estate Taxes: | $ | 264,453.49 |
| Insurance Premium: | $ | - |
| Appraisal Fee: | $ | 6,500.00 |
| Environmental Report(s): | $ | 1,850.00 |
| Property Condition Report: | $ | - |
| Miscellaneous (3) | $ | - |
| Other Fees (3) | $ | - |
| Interest on Advances: | $ | 7,915.29 |
| Processing Fee: | $ | - |
| Administration & Recording Fees: | $ | 125.00 |
| Master Servicer Fees / Charges: | $ | 320.00 |
| Subtotal Fees: | $ | 283,666.78 |
| | | |
| Total: | $ | 41,166,290.87 |
| Credit (Suspense Funds (4)): | $ | - |
| Credit (Escrow Funds (4)): | $ | - |
| Credit (Other (4)): | $ | - |
| Total Payoff: | $ | 41,166,290.87 |

Notes:
(1)
(2)
(3)
(4)



# LENNAR PARTNERS
### An LNR Company

Statement of Mortgage Debt - Payoff

Statement of Mortgage Debt
Blue Hills Office Park, LLC
November 5, 2004

If repayment does not occur before 2:00 PM EST on the payoff date referenced above, you must contact our office for updated figures. Payment should be sent by bank wired funds. Your remittance should be computed to include interest through the date the funds are wired.

Please be informed that a $50.00 charge will be imposed for every re-submission supplied by this office.

Satisfactions and Note will be returned in the ordinary course of business.

Every effort has been made to assure the accuracy of the information. You should verify the loan number, name of mortgagor, property address, interest rates, principal balance, and make certain these items agree with your record of the subject loan. We reserve the right to demand additional funds before or subsequent to the release of the noteholder's security interest in the property securing the loan, to correct any error or omission in these figures made in good faith, whether mathematical, clerical, typographical, or otherwise. The figures are also subject to change to reflect any transactions that may occur on or after the date of this letter.

| Wire Instructions: | |
|---|---|
| Bank: | Wells Fargo Bank |
| Bank City, Bank State: | Santa Rosa, CA |
| ABA#: | 1210-0024-8 |
| Account#: | 4536-678117 |
| Reference: | Ln#679-0880063, Blue Hills Office Park, LLC |

| Payment by Mail: | |
|---|---|
| Organization | 0 |
| Address 1 | 0 |
| Address 2 | 0 |
| City, State Zip | 0 |
| Attention | 0 |
| Reference: | 0 |

| Payments by Overnight: | |
|---|---|
| Organization | 0 |
| Address 1 | 0 |
| Address 2 | 0 |
| City, State Zip | 0 |
| Attention | 0 |
| Reference: | 0 |

TRUST00003



Statement of Mortgage Debt
Blue Hills Office Park, LLC
November 5, 2004

Prepared by: _____
Desiree Campbell

Approved by: _____
Susana Fernandez

Concurred by: _____
Joe Polcari

_____
Larry Golinsky   Director of Asset Management

TRUST00004