UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>    Plaintiff, Defendant-in-Counterclaim,<br><br>    v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1, and, CSFB 1999–C1 ROYALL STREET, LLC,<br><br>    Defendants, Plaintiffs-in-Counterclaim,<br><br>    v.<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br><br>    Defendants-in-Counterclaim. | Civil Action No.  05-CV-10506 (WGY) |

**AFFIDAVIT OF STEPHEN GOERTZEN IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTIONS FOR SUMMARY JUDGMENT**

I, Stephen Goertzen, depose and say as follows:

1. I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") as an Applications Systems Engineer in the technology services area.

2. In that capacity, I executed a search of Wells Fargo's computer records for certain outgoing telephone calls covering the time period May 2001 through February 2006 (See #3 and #4 below). For each outgoing call, the computer records include the type of information shown on Exhibits A & B to this affidavit.

3. I executed two searches of Wells Fargo's computer records. The first search was for all calls to any number with the area code "781" and the prefix "239" (i.e., telephone numbers 781-239-xxxx). Exhibit A contains the results of that search that reflect calls to the following numbers:

| | | |
|---|---|---|
| 781-239-1191 | 781-239-1484 | 781-239-1489 |
| 781-239-1480 | 781-239-1485 | 781-239-1491 |
| 781-239-1481 | 781-239-1486 | 781-239-1492 |
| 781-239-1482 | 781-239-1487 | 781-239-1493 |
| 781-239-1483 | 781-239-1488 | |

I understand from DLA Piper Rudnick Gray Cary LLP ("Counsel") that opposing counsel in this matter provided a list of telephone numbers and that the above list contains the numbers from the opposing counsel's list that match the format 781-239-xxxxx.

4. Exhibit B contains the results of a second search, which was for calls to the following numbers:

| | | |
|---|---|---|
| 781-237-1683 | 781-431-1108 | 781-431-1620 |
| 781-431-0406 | 781-431-1242 | 781-431-1825 |
| 781-431-0422 | 781-431-1350 | 781-431-1907 |

I understand from Counsel that this second list contains the remainder of the numbers provided to him by opposing counsel.

5. Each search included a search of all outgoing calls from any extension that is part of the Commercial Mortgage Servicing Group, including but not limited to Asset Administration, the Operations Group (including the Tax Department) and Asset Management.

6. The Call Date listed on Exhibits A & B is the date the call was placed. The Call Time listed on Exhibits A & B is presented in hour-minute (hhmm), twenty-four hour (i.e., "military") format in Pacific time. The Call Date listed on Exhibit B is presented in year-month-

day (yymmdd) format. For example, the fifth call on Exhibit B was placed at 2:26 p.m. Pacific time on September 4, 2002.

Signed under the pains and penalties of perjury this 16th day of May, 2006.

Stephen Goertzen
Applications Systems Engineer for
Wells Fargo Bank, N.A.

# GOERTZEN AFFIDAVIT EXHIBIT A

Wells Fargo Telephone Record Search Results
(For Borrower numbers 781-239-xxxx)

| Run Date | From Phone | To Phone | Call Date | Call Time | Duration (seconds) | Location | Src |
|---|---|---|---|---|---|---|---|
| 7/20/2001 | 9256778209 | 7812391480 | 6/4/2001 | 1027 | 60 | WELLESLEY MA | PS |
| 7/20/2001 | 9256778209 | 7812391480 | 6/12/2001 | 1458 | 90 | WELLESLEY MA | PS |
| 8/21/2001 | 9256778209 | 7812391480 | 6/27/2001 | 1123 | 84 | WELLESLEY MA | PS |
| 9/20/2001 | 9256778209 | 7812391480 | 7/24/2001 | 1050 | 216 | WELLESLEY MA | PS |
| 12/20/2001 | 9256778229 | 7812391480 | 10/30/2001 | 1123 | 198 | WELLESLEY MA | PS |
| 3/20/2002 | 6126671190 | 7812391480 | 1/10/2002 | 926 | 138 | WELLESLEY MA | EO |
| 6/20/2002 | 9256778229 | 7812391480 | 4/22/2002 | 1122 | 72 | WELLESLEY MA | PS |
| 6/20/2002 | 9256778229 | 7812391480 | 4/22/2002 | 1331 | 198 | WELLESLEY MA | PS |
| 6/20/2002 | 9256778229 | 7812391480 | 4/22/2002 | 1342 | 114 | WELLESLEY MA | PS |
| 6/20/2002 | 9256778229 | 7812391480 | 4/24/2002 | 945 | 150 | WELLESLEY MA | PS |
| 6/20/2002 | 9256778229 | 7812391480 | 4/24/2002 | 1315 | 114 | WELLESLEY MA | PS |
| 6/20/2002 | 4153961049 | 7812391480 | 4/25/2002 | 1336 | 90 | WELLESL MA | VN |
| 6/20/2002 | 9256778210 | 7812391480 | 5/10/2002 | 905 | 156 | WELLESLEY MA | PS |
| 6/20/2002 | 9256778210 | 7812391480 | 5/10/2002 | 1358 | 72 | WELLESLEY MA | PS |
| 6/20/2002 | 9256778210 | 7812391480 | 5/15/2002 | 930 | 54 | WELLESLEY MA | PS |
| 7/19/2002 | 9256778210 | 7812391480 | 5/30/2002 | 1151 | 54 | WELLESLEY MA | PS |
| 3/20/2003 | 9256778226 | 7812391480 | 1/27/2003 | 1423 | 108 | WELLESLEY MA | PS |
| 3/20/2003 | 9256778226 | 7812391480 | 1/27/2003 | 1426 | 300 | WELLESLEY MA | PS |
| 3/20/2003 | 9256778226 | 7812391480 | 1/27/2003 | 1434 | 24 | WELLESLEY MA | PS |
| 3/20/2003 | 9256778226 | 7812391480 | 1/28/2003 | 618 | 168 | WELLESLEY MA | PS |
| 5/20/2003 | 9256778226 | 7812391480 | 4/11/2003 | 807 | 66 | WELLESLEY MA | PS |
| 5/20/2003 | 9256778202 | 7812391480 | 4/15/2003 | 826 | 90 | WELLESLEY MA | PS |
| 6/20/2003 | 9256778213 | 7812391480 | 5/2/2003 | 1017 | 120 | WELLESLEY MA | PS |
| 6/20/2003 | 9256778213 | 7812391480 | 5/6/2003 | 751 | 90 | WELLESLEY MA | PS |
| 6/20/2003 | 9256778213 | 7812391480 | 5/8/2003 | 656 | 90 | WELLESLEY MA | PS |
| 7/21/2003 | 9256778229 | 7812391480 | 6/11/2003 | 1133 | 72 | WELLESLEY MA | PS |
| 7/21/2003 | 9256778229 | 7812391480 | 6/11/2003 | 1152 | 210 | WELLESLEY MA | PS |
| 8/20/2003 | 9256778226 | 7812391480 | 6/30/2003 | 1127 | 108 | WELLESLEY MA | PS |
| 11/19/2003 | 9256778295 | 7812391480 | 10/9/2003 | 945 | 30 | WELLESLEY MA | PS |
| 11/19/2003 | 9256778295 | 7812391480 | 10/9/2003 | 1303 | 66 | WELLESLEY MA | PS |
| 3/22/2004 | 9256778294 | 7812391480 | 1/21/2004 | 1056 | 90 | WELLESLEY MA | PS |
| 3/22/2004 | 9256778294 | 7812391480 | 1/21/2004 | 1258 | 48 | WELLESLEY MA | PS |
| 3/22/2004 | 9256778294 | 7812391480 | 1/22/2004 | 1303 | 216 | WELLESLEY MA | PS |
| 6/21/2004 | 9256778213 | 7812391480 | 4/23/2004 | 1027 | 126 | WELLESLEY MA | PS |
| 6/21/2004 | 9256778213 | 7812391480 | 4/23/2004 | 1034 | 78 | WELLESLEY MA | PS |
| 6/21/2004 | 9256778213 | 7812391480 | 4/23/2004 | 1041 | 36 | WELLESLEY MA | PS |
| 6/21/2004 | 9256778213 | 7812391480 | 4/23/2004 | 1237 | 30 | WELLESLEY MA | PS |
| 6/21/2004 | 9256778213 | 7812391480 | 4/23/2004 | 1239 | 156 | WELLESLEY MA | PS |
| 6/21/2004 | 9256778213 | 7812391480 | 4/28/2004 | 934 | 258 | WELLESLEY MA | PS |
| 7/20/2004 | 4153964038 | 7812391480 | 5/11/2004 | 1326 | 72 | WELLESLEY MA | VN |
| 7/20/2004 | 4153964038 | 7812391480 | 5/11/2004 | 1326 | 72 | WELLESLEY MA | VN |
| 7/20/2004 | 4153964038 | 7812391480 | 5/11/2004 | 1327 | 876 | WELLESLEY MA | VN |
| 7/20/2004 | 4153964038 | 7812391480 | 5/11/2004 | 1327 | 876 | WELLESLEY MA | VN |
| 9/20/2004 | N5536278 | 7812391480 | 7/15/2004 | 1349 | 78 | WELLESLEY MA | VN |
| 10/20/2004 | 4153966999 | 7812391480 | 7/15/2004 | 1349 | 78 | WELLESLEY MA | VN |
| 9/20/2004 | N5536361 | 7812391480 | 7/15/2004 | 1351 | 78 | WELLESLEY MA | VN |
| 10/20/2004 | 4153966999 | 7812391480 | 7/15/2004 | 1351 | 78 | WELLESLEY MA | VN |
| 9/20/2004 | 9256778294 | 7812391480 | 7/29/2004 | 1148 | 270 | WELLESLEY MA | PS |
| 9/20/2004 | 9256778295 | 7812391480 | 7/29/2004 | 1249 | 432 | WELLESLEY MA | PS |
| 9/20/2004 | 9256778255 | 7812391480 | 8/11/2004 | 814 | 90 | WELLESLEY MA | PS |
| 9/20/2004 | 9256778255 | 7812391480 | 8/11/2004 | 944 | 198 | WELLESLEY MA | PS |
| 10/20/2004 | 4153966999 | 7812391480 | 8/11/2004 | 1204 | 78 | WELLESLEY MA | VN |
| 10/20/2004 | 4153966999 | 7812391480 | 8/13/2004 | 919 | 96 | WELLESLEY MA | VN |
| 10/20/2004 | 4153966999 | 7812391480 | 8/13/2004 | 949 | 144 | WELLESLEY MA | VN |
| 9/20/2004 | 9256778363 | 7812391480 | 8/13/2004 | 1314 | 42 | WELLESLEY MA | PS |
| 10/20/2004 | 4153966999 | 7812391480 | 8/16/2004 | 1012 | 12 | WELLESLEY MA | VN |
| 6/20/2003 | 8009669711 | 7812391486 | 4/14/2003 | 644 | 84 | WELLESLEY MA | MT |
| 8/20/2004 | 8009669711 | 7812391486 | 6/2/2004 | 643 | 78 | WELLESLEY MA | MT |
| 3/20/2003 | 8009669711 | 7812391487 | 1/28/2003 | 716 | 102 | WELLESLEY MA | MT |
| 6/20/2003 | 8009669711 | 7812391487 | 4/22/2003 | 716 | 84 | WELLESLEY MA | MT |
| 7/21/2003 | 8009669711 | 7812391487 | 5/8/2003 | 709 | 18 | WELLESLEY MA | MT |
| 8/20/2003 | 8009669711 | 7812391487 | 6/25/2003 | 1205 | 468 | WELLESLEY MA | MT |
| 9/22/2003 | 8009669711 | 7812391487 | 7/25/2003 | 514 | 90 | WELLESLEY MA | MT |
| 3/22/2004 | 8009669711 | 7812391487 | 1/22/2004 | 1254 | 78 | WELLESLEY MA | MT |
| 6/21/2004 | 8009669711 | 7812391487 | 4/26/2004 | 1144 | 198 | WELLESLEY MA | MT |
| 7/20/2004 | 8009669711 | 7812391487 | 5/3/2004 | 1224 | 90 | WELLESLEY MA | MT |
| 3/20/2003 | 8009669711 | 7812391492 | 1/28/2003 | 1116 | 168 | WELLESLEY MA | MT |
| 7/21/2003 | 8009669711 | 7812391492 | 5/8/2003 | 814 | 336 | WELLESLEY MA | MT |
| 7/21/2003 | 8009669711 | 7812391492 | 5/19/2003 | 1150 | 1572 | WELLESLEY MA | MT |
| 8/20/2003 | 8009669711 | 7812391492 | 6/19/2003 | 1227 | 78 | WELLESLEY MA | MT |
| 8/20/2003 | 8009669711 | 7812391492 | 6/26/2003 | 1102 | 66 | WELLESLEY MA | MT |
| 9/22/2003 | 8009669711 | 7812391492 | 7/1/2003 | 825 | 78 | WELLESLEY MA | MT |
| 9/22/2003 | 8009669711 | 7812391492 | 7/23/2003 | 1324 | 90 | WELLESLEY MA | MT |
| 3/22/2004 | 8009669711 | 7812391492 | 1/21/2004 | 1247 | 90 | WELLESLEY MA | MT |
| 6/21/2004 | 8009669711 | 7812391492 | 4/28/2004 | 400 | 96 | WELLESLEY MA | MT |
| 6/20/2001 | 9256851259 | 7812391493 | 4/6/2001 | 1045 | 42 | WELLESL MA | VN |
| 7/20/2001 | 9256851259 | 7812391493 | 5/22/2001 | 1048 | 42 | WELLESL MA | VN |
| 8/21/2001 | 9256851259 | 7812391493 | 6/4/2001 | 1440 | 36 | WELLESL MA | VN |
| 9/20/2001 | 9256801713 | 7812391493 | 7/19/2001 | 1013 | 36 | WELLESL MA | VN |
| 12/20/2001 | 9256801713 | 7812391493 | 10/19/2001 | 1028 | 36 | WELLESL MA | VN |
| 3/20/2002 | 6126676282 | 7812391493 | 1/10/2002 | 836 | 90 | WELLESLEY MA | EO |
| 3/20/2002 | 6126676282 | 7812391493 | 1/10/2002 | 1545 | 168 | WELLESLEY MA | EO |
| 3/20/2002 | 9256801713 | 7812391493 | 1/23/2002 | 1653 | 36 | WELLESL MA | VN |
| 3/20/2002 | 9256801713 | 7812391493 | 1/29/2002 | 825 | 66 | WELLESL MA | VN |
| 4/19/2002 | 9256801713 | 7812391493 | 2/11/2002 | 1628 | 66 | WELLESL MA | VN |
| 5/20/2002 | 9256801713 | 7812391493 | 3/8/2002 | 905 | 30 | WELLESL MA | VN |
| 9/20/2002 | 9256801713 | 7812391493 | 7/15/2002 | 1203 | 36 | WELLESL MA | VN |
| 9/20/2002 | 9256801713 | 7812391493 | 7/22/2002 | 1358 | 36 | WELLESL MA | VN |
| 12/20/2002 | 9256801713 | 7812391493 | 10/17/2002 | 1322 | 36 | WELLESL MA | VN |
| 3/20/2003 | 9256801713 | 7812391493 | 1/17/2003 | 1263 | 36 | WELLESL MA | VN |
| 6/20/2003 | 9256801713 | 7812391493 | 4/11/2003 | 832 | 42 | WELLESL MA | VN |
| 8/20/2003 | 9256801713 | 7812391493 | 6/11/2003 | 1155 | 36 | WELLESL MA | VN |
| 9/22/2003 | 9256801713 | 7812391493 | 7/16/2003 | 1155 | 36 | WELLESL MA | VN |
| 12/19/2003 | 9256801667 | 7812391493 | 10/9/2003 | 935 | 42 | WELLESL MA | VN |
| 3/22/2004 | 9256801667 | 7812391493 | 1/12/2004 | 1221 | 36 | WELLESL MA | VN |
| 3/22/2004 | 9256801667 | 7812391493 | 1/19/2004 | 1420 | 42 | WELLESL MA | VN |
| 3/22/2004 | 9256911532 | 7812391493 | 1/27/2004 | 1619 | 42 | WELLESL MA | VN |
| 6/21/2004 | 9256801667 | 7812391493 | 4/28/2004 | 933 | 42 | WELLESLEY MA | VN |
| 9/20/2004 | 9256801667 | 7812391493 | 7/16/2004 | 859 | 42 | WELLESLEY MA | VN |
| 2/17/2006 | 9256801667 | 7812391493 | 12/16/2005 | 1423 | 78 | WELLESLEY MA | VN |

WF3751

# GOERTZEN AFFIDAVIT EXHIBIT B

Wells Fargo Telephone Record Supplemental Search Results

| Run Date | From Phone | AU# | To Phone | Call Date | Call Time | Duration (seconds) | Location | Src |
|---|---|---|---|---|---|---|---|---|
| 020320 | 9256775387 | 02058 | 7814311108 | 020124 | 1228 | 000000150 | WELLESLEY MA | PS |
| 020419 | 9256778210 | 02058 | 7814311108 | 020308 | 0844 | 000000090 | WELLESLEY MA | PS |
| 020719 | 9256778210 | 02058 | 7814311108 | 020617 | 1141 | 000000096 | WELLESLEY MA | PS |
| 020920 | 9256778295 | 02058 | 7814311108 | 020725 | 0945 | 000000060 | WELLESLEY MA | PS |
| 021021 | 9256775223 | 02058 | 7814311108 | 020904 | 1426 | 000000162 | WELLESLEY MA | PS |
| 030320 | 9256778226 | 02058 | 7814311108 | 030128 | 1240 | 000000054 | WELLESLEY MA | PS |
| 030620 | 8009869711 | 02058 | 7814310406 | 030411 | 0816 | 000000018 | WELLESLEY MA | MT |
| 030620 | 9256778226 | 02058 | 7814310406 | 030422 | 0842 | 000000078 | WELLESLEY MA | PS |
| 030820 | 9256778226 | 02058 | 7814311108 | 030620 | 0944 | 000000066 | WELLESLEY MA | PS |
| 030820 | 9256778226 | 02058 | 7814311108 | 030626 | 1435 | 000000144 | WELLESLEY MA | PS |
| 040720 | 4153964038 | 01187 | 7814311108 | 040511 | 1322 | 000000192 | WELLESLEY MA | VN |
| 040720 | 8009869711 | 02058 | 7814310422 | 040608 | 0725 | 000000024 | WELLESLEY MA | MT |
| 040820 | 8009869711 | 02058 | 7814310422 | 040608 | 1041 | 000000084 | WELLESLEY MA | MT |
| 040820 | 8009869711 | 02058 | 7814311907 | 040608 | 0758 | 000000036 | WELLESLEY MA | MT |
| 040820 | 8009869711 | 02058 | 7814310422 | 040609 | 0829 | 000000456 | WELLESLEY MA | MT |
| 041020 | 8009869711 | 02058 | 7814310406 | 040802 | 1241 | 000000066 | WELLESLEY MA | MT |
| 041020 | 8009869711 | 02058 | 7814310422 | 040811 | 0940 | 000000198 | WELLESLEY MA | MT |

WF3752