UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BLUE HILLS OFFICE PARK LLC,

Plaintiff, Defendant-in-Counterclaim,

v.

J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1, and, CSFB 1999–C1 ROYALL STREET, LLC,

Defendants, Plaintiffs-in-Counterclaim,

v.

WILLIAM LANGELIER and GERALD FINEBERG,

Defendants-in-Counterclaim.

Civil Action No. 05-CV-10506 (WGY)

**AFFIDAVIT OF CURTIS MALLEGNI IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTIONS FOR SUMMARY JUDGMENT**

I, Curtis J. Mallegni, depose and say as follows:

1. I am the portfolio asset manager in Wells Fargo Bank's ("Wells Fargo") Commercial Mortgage Servicing Group. Prior to June 2005, I was an asset manager in the Commercial Mortgage Servicing Group, where my duties included managing the loan to Blue Hills Office Park LLC ("Blue Hills") from original lender Credit Suisse First Boston Mortgage Capital LLC. I have personal knowledge of the matters set forth herein.

2. In 1999, the Blue Hills loan was assigned to J.P. Morgan Chase Bank, as Trustee (formerly The Chase Manhattan Bank) (the "Lender") and made part of a pool of loans securing

commercial mortgage-backed securities. Wells Fargo is the Servicer of the Blue Hills loan and others in its pool on behalf of Lender.

3. Wells Fargo receives the financial statements submitted to Lender by the borrowers in the pool. In the ordinary course of business, Wells Fargo retains copies of all financial statements it receives from borrowers.

4. I have reviewed all of the financial statements of Blue Hills in the possession of Wells Fargo's Commercial Mortgage Servicing Group for the Blue Hills loan. They include statements of assets and liabilities submitted by Blue Hills as of March 2000, June 2000, December 2001, and December 2002 (collectively attached at Exhibit A), but none after that. The records of Wells Fargo's Commercial Mortgage Servicing Group contain no balance sheets or other statements showing Blue Hills' assets, or its basis in them, for any period in 2003 or 2004 for the Blue Hills loan.

5. Blue Hills submitted income and expense statements for the 2002 year-end, the second and third quarters of 2003, the 2003 year-end, and the first and second quarters of 2004, which are collectively attached at Exhibit B. None of these income and expense statements shows Blue Hills' assets or its basis in them.

6. For at least the last six years, my office telephone number has been 415-396-6999.

Signed under the pains and penalties of perjury this 16th day of May, 2006.

Curtis J. Mallegni

~BOST1:418905.v1

# MALLEGNI AFFIDAVIT EXHIBIT A

04/28/00 1:54 pm Blue Hills GP - 450 gws Page: 162
March 2000

| | Current Year | Previous Year |
|---|---|---|
| ** ASSETS ** | | |
| CURRENT ASSETS | | |
| Cash in Bank | 162,719.48 | 0.00 |
| Cash Other | 0.00 | 0.00 |
| Cash Common Disburse | 0.00 | 0.00 |
| Accounts Receivable | 58,816.19 | 0.00 |
| Rent Receivable | 0.00 | 0.00 |
| A/R Entities | 0.00 | 0.00 |
| Management Fee Receivable | 0.00 | 0.00 |
| Notes Receivable | 0.00 | 0.00 |
| Reserve Receivable | 417,113.97 | 0.00 |
| Principle Reserve | 0.00 | 0.00 |
| Prepaid Expenses | 0.00 | 0.00 |
| Real Estate Escrow | 149,202.51 | 0.00 |
| Utility Deposits | 0.00 | 0.00 |
| TOTAL CURRENT ASSETS | 787,852.15 | 0.00 |
| FIXED ASSETS | | |
| Land | 3,312,500.00 | 0.00 |
| Buildings | 29,812,500.00 | 0.00 |
| Building Improvements | 6,043,133.91 | 0.00 |
| Leasehold Improvements | 0.00 | 0.00 |
| Furniture & Fixtures | 10,967.34 | 0.00 |
| Motor Vehicles & Equip | 1,260.00 | 0.00 |
| Less: Accum Depreciation | 13,730,795.88- | 0.00 |
| Unamortized Costs | 494,028.45 | 0.00 |
| Deferred Lease | 4,942.11 | 0.00 |
| TOTAL FIXED ASSETS | 25,948,535.93 | 0.00 |
| Other Assets | 0.00 | 0.00 |
| TOTAL ASSETS | 26,736,388.08 | 0.00 |

WF01188

SCANNED 09/15/00 2

04/28/00 1:54 pm Blue Hills OP - 450 gws Page: 163
March 2000

| | Current Year | Previous Year |
|---|---|---|
| ** LIABILITIES ** | | |
| CURRENT LIABILITIES | | |
| Accounts Payable | 61,452.41 | 0.00 |
| Loan Payable | 0.00 | 0.00 |
| Due to GSF | 25,000.00 | 0.00 |
| Due to Other | 6,829,151.79- | 0.00 |
| Other Payables | 0.00 | 0.00 |
| Last Month Rent | 0.00 | 0.00 |
| Security Deposits | 0.00 | 0.00 |
| Escrow Acct | 0.00 | 0.00 |
| Accrued Real Estate Tax | 0.00 | 0.00 |
| Accrued Management Fees | 29,518.18- | 0.00 |
| Accrued W/L | 0.00 | 0.00 |
| Accrued Other | 21,218.87 | 0.00 |
| Accrued Interest | 0.00 | 0.00 |
| TOTAL CURRENT LIABILITIES | 6,750,998.69- | 0.00 |
| LONG TERM LIABILITIES | | |
| Mortgage Payable | 53,513.26- | 0.00 |
| Mortgage Payable 2nd | 33,116,484.44 | 0.00 |
| Mortgage Payable 3rd | 0.00 | 0.00 |
| Mortgage Payable Other | 0.00 | 0.00 |
| Notes Payble | 0.00 | 0.00 |
| TOTAL LONG TERM LIABILITIES | 33,062,971.18 | 0.00 |
| ** EQUITY ** | | |
| Exchange | 0.00 | 0.00 |
| Investments (GSF, Ptr) | 0.00 | 0.00 |
| Common Stock | 0.00 | 0.00 |
| Paid In Capital | 0.00 | 0.00 |
| Retained Earnings | 85,181.92 | 0.00 |
| Capital | 0.00 | 0.00 |
| Drawing | 100,000.00- | 0.00 |
| Net Profit/(Loss) | 439,233.67 | 0.00 |
| TOTAL EQUITY | 424,415.59 | 0.00 |
| TOTAL LIABILITY & OWNER EQUITY | 26,736,388.08 | 0.00 |

WF01189

SCANNED 09/15/08 3

07/27/00 1:53 pm Blue Hills OP - 450 gws Page: 162
June 2000

| | Current Year | Previous Year |
|---|---|---|
| ** ASSETS ** | | |
| CURRENT ASSETS | | |
| Cash in Bank | 162,506.01 | 0.00 |
| Cash Other | 0.00 | 0.00 |
| Cash Common Disburse | 0.00 | 0.00 |
| Accounts Receivable | 65,648.69 | 0.00 |
| Rent Receivable | 0.00 | 0.00 |
| A/R Entities | 0.00 | 0.00 |
| Management Fee Receivable | 0.00 | 0.00 |
| Notes Receivable | 0.00 | 0.00 |
| Reserve Receivable | 601,840.72 | 0.00 |
| Principle Reserve | 0.00 | 0.00 |
| Prepaid Expenses | 77,913.99 | 0.00 |
| Real Estate Escrow | 58,382.65 | 0.00 |
| Utility Deposits | 0.00 | 0.00 |
| TOTAL CURRENT ASSETS | 966,292.06 | 0.00 |
| FIXED ASSETS | | |
| Land | 3,312,500.00 | 0.00 |
| Buildings | 29,812,500.00 | 0.00 |
| Building Improvements | 6,043,133.91 | 0.00 |
| Leasehold Improvements | 0.00 | 0.00 |
| Furniture & Fixtures | 10,967.34 | 0.00 |
| Motor Vehicles & Equip | 1,260.00 | 0.00 |
| Less: Accum Depreciation | 13,730,795.88- | 0.00 |
| Unamortized Costs | 494,028.45 | 0.00 |
| Deferred Lease | 4,942.11 | 0.00 |
| TOTAL FIXED ASSETS | 25,948,535.93 | 0.00 |
| Other Assets | 0.00 | 0.00 |
| TOTAL ASSETS | 26,914,827.99 | 0.00 |

WF01261

07/27/00 1:53 pm Blue Hills OP - 450 gws Page: 163
June 2000

| | Current Year | Previous Year |
|---|---|---|
| ** LIABILITIES ** | | |
| CURRENT LIABILITIES | | |
| Accounts Payable | 6,809.05 | 0.00 |
| Loan Payable | 0.00 | 0.00 |
| Due to GSF | 25,000.00 | 0.00 |
| Due to Other | 6,822,937.99- | 0.00 |
| Other Payables | 0.00 | 0.00 |
| Last Month Rent | 0.00 | 0.00 |
| Security Deposits | 0.00 | 0.00- |
| Escrow Acct | 0.00 | 0.00 |
| Accrued Real Estate Tax | 3.00- | 0.00 |
| Accrued Mamangement Fees | 60,581.15 | 0.00 |
| Accrued WJL | 14,008.62 | 0.00 |
| Accrued Other | 0.00 | 0.00 |
| Accrued Interest | 0.00 | 0.00 |
| TOTAL CURRENT LIABILITIES | 6,716,542.17- | 0.00 |
| LONG TERM LIABILITIES | | |
| Mortgage Payable | 100,452.02- | 0.00 |
| Mortgage Payable 2nd | 33,116,484.44 | 0.00 |
| Mortgage Payable 3rd | 0.00 | 0.00 |
| Mortgage Payable Other | 0.00 | 0.00 |
| Notes Payble | 0.00 | 0.00 |
| TOTAL LONG TERM LIABILITIES | 33,016,032.42 | 0.00 |
| ** EQUITY ** | | |
| Exchange | 0.00 | 0.00 |
| Investments (GSF, Ptr) | 0.00 | 0.00 |
| Common Stock | 0.00 | 0.00 |
| Paid In Capital | 0.00 | 0.00 |
| Retained Earnings | 85,181.92 | 0.00 |
| Capital | 0.00 | 0.00 |
| Drawing | 270,950.00- | 0.00 |
| Net Profit/(Loss) | 801,105.82 | 0.00 |
| TOTAL EQUITY | 615,337.74 | 0.00 |
| TOTAL LIABILITY & OWNER EQUITY | 26,914,827.99 | 0.00 |

WF01262

04/09/02 9:40 am Blue Hills OP - 450 gll Page: 17
December 2001

| | Current Year | Previous Year |
|---|---|---|
| ** ASSETS ** | | |
| CURRENT ASSETS | | |
| Cash in Bank | 138,808.19 | 114,177.98 |
| Cash Other | 0.00 | 595.03 |
| Cash Common Disburse | 0.00 | 0.00 |
| Accounts Receivable | 217,466.39 | 115,657.99 |
| Rent Receivable | 0.00 | 0.00 |
| A/R Entities | 0.00 | 0.00 |
| Management Fee Receivable | 0.00 | 0.00 |
| Notes Receivable | 0.00 | 0.00 |
| Reserve Receivable | 1,727,595.79 | 977,595.79 |
| Principle Reserve | 0.00 | 0.00 |
| Prepaid Expenses | 0.00 | 0.00 |
| Real Estate Escrow | 110,576.68 | 95,137.27 |
| Utility Deposits | 0.00 | 0.00 |
| TOTAL CURRENT ASSETS | 2,194,447.05 | 1,303,162.06 |
| FIXED ASSETS | | |
| Land | 3,312,500.00 | 3,312,500.00 |
| Buildings | 29,812,500.00 | 29,812,500.00 |
| Building Improvements | 6,043,133.91 | 6,043,133.91 |
| Leasehold Improvements | 0.00 | 0.00 |
| Furniture & Fixtures | 15,332.72 | 15,332.72 |
| Motor Vehicles & Equip | 1,260.00 | 1,260.00 |
| Less: Accum Depreciation | 16,000,713.88- | 14,865,619.88- |
| Unamortized Costs | 460,534.45 | 477,281.45 |
| Deferred Lease | 1,862.11 | 3,402.11 |
| TOTAL FIXED ASSETS | 23,646,409.31 | 24,799,790.31 |
| Other Assets | 0.00 | 0.00 |
| TOTAL ASSETS | 25,840,856.36 | 26,102,952.37 |

04/09/02 9:40 am Blue Hills OP - 450 gil Page: 18
December 2001

| | Current Year | Previous Year |
|---|---|---|
| ** LIABILITIES ** | | |
| CURRENT LIABILITIES | | |
| Accounts Payable | 0.00 | 0.00 |
| Loan Payable | 0.00 | 0.00 |
| Due to GSF | 25,000.00 | 25,000.00 |
| Due to Other | 7,068,887.99- | 7,068,887.99- |
| Other Payables | 0.00 | 0.00 |
| Last Month Rent | 0.00 | 0.00 |
| Security Deposits | 0.00 | 0.00 |
| Escrow Acct | 0.00 | 0.00 |
| Accrued Real Estate Tax | 0.00 | 0.00 |
| Accrued Management Fees | 21,542.56- | 18,836.17- |
| Accrued WJL | 14,008.62 | 14,008.62 |
| Accrued Other | 0.00 | 0.00 |
| Accrued Interest | 0.00 | 0.00 |
| TOTAL CURRENT LIABILITIES | 7,051,421.93- | 7,048,715.54- |
| LONG TERM LIABILITIES | | |
| Mortgage Payable | 0.00 | 0.00 |
| Mortgage Payable 2nd | 32,911,166.12 | 32,911,166.12 |
| Mortgage Payable 3rd | 232,031.12- | 0.00 |
| Mortgage Payable Other | 0.00 | 0.00 |
| Notes Payble | 0.00 | 0.00 |
| TOTAL LONG TERM LIABILITIES | 32,679,135.00 | 32,911,166.12 |
| ** EQUITY ** | | |
| Exchange | 0.00 | 0.00 |
| Investments (GSF, Ptr) | 0.00 | 0.00 |
| Common Stock | 0.00 | 0.00 |
| Paid In Capital | 0.00 | 0.00 |
| Retained Earnings | 0.00 | 0.00 |
| Capital | 240,501.79 | 85,181.92 |
| Drawing | 290,000.00- | 130,000.00- |
| Net Profit/(Loss) | 262,641.50 | 285,319.87 |
| TOTAL EQUITY | 213,143.29 | 240,501.79 |
| TOTAL LIABILITY & OWNER EQUITY | 25,840,856.36 | 26,102,952.37 |

WF01444

12/19/03 1:37 pm Blue Hills OP - 450 gil Page: 90

End of Year 2002

|  | Current Year | Previous Year |
|---|---|---|
| ** ASSETS ** | | |
| CURRENT ASSETS | | |
| Cash in Bank | 140,595.33 | 138,808.19 |
| Cash Other | 0.00 | 0.00 |
| Cash Common Disburse | 0.00 | 0.00 |
| Accounts Receivable | 706,472.29 | 217,446.39 |
| Rent Receivable | 0.00 | 0.00 |
| A/R Entities | 0.00 | 0.00 |
| Management Fee Receivable | 0.00 | 0.00 |
| Notes Receivable | 0.00 | 0.00 |
| Reserve Receivable | 2,477,595.79 | 1,727,595.79 |
| Principle Reserve | 0.00 | 0.00 |
| Prepaid Expenses | 111,278.72- | 0.00 |
| Real Estate Escrow | 221,881.62- | 110,576.68 |
| Utility Deposits | 0.00 | 0.00 |
| TOTAL CURRENT ASSETS | 2,992,263.07 | 2,194,447.05 |
| FIXED ASSETS | | |
| Land | 3,312,500.00 | 3,312,500.00 |
| Buildings | 29,812,500.00 | 29,812,500.00 |
| Building Improvements | 6,043,133.91 | 6,043,133.91 |
| Leasehold Improvements | 0.00 | 0.00 |
| Furniture & Fixtures | 15,332.72 | 15,332.72 |
| Motor Vehicles & Equip | 1,260.00 | 1,260.00 |
| Less: Accum Depreciation | 16,000,713.88- | 16,000,713.88- |
| Unamortized Costs | 460,534.45 | 460,534.45 |
| Deferred Lease | 1,842.11 | 1,842.11 |
| TOTAL FIXED ASSETS | 23,646,409.31 | 23,646,409.31 |
| Other Assets | 0.00 | 0.00 |
| TOTAL ASSETS | 26,638,672.38 | 25,840,856.36 |

WF3172

12/19/03 1:37 pm Blue Hills OP - 450 gil Page: 91
End of Year 2002

| | Current Year | Previous Year |
|---|---|---|
| ** LIABILITIES ** | | |
| CURRENT LIABILITIES | | |
| Accounts Payable | 0.00 | 0.00 |
| Loan Payable | 0.00 | 0.00 |
| Due to GBF | 25,000.00 | 25,000.00 |
| Due to Other | 7,068,887.99- | 7,068,887.99- |
| Other Payables | 0.00 | 0.00 |
| Last Month Rent | 0.00 | 0.00 |
| Security Deposits | 0.00 | 0.00 |
| Escrow Acct | 0.00 | 0.00 |
| Accrued Real Estate Tax | 0.00 | 0.00 |
| Accrued Management Fees | 46,320.02- | 21,542.56- |
| Accrued W/L | 14,008.62 | 14,008.62 |
| Accrued Other | 0.00 | 0.00 |
| Accrued Interest | 0.00 | 0.00 |
| TOTAL CURRENT LIABILITIES | 7,076,199.39- | 7,051,421.93- |
| LONG TERM LIABILITIES | | |
| Mortgage Payable | 252,811.26- | 0.00 |
| Mortgage Payable 2nd | 32,911,166.12 | 32,911,166.12 |
| Mortgage Payable 3rd | 232,031.12- | 232,031.12- |
| Mortgage Payable Other | 0.00 | 0.00 |
| Notes Payable | 0.00 | 0.00 |
| TOTAL LONG TERM LIABILITIES | 32,426,323.74 | 32,679,135.00 |
| ** EQUITY ** | | |
| Exchange | 0.00 | 0.00 |
| Investments (GBF, Ptr) | 0.00 | 0.00 |
| Common Stock | 0.00 | 0.00 |
| Paid In Capital | 0.00 | 0.00 |
| Retained Earnings | 262,641.50 | 0.00 |
| Capital | 240,501.79 | 240,501.79 |
| Drawing | 670,000.00- | 290,000.00- |
| Net Profit/(Loss) | 1,455,404.74 | 262,641.50 |
| TOTAL EQUITY | 1,288,548.03 | 213,143.29 |
| TOTAL LIABILITY & OWNER EQUITY | 26,638,672.38 | 25,840,856.36 |

WF3173

# MALLEGNI AFFIDAVIT EXHIBIT B

07/07/03 3:00 pm

Blue Hills OP - 450
June 2003

LOAN #76-0990083

gil Page: 82

| Budget | $/Unit | CURRENT PERIOD Last Year | $/Unit | Actual | $/Unit | | YEAR TO DATE Actual | $/Unit | Last Year | $/Unit | Budget | $/Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **INCOME** | | | | | | |
| 350,427 | 26.47 | 343,032 | 25.91 | 343,032 | 0.00 | Rent | 2,058,194 | 0.00 | 2,058,194 | 155.46 | 2,058,194 | 25.91 |
| 6,508 | 0.00 | 8,821 | 0.00 | 4,957 | 0.00 | Percentage Rent | 25,497 | 0.00 | 29,415 | 0.00 | 40,867 | 0.00 |
| 183,034 | 13.83 | 168,409 | 12.72 | 168,409 | 0.00 | CAM Income | 854,477 | 0.00 | 1,010,476 | 76.33 | 954,893 | 12.02 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | Real Estate Taxes | 292,431 | 0.00 | 281,110 | 21.23 | 229,160 | 2.88 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | Utilities | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| 2,400 | 18.13 | 6,207 | 46.88 | 2,400 | 0.00 | Payroll Reimb | 22,601 | 0.00 | 37,765 | 285.26 | 14,400 | 18.13 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | Real Estate Tax Abatement | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| 5,059 | 0.38 | 3,869 | 0.29 | 4,027 | 0.00 | Other Income | 23,733 | 0.00 | 15,403 | 1.16 | 61,080 | 0.77 |
| 547,428 | 41.35 | 530,339 | 40.06 | 522,025 | 0.00 | TOTAL INCOME | 3,276,934 | 0.00 | 3,432,363 | 259.26 | 3,358,394 | 42.28 |
| | | | | | | **EXPENSES** | | | | | | |
| 23,350 | 1.76 | 15,461 | 1.17 | 17,375 | 0.00 | Maintenance Payroll | 108,307 | 0.00 | 110,070 | 8.31 | 120,670 | 1.52 |
| 1,240 | 0.09 | 1,240 | 0.09 | 1,240 | 0.00 | Insurance | 7,440 | 0.00 | 7,440 | 0.56 | 8,668 | 0.11 |
| 333 | 0.03 | 352 | 0.03 | 402 | 0.00 | Workers Compensation | 2,372 | 0.00 | 2,035 | 0.15 | 2,017 | 0.03 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | Advertising & Promotion | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| 17,152 | 1.30 | 17,152 | 1.30 | 17,152 | 0.00 | Management Fees | 102,910 | 0.00 | 120,061 | 9.07 | 106,208 | 1.34 |
| 0 | 0.00 | 531 | 0.04 | 375 | 0.00 | Legal & Prof Fee | 23,147 | 0.00 | 8,441 | 0.64 | 19,237 | 0.24 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | Dues & Subscriptions | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| 285 | 0.02 | 297 | 0.02 | 218 | 0.00 | Post & Phone | 1,202 | 0.00 | 2,186 | 0.16 | 1,733 | 0.02 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | CAM Expenses | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| 7,353 | 0.56 | 10,638 | 0.80 | 15,149 | 0.00 | Insurance | 68,340 | 0.00 | 50,690 | 3.83 | 8,234 | 0.10 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | Commissions | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| 5,582 | 0.42 | 3,048 | 0.23 | 7,348 | 0.00 | Materials | 30,183 | 0.00 | 23,201 | 1.75 | 29,475 | 0.37 |
| 10,924 | 0.83 | 5,024 | 0.38 | 54,651 | 0.00 | Repairs & Maintenance | 93,275 | 0.00 | 32,968 | 2.49 | 67,062 | 0.84 |
| 8,201 | 0.62 | 5,067 | 0.38 | 4,786 | 0.00 | Maint Contracts | 13,274 | 0.00 | 11,723 | 0.89 | 14,173 | 0.18 |
| 92,048 | 6.95 | 72,945 | 5.51 | 77,360 | 0.00 | Electric | 368,729 | 0.00 | 385,888 | 29.15 | 437,091 | 5.50 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | Water & Sewer | 31,345 | 0.00 | 32,329 | 2.44 | 34,407 | 0.43 |
| 2,050 | 0.15 | 251 | 0.02 | 333 | 0.00 | Heating | 12,756 | 0.00 | 6,572 | 0.50 | 15,222 | 0.19 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | Security | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | Permits & Licenses | 250 | 0.00 | 250 | 0.02 | 250 | 0.00 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | Taxes | 295,267 | 0.00 | 286,700 | 21.66 | 233,364 | 2.94 |
| 75 | 0.01 | 75 | 0.01 | 375 | 0.00 | Exterminating | 850 | 0.00 | 400 | 0.03 | 450 | 0.01 |
| 0 | 0.00 | 6,376 | 0.48 | 0 | 0.00 | Trash Removal | 0 | 0.00 | 20,896 | 1.58 | 23,535 | 0.30 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | Snow Removal | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| 16,850 | 1.27 | 22,509 | 1.70 | 28,343 | 0.00 | Cleaning Services | 131,181 | 0.00 | 118,969 | 8.99 | 112,307 | 1.41 |
| 956 | 0.07 | 1,231 | 0.09 | 502 | 0.00 | Miscellaneous | 8,505 | 0.00 | 8,931 | 0.67 | 8,348 | 0.11 |
| 186,398 | 14.08 | 162,197 | 12.25 | 217,687 | 0.00 | TOTAL EXPENSES | 1,299,531 | 0.00 | 1,229,669 | 92.88 | 1,242,442 | 15.64 |
| 361,030 | 27.27 | 368,142 | 27.81 | 305,138 | 0.00 | NET OPERATING INCOME | 1,977,403 | 0.00 | 2,202,694 | 166.38 | 2,116,152 | 26.64 |
| 239,858 | 18.12 | 238,100 | 17.98 | 236,185 | 0.00 | Interest Expense | 1,389,329 | 0.00 | 1,400,376 | 105.78 | 1,410,515 | 17.76 |
| 14,794 | 1.12 | 16,552 | 1.25 | 18,467 | 0.00 | Principle | 138,584 | 0.00 | 127,537 | 9.63 | 117,398 | 1.48 |
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | Principle Reserve | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| 9,021 | 68.14 | 7,678 | 58.00 | 7,712 | 0.00 | FF&E Reserve | 46,038 | 0.00 | 38,018 | 287.16 | 56,620 | 71.28 |
| 97,357 | 7.35 | 105,811 | 7.99 | 42,774 | 0.00 | Net Income/(Loss) | 403,452 | 0.00 | 636,763 | 48.10 | 531,618 | 6.69 |

WF3176

| | | | | |
|---|---|---|---|---|
| | | Blue Hills Office Park | #450 | |
| | | 2 nd Quarter 2003 | | |
| | | Account # 780000063 | | |
| | | | | |
| | INCOME | | | |
| | | Rent | $1,043,515 | |
| | | CAM Income | $349,251 | |
| | | Real Estate Taxes | $144,918 | |
| | | Utilities | $0 | |
| | | Real Estate Tax Abatement | $0 | |
| | | Other Income | $22,633 | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL INCOME | | $1,560,317 | |
| | | | | |
| | EXPENSES | | | |
| | | Maintenance Payroll | $54,916 | |
| | | Insurance | $3,720 | |
| | | Workers Compensation | $1,316 | |
| | | Advertising & Promotion | $0 | |
| | | Management Fees | $51,456 | |
| | | Legal & Professional Fees | $17,072 | |
| | | Dues & Subscriptions | $0 | |
| | | Postage & Phone | $636 | |
| | | CAM Expenses | $0 | |
| | | Insurance | $36,425 | |
| | | Commissions | $0 | |
| | | Materials | $13,340 | |
| | | Repairs & Maintenance | $88,736 | |
| | | Maint Contracts | $8,688 | |
| | | Electric | $196,413 | |
| | | Water & Sewer | $13,436 | |
| | | Heating | $2,625 | |
| | | Security | $0 | |
| | | Permits & Licenses | $250 | |
| | | Taxes | $296,027 | |
| | | Exterminating | $625 | |
| | | Trash Removal | $0 | |
| | | Snow Removal | $0 | |
| | | Cleaning Services | $70,087 | |
| | | Miscellaneous | $3,834 | |
| | TOTAL EXPENSES | | $857,602 | |
| | | | | |
| | NET OPERATING INCOME | | $702,715 | |
| | | | | |
| | | Interest Expense | $701,442 | |
| | | Principle | $82,515 | |
| | | F F & E Reserve | $22,875 | |
| | | | | |
| | Net Income/(Loss) | | ($84,117) | |
| | | | | |

wellsfargo.123

10/06/03 2:08 pm

Blue Hills OP - 450
September 2003

LOAN # 760990083

gil Page: 76

| | CURRENT PERIOD Budget | $/Unit | Last Year | $/Unit | Actual | $/Unit | YEAR TO DATE Actual | $/Unit | Last Year | $/Unit | Budget | $/Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rent | 343,032 | 25.91 | 343,032 | 25.91 | 343,032 | 0.00 | 3,087,291 | 0.00 | 3,087,291 | 233.20 | 3,087,291 | 25.91 |
| Percentage Rent | 6,044 | 0.00 | 5,984 | 0.00 | 4,775 | 0.00 | 41,246 | 0.00 | 47,967 | 0.00 | 68,957 | 0.00 |
| CAM Income | 183,034 | 13.83 | 168,409 | 12.72 | 168,409 | 0.00 | 1,359,703 | 0.00 | 1,515,702 | 114.49 | 1,503,994 | 12.62 |
| Real Estate Taxes | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 444,461 | 0.00 | 428,557 | 32.37 | 372,157 | 3.12 |
| Utilities | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Payroll Reimb | 2,400 | 18.13 | 2,400 | 18.13 | 2,400 | 0.00 | 29,801 | 0.00 | 46,990 | 354.94 | 21,600 | 18.13 |
| Real Estate Tax Abatement | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Other Income | 4,307 | 0.33 | 4,308 | 0.33 | 3,850 | 0.00 | 35,508 | 0.00 | 27,754 | 2.10 | 70,123 | 0.59 |
| TOTAL INCOME | 538,817 | 40.70 | 524,133 | 39.59 | 522,466 | 0.00 | 4,998,091 | 0.00 | 5,154,262 | 389.32 | 5,116,123 | 42.94 |
| **EXPENSES** | | | | | | | | | | | | |
| Maintenance Payroll | 18,538 | 1.40 | 16,177 | 1.22 | 15,708 | 0.00 | 158,855 | 0.00 | 160,805 | 12.15 | 177,577 | 1.49 |
| Insurance | 1,248 | 0.09 | 1,240 | 0.09 | 1,248 | 0.00 | 11,160 | 0.00 | 11,160 | 0.84 | 12,380 | 0.10 |
| Workers Compensation | 333 | 0.03 | 352 | 0.03 | 402 | 0.00 | 3,819 | 0.00 | 3,098 | 0.23 | 3,015 | 0.03 |
| Advertising & Promotion | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Management Fees | 17,152 | 1.30 | 17,152 | 1.30 | 17,152 | 0.00 | 154,365 | 0.00 | 171,516 | 12.96 | 157,663 | 1.32 |
| Legal & Prof Fee | 139 | 0.01 | 139 | 0.01 | 0 | 0.00 | 70,615 | 0.00 | 10,958 | 0.83 | 19,376 | 0.16 |
| Dues & Subscriptions | 0 | 0.00 | 0 | 0.00 | 139 | 0.00 | 139 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Post & Phone | 347 | 0.03 | 267 | 0.02 | 249 | 0.00 | 1,982 | 0.00 | 3,390 | 0.26 | 2,698 | 0.02 |
| CAM Expenses | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Insurance | 7,353 | 0.56 | 10,638 | 0.80 | 15,149 | 0.00 | 113,787 | 0.00 | 82,604 | 6.24 | 30,294 | 0.25 |
| Commissions | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Materials | 2,859 | 0.22 | 4,398 | 0.33 | 332 | 0.00 | 54,219 | 0.00 | 38,909 | 2.94 | 39,474 | 0.33 |
| Repairs & Maintenance | 5,879 | 0.44 | 16,954 | 1.28 | 26,806 | 0.00 | 141,609 | 0.00 | 112,650 | 8.51 | 98,379 | 0.83 |
| Maint Contracts | 995 | 0.08 | 5,740 | 0.43 | 1,528 | 0.00 | 16,664 | 0.00 | 21,494 | 1.62 | 18,933 | 0.16 |
| Electric | 105,589 | 7.98 | 85,301 | 6.44 | 87,369 | 0.00 | 665,576 | 0.00 | 644,118 | 48.65 | 709,025 | 5.95 |
| Water & Sewer | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 43,198 | 0.00 | 79,192 | 5.98 | 59,311 | 0.50 |
| Heating | 0 | 0.00 | 154 | 0.01 | 266 | 0.00 | 13,387 | 0.00 | 6,874 | 0.52 | 15,459 | 0.13 |
| Security | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Permits & Licenses | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 250 | 0.00 | 250 | 0.02 | 250 | 0.00 |
| Taxes | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 450,019 | 0.00 | 436,788 | 32.99 | 379,422 | 3.18 |
| Exterminating | 75 | 0.01 | 150 | 0.01 | 75 | 0.00 | 1,125 | 0.00 | 850 | 0.06 | 800 | 0.01 |
| Trash Removal | 3,447 | 0.26 | 3,888 | 0.29 | 0 | 0.00 | 0 | 0.00 | 27,440 | 2.07 | 28,788 | 0.24 |
| Snow Removal | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Cleaning Services | 16,850 | 1.27 | 20,050 | 1.51 | 20,095 | 0.00 | 195,617 | 0.00 | 178,466 | 13.50 | 168,065 | 1.41 |
| Miscellaneous | 1,482 | 0.11 | 1,287 | 0.10 | 1,178 | 0.00 | 12,017 | 0.00 | 11,889 | 0.90 | 11,250 | 0.09 |
| TOTAL EXPENSES | 182,269 | 13.77 | 183,867 | 13.89 | 187,040 | 0.00 | 2,188,524 | 0.00 | 2,002,665 | 151.27 | 1,932,150 | 16.22 |
| NET OPERATING INCOME | 356,549 | 26.93 | 340,266 | 25.70 | 335,426 | 0.00 | 2,809,567 | 0.00 | 3,151,597 | 238.05 | 3,183,974 | 26.72 |
| Interest Expense | 231,642 | 17.50 | 237,670 | 17.95 | 235,721 | 0.00 | 2,089,345 | 0.00 | 2,106,158 | 159.09 | 1,889,241 | 15.86 |
| Principle | 23,010 | 1.74 | 16,974 | 1.28 | 18,931 | 0.00 | 202,525 | 0.00 | 185,712 | 14.03 | 402,629 | 3.38 |
| Principle Reserve | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| FF&E Reserve | 4,564 | 34.48 | 8,045 | 60.77 | 7,822 | 0.00 | 69,689 | 0.00 | 61,637 | 465.57 | 70,314 | 59.01 |
| Net Income/(Loss) | 97,332 | 7.35 | 77,569 | 5.86 | 72,952 | 0.00 | 528,087 | 0.00 | 798,089 | 60.28 | 821,790 | 6.90 |

WF3182

| | | | | |
|---|---|---|---|---|
| | | Blue Hills Office Park | #450 | |
| | | 3 rd Quarter 2003 | | |
| | | Account # 766990083 | | |
| | | | | |
| | INCOME | | | |
| | | Rent | $1,044,845 | |
| | | CAM Income | $505,227 | |
| | | Real Estate Taxes | $152,030 | |
| | | Utilities | $0 | |
| | | Real Estate Tax Abatement | $0 | |
| | | Other Income | $19,054 | |
| | | | | |
| | | | | |
| | TOTAL INCOME | | $1,721,156 | |
| | | | | |
| | EXPENSES | | | |
| | | Maintenance Payroll | $50,348 | |
| | | Insurance | $3,720 | |
| | | Workers Compensation | $1,446 | |
| | | Advertising & Promotion | $0 | |
| | | Management Fees | $51,456 | |
| | | Legal & Professional Fees | $47,468 | |
| | | Dues & Subscriptions | $139 | |
| | | Postage & Phone | $700 | |
| | | CAM Expenses | $0 | |
| | | Insurance | $46,447 | |
| | | Commissions | $0 | |
| | | Materials | $24,036 | |
| | | Repairs & Maintenance | $48,335 | |
| | | Maint Contracts | $3,391 | |
| | | Electric | $276,848 | |
| | | Water & Sewer | $31,853 | |
| | | Heating | $631 | |
| | | Security | $0 | |
| | | Permits & Licenses | $0 | |
| | | Taxes | $154,752 | |
| | | Exterminating | $275 | |
| | | Trash Removal | $0 | |
| | | Snow Removal | $0 | |
| | | Cleaning Services | $64,636 | |
| | | Miscellaneous | $3,511 | |
| | TOTAL EXPENSES | | $808,992 | |
| | | | | |
| | NET OPERATING INCOME | | $912,164 | |
| | | | | |
| | | Interest Expense | $700,016 | |
| | | Principle | $83,941 | |
| | | F F & E Reserve | $23,570 | |
| | | | | |
| | Net Income/(Loss) | | $124,637 | |
| | | | | |

wellsfargo.123

LOAN # 7609900 83

01/07/04 2:54 pm

Blue Hills OP - 450
December 2003

gil Page: 80

| | CURRENT PERIOD | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Budget | $/Unit | Last Year | $/Unit | Actual | $/Unit | Actual | $/Unit | Last Year | $/Unit | Budget | $/Unit |
| **INCOME** | | | | | | | | | | | | |
| Rent | 343,052 | 25.91 | 343,052 | 25.91 | 343,052 | 0.00 | 4,116,388 | 0.00 | 4,116,388 | 310.93 | 4,116,388 | 25.91 |
| Percentage Rent | 3,132 | 0.00 | 6,734 | 0.00 | 5,966 | 0.00 | 50,486 | 0.00 | 58,968 | 0.00 | 71,915 | 0.00 |
| CAM Income | 183,084 | 13.83 | 168,409 | 12.72 | 168,409 | 0.00 | 1,864,929 | 0.00 | 2,020,028 | 152.65 | 2,053,095 | 12.92 |
| Real Estate Taxes | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 596,491 | 0.00 | 576,006 | 43.51 | 515,154 | 3.24 |
| Utilities | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Payroll Reimb | 4,668 | 35.26 | 3,413 | 25.78 | 2,400 | 0.00 | 37,081 | 0.00 | 58,038 | 438.39 | 31,068 | 19.56 |
| Real Estate Tax Abatement | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Other Income | 1,136- | 0.09- | 4,891 | 0.37 | 3,302 | 0.00 | 48,894 | 0.00 | 40,756 | 3.08 | 92,449 | 0.58 |
| TOTAL INCOME | 532,730 | 40.24 | 526,479 | 39.77 | 523,110 | 0.00 | 6,714,191 | 0.00 | 6,871,063 | 519.00 | 6,880,070 | 43.31 |
| **EXPENSES** | | | | | | | | | | | | |
| Maintenance Payroll | 18,840 | 1.42 | 17,153 | 1.30 | 15,108 | 0.00 | 211,383 | 0.00 | 214,241 | 16.18 | 238,000 | 1.50 |
| Insurance | 1,240 | 0.09 | 1,240 | 0.09 | 1,240 | 0.00 | 14,880 | 0.00 | 14,880 | 1.12 | 16,100 | 0.10 |
| Workers Compensation | 333 | 0.03 | 352 | 0.03 | 402 | 0.00 | 5,266 | 0.00 | 4,146 | 0.31 | 4,013 | 0.03 |
| Advertising & Promotion | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Management Fees | 17,152 | 1.30 | 17,152 | 1.30 | 17,152 | 0.00 | 205,819 | 0.00 | 222,971 | 16.84 | 209,118 | 1.32 |
| Legal & Prof Fee | 0 | 0.00 | 0 | 0.00 | 1,358 | 0.00 | 86,686 | 0.00 | 12,988 | 0.98 | 20,006 | 0.13 |
| Dues & Subscriptions | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 139 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Post & Phone | 322 | 0.02 | 309 | 0.02 | 285 | 0.00 | 3,075 | 0.00 | 4,182 | 0.32 | 3,707 | 0.02 |
| CAM Expenses | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Insurance | 42,767 | 3.23 | 19,339 | 1.46 | 15,149 | 0.00 | 159,234 | 0.00 | 123,239 | 9.31 | 87,768 | 0.55 |
| Commissions | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Materials | 3,119 | 0.24 | 4,045 | 0.31 | 0 | 0.00 | 64,985 | 0.00 | 51,397 | 3.88 | 52,531 | 0.33 |
| Repairs & Maintenance | 8,017 | 0.61 | 1,908 | 0.14 | 6,851 | 0.00 | 146,159 | 0.00 | 122,025 | 9.22 | 130,296 | 0.82 |
| Maint Contracts | 4,898 | 0.37 | 5,266 | 0.40 | 5,685 | 0.00 | 26,551 | 0.00 | 29,816 | 2.25 | 27,152 | 0.17 |
| Electric | 67,869 | 5.15 | 58,058 | 4.39 | 57,861 | 0.00 | 830,005 | 0.00 | 837,287 | 63.24 | 943,386 | 5.94 |
| Water & Sewer | 0 | 0.00 | 0 | 0.00 | 26,435 | 0.00 | 69,956 | 0.00 | 95,753 | 7.23 | 88,167 | 0.56 |
| Heating | 723 | 0.05 | 2,117 | 0.16 | 1,409 | 0.00 | 15,779 | 0.00 | 9,147 | 0.69 | 16,430 | 0.10 |
| Security | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Permits & Licenses | 50 | 0.00 | 50 | 0.00 | 0 | 0.00 | 230 | 0.00 | 300 | 0.02 | 300 | 0.00 |
| Taxes | 0 | 0.00 | 150,088 | 11.34 | 0 | 0.00 | 606,772 | 0.00 | 587,031 | 44.34 | 524,488 | 3.30 |
| Exterminating | 100 | 0.01 | 75 | 0.01 | 0 | 0.00 | 1,275 | 0.00 | 1,075 | 0.08 | 1,125 | 0.01 |
| Trash Removal | 3,473 | 0.26 | 3,734- | 0.28- | 1,971 | 0.00 | 4,359 | 0.00 | 30,315 | 2.29 | 37,646 | 0.24 |
| Snow Removal | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Cleaning Services | 16,850 | 1.27 | 17,060 | 1.29 | 20,095 | 0.00 | 263,417 | 0.00 | 237,782 | 17.96 | 220,172 | 1.39 |
| Miscellaneous | 1,336 | 0.10 | 619 | 0.05 | 524 | 0.00 | 15,319 | 0.00 | 15,953 | 1.21 | 16,349 | 0.10 |
| TOTAL EXPENSES | 187,080 | 14.13 | 291,108 | 21.99 | 171,594 | 0.00 | 2,778,888 | 0.00 | 2,614,447 | 197.48 | 2,636,744 | 16.60 |
| NET OPERATING INCOME | 345,651 | 26.11 | 235,371 | 17.78 | 351,516 | 0.00 | 3,935,303 | 0.00 | 4,256,615 | 321.52 | 4,243,326 | 26.71 |
| Interest Expense | 463,439 | 35.01 | 229,594 | 17.34 | 227,658 | 0.00 | 2,780,375 | 0.00 | 2,803,016 | 211.72 | 2,823,796 | 17.77 |
| Principle | 440,818- | 33.30- | 25,059 | 1.89 | 26,994 | 0.00 | 275,452 | 0.00 | 252,811 | 19.10 | 0 | 0.00 |
| Principle Reserve | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| FF&E Reserve | 1,232 | 9.30 | 11,292 | 85.30 | 7,704 | 0.00 | 92,762 | 0.00 | 89,095 | 672.97 | 101,808 | 64.08 |
| Net Income/(Loss) | 321,798 | 24.31 | 38,573- | 2.31- | 89,161 | 0.00 | 786,713 | 0.00 | 1,111,693 | 83.97 | 1,317,722 | 8.29 |

WF3186

FEB.23.2004 2:27PM FINEBERG MANAGEMENT NO.195 P.3/4





2:34 pm

March 2004

| Budget | $/Unit | Last Year | $/Unit | Actual | $/Unit |
|---|---|---|---|---|---|

EXHIBIT

WF01284

07/27/04 10:40 am

Blue Hills OP - 450
June 2004

Bil Pages 148

| | CURRENT PERIOD Budget | $/Unit | CURRENT PERIOD Last Year | $/Unit | CURRENT PERIOD Actual | $/Unit | YEAR TO DATE Actual | $/Unit | YEAR TO DATE Last Year | $/Unit | YEAR TO DATE Budget | $/Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rent | 343,032 | 6.81 | 343,032 | 6.81 | 343,032 | 6.81 | 2,058,194 | 40.87 | 2,058,194 | 40.87 | 2,058,194 | 6.81 |
| Percentage Rent | 8,821 | 0.00 | 4,957 | 0.00 | 3,268 | 0.00 | 18,495 | 0.00 | 25,497 | 0.00 | 29,415 | 0.00 |
| CAM Income | 168,409 | 3.34 | 168,409 | 3.34 | 168,409 | 3.34 | 1,010,453 | 20.06 | 854,477 | 16.97 | 1,010,476 | 3.34 |
| Real Estate Taxes | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 271,488 | 5.39 | 292,431 | 5.81 | 281,110 | 0.93 |
| Utilities | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Payroll Reimb | 6,207 | 12.32 | 2,400 | 4.77 | 2,400 | 4.77 | 18,458 | 36.63 | 22,601 | 44.88 | 37,765 | 12.50 |
| Real Estate Tax Abatement | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Other Income | 3,869 | 0.08 | 4,027 | 0.08 | 4,092 | 0.08 | 23,109 | 0.46 | 23,733 | 0.47 | 15,403 | 0.05 |
| TOTAL INCOME | 530,339 | 10.53 | 522,825 | 10.38 | 521,202 | 10.35 | 3,400,189 | 67.51 | 3,276,934 | 65.07 | 3,432,363 | 11.36 |
| **EXPENSES** | | | | | | | | | | | | |
| Maintenance Payroll | 15,461 | 0.31 | 17,375 | 0.35 | 13,214 | 0.26 | 82,114 | 1.63 | 108,307 | 2.15 | 110,070 | 0.36 |
| Insurance | 1,240 | 0.02 | 1,260 | 0.02 | 1,872 | 0.04 | 11,232 | 0.22 | 7,440 | 0.15 | 7,440 | 0.02 |
| Workers Compensation | 352 | 0.01 | 482 | 0.01 | 332 | 0.01 | 2,946 | 0.06 | 2,372 | 0.05 | 2,055 | 0.01 |
| Advertising & Promotion | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 288 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Management Fees | 17,152 | 0.34 | 17,152 | 0.34 | 17,152 | 0.34 | 102,910 | 2.04 | 102,910 | 2.04 | 120,861 | 0.40 |
| Legal & Prof Fee | 531 | 0.01 | 375 | 0.01 | 1,414 | 0.03 | 23,674 | 0.47 | 23,147 | 0.46 | 8,441 | 0.03 |
| Dues & Subscriptions | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Post & Phone | 297 | 0.01 | 218 | 0.00 | 0 | 0.00 | 1,102 | 0.02 | 1,202 | 0.02 | 2,106 | 0.01 |
| CAM Expenses | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Insurance | 10,658 | 0.21 | 15,149 | 0.30 | 22,355 | 0.44 | 98,100 | 1.95 | 68,340 | 1.36 | 50,690 | 0.17 |
| Commissions | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Materials | 3,048 | 0.06 | 7,368 | 0.15 | 87 | 0.00 | 24,381 | 0.48 | 30,185 | 0.60 | 23,201 | 0.08 |
| Repairs & Maintenance | 5,024 | 0.10 | 54,651 | 1.09 | 8,995 | 0.18 | 46,368 | 0.92 | 93,275 | 1.85 | 32,968 | 0.11 |
| Maint Contracts | 5,067 | 0.10 | 4,766 | 0.09 | 1,880 | 0.04 | 9,505 | 0.19 | 13,274 | 0.26 | 11,725 | 0.04 |
| Electric | 72,945 | 1.45 | 77,380 | 1.54 | 58,640 | 1.16 | 341,278 | 6.78 | 368,729 | 7.32 | 385,808 | 1.28 |
| Water & Sewer | 0 | 0.00 | 0 | 0.00 | 21,532 | 0.43 | 34,249 | 0.68 | 31,345 | 0.62 | 32,329 | 0.11 |
| Heating | 251 | 0.01 | 333 | 0.01 | 404 | 0.01 | 13,344 | 0.27 | 12,756 | 0.25 | 6,572 | 0.02 |
| Security | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Permits & Licenses | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 250 | 0.01 | 250 | 0.00 |
| Taxes | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 276,700 | 5.49 | 295,267 | 5.86 | 286,700 | 0.95 |
| Exterminating | 75 | 0.00 | 375 | 0.01 | 75 | 0.00 | 475 | 0.01 | 850 | 0.02 | 400 | 0.00 |
| Trash Removal | 6,376 | 0.13 | 0 | 0.00 | 0 | 0.00 | 13,104 | 0.26 | 0 | 0.00 | 20,896 | 0.07 |
| Snow Removal | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Cleaning Services | 22,509 | 0.45 | 20,343 | 0.48 | 20,095 | 0.40 | 129,321 | 2.57 | 131,181 | 2.60 | 118,989 | 0.39 |
| Miscellaneous | 1,773 | 0.04 | 1,044 | 0.02 | 792 | 0.02 | 6,086 | 0.12 | 11,782 | 0.23 | 12,589 | 0.04 |
| TOTAL EXPENSES | 162,739 | 3.23 | 218,229 | 4.33 | 168,959 | 3.35 | 1,217,114 | 24.17 | 1,302,808 | 25.87 | 1,233,307 | 4.08 |
| NET OPERATING INCOME | 367,600 | 7.30 | 304,596 | 6.05 | 352,242 | 6.99 | 2,183,076 | 43.35 | 1,974,126 | 39.20 | 2,199,056 | 7.28 |
| Interest Expense | 238,180 | 4.73 | 236,185 | 4.69 | 234,155 | 4.65 | 1,385,031 | 27.50 | 1,389,329 | 27.59 | 1,400,376 | 4.63 |
| Principle | 16,552 | 0.33 | 18,467 | 0.37 | 20,497 | 0.41 | 142,882 | 2.84 | 138,584 | 2.75 | 127,557 | 0.42 |
| Principle Reserve | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| FF&E Reserve | 7,678 | 15.25 | 7,712 | 15.31 | 8,000 | 15.88 | 47,581 | 94.32 | 46,088 | 91.41 | 38,018 | 12.58 |
| Net Income/(Loss) | 105,269 | 2.09 | 42,232 | 0.84 | 89,590 | 1.78 | 607,661 | 12.07 | 400,174 | 7.95 | 633,125 | 2.10 |