UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>    Plaintiff, Defendant-in-Counterclaim,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1, and, CSFB 1999–C1 ROYALL STREET, LLC,<br><br>    Defendants, Plaintiffs-in-Counterclaim,<br><br>v.<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br><br>    Defendants-in-Counterclaim. | Civil Action No.  05-CV-10506 (WGY) |

## **MANUAL FILING NOTIFICATION**

Defendants give notice of the manual filing with the Clerk's office of an **Appendix of Deposition Transcripts, each of which is voluminous in size, for the following deponents:. David Andelman, Richard Clarke, Joseph Donovan, Gerald Fineberg, Daniel Frank, Kenneth Goldberg, William Langelier, Brent Lloyd, Curtis Mallegni, Jill Martin, Lawrence Needle, Joseph Polcari (Vol I and II), Patrick Riley, Randall Rosen, Gilbert Stone, Eric Stotz, and Job Warshaw.**

Dated:  May 17, 2006

~BOST1:419119.v1