UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for<br>the Registered Holders of Credit Suisse First<br>Boston Mortgage Securities Corp., Commercial<br>Mortgage Pass-Through Certificates, Series 1999-C1<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET, LLC<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD FINEBERG<br>    Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

**OPPOSITION OF BLUE HILLS OFFICE PARK LLC, GERALD FINEBERG AND WILLIAM LANGELIER TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT AND PLAINTIFF-IN-COUNTERCLAIM J.P. MORGAN CHASE BANK, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH <u>CERTIFICATES, SERIES 1999-C1</u>**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Blue Hills Office Park LLC ("Blue Hills"), Gerald Fineberg ("Fineberg") and William Langelier ("Langelier") hereby oppose the Motion for Summary Judgment ("Motion for Summary Judgment") of Defendant and Plaintiff-in-Counterclaim J.P. Morgan Chase Bank ("J.P. Morgan") as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates 1999-C1.

In support of their Opposition, Blue Hills, Fineberg and Langelier file herewith and incorporate herein by reference the following:

   a.   Blue Hills, Fineberg and Langelier's Memorandum in Opposition to CSFB and J.P. Morgan's Motions for Summary Judgment on their Respective Counterclaims;

    b.    Blue Hills, Fineberg and Langelier's Memorandum in Opposition to Those Parts of the Motions for Summary Judgment of Defendants and Plaintiffs-in-Counterclaim J.P. Morgan and CSFB Seeking Dismissal of the Second Amended Complaint;

    c.    Statement of Undisputed Facts in Support of Blue Hills, Fineberg and Langelier's Oppositions to J.P. Morgan's and CSFB's Motions for Summary Judgment;

    d.    Response of Blue Hills, Fineberg and Langelier to Defendants' and Plaintiffs-in-Counterclaim's Corrected Joint Local Rule 56.1 Statement of Undisputed Facts;

    e.    Affidavit of Meredith A. Swisher with attached exhibits;

    f.    Affidavit of Joseph Donovan;

    g.    Affidavit of Peter B. McGlynn (previously filed);

    h.    Rule 56.1 Statement of Undisputed Facts of Plaintiff and Defendants-in-Counterclaim (previously filed);

    i.    Blue Hills, Fineberg and Langelier's Memorandum of Law in Support of Motion for Summary Judgment (previously filed).

WHEREFORE, Blue Hills, Fineberg and Langelier respectfully request that this Court enter an order:

    1.    Denying J.P. Morgan's Motion for Summary Judgment; and

    2.    Providing such other and further relief as is necessary and just.

### REQUEST FOR ORAL ARGUMENT

Blue Hills, Fineberg and Langelier believe that oral argument may assist the Court and wish to be heard orally on J.P. Morgan's Motion for Summary Judgment. Pursuant to Local Rule 7.1(D), Blue Hills, Fineberg and Langelier hereby respectfully request a hearing on J.P. Morgan's Motion for Summary Judgment.

        Respectfully submitted,

        BLUE HILLS OFFICE PARK LLC, WILLIAM
        LANGELIER AND GERALD FINEBERG,
        By their attorneys,


        /s/ Meredith A. Swisher
        Peter B. McGlynn, Esquire (BBO No. 333660)
        Meredith A. Swisher, Esquire (BBO No. 646866)
        BERNKOPF GOODMAN LLP
        125 Summer Street, Suite 1300
        Boston, Massachusetts 02110
        Telephone: (617) 790-3000
        Facsimile: (617) 790-3300
        pmcglynn@bg-llp.com
Dated: May 31, 2006    blevin@bg-llp.com
#339249 v2/14500/9985    mswisher@bg-llp.com