UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for<br>the Registered Holders of Credit Suisse First<br>Boston Mortgage Securities Corp., Commercial<br>Mortgage Pass-Through Certificates, Series 1999-C1<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET, LLC<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD FINEBERG<br>    Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

**AFFIDAVIT OF JOSEPH DONOVAN IN OPPOSITION TO
DEFENDANTS AND PLAINTIFFS-IN-COUNTERCLAIMS
MOTIONS FOR SUMMARY JUDGMENT**

Joseph Donovan, on oath, deposes and says as follows:

1.    I am the Chief Financial officer for Fineberg Management, Inc. ("FMI"), which managed the property formerly owned by Blue Hills Office Park LLC ("Blue Hills"). I am authorized to and I am making this affidavit in opposition to Defendants and Plaintiffs-in-Counterclaims Motions for Summary Judgment. The facts set forth herein are based upon the business records of FMI and Blue Hills. To the extent that any portion of this affidavit is based upon information and belief, I believe the same to be true.

2.    Under the Mortgage, Assignment of Leases and Rents and Security Agreement between Blue Hills Office Park LLC and Credit Suisse First Boston Mortgage Capital LLC dated September 14, 1999 (the "Mortgage Agreement"), Blue Hills furnished to Wells Fargo Bank's Commercial Mortgage Servicing Group ("Wells Fargo") financial information concerning Blue Hills both quarterly and annually. Generally, the information which FMI furnished to Wells Fargo consisted of an income and expense statement, a rent roll (consisting of one page as Equiserve, Inc., which occupied approximately

96% of the subject property) and a one or two page statement of Blue Hills' assets and liabilities. Whether or not additional financial information was required by Wells Fargo, Wells Fargo never requested that FMI furnish any such additional financial information. Had it done so - and had such information existed or could be prepared - the information would have been promptly sent to Wells Fargo. Upon information and belief, all information which Wells Fargo requested was furnished to it.

3.      I have reviewed the Affidavit of Curtis Mallegni in Support of Defendants' and Counterclaimants' Motion for Summary Judgment and the exhibits attached thereto. Mr. Mallegni states that Wells Fargo did not receive a statement of Blue Hills' assets and liabilities. However, attached as exhibits to Mr. Mallegni's Affidavit are income and expense statements for Blue Hills for the year ended December 31, 2003 (faxed to Wells Fargo on February 23, 2004), and income and expense statements for the first and second quarter of 2004 (faxed respectively on May 18, 2004 and August 12, 2004). As part of the regular course of FMI's business, FMI prepared the necessary financial information for Blue Hills and forwarded it to Wells Fargo. For the years ended December 31, 2002, 2003 and 2004 – as in all previous years – FMI caused the preparation of statements of assets and liabilities for Blue Hills by Blue Hills accounting firm, Rutfield & Hassey CPA. Copies of those statements are attached hereto as Exhibits A through C.

4.      Exhibit B is the Blue Hills December 31, 2003 statement of assets and liabilities. That statement shows the reduction in basis adjustment made to the subject property in 2003 as a result of Blue Hills' receipt of the $2 million settlement from DST Realty, Inc.

5.      Had Wells Fargo advised FMI that it had not received the 2003 statement of assets and liabilities – or had misplaced it – FMI would have forwarded to Wells Fargo another copy of it.

6.      Blue Hills is a so-called "disregarded entity" for tax purposes. Therefore, all income, expense, profit and loss is recorded in the financial records of Blue Hills' sole member, Royall Associates Realty Trust (the "Trust").

7.    I have also reviewed the Expert Rebuttal Report of Eric S. Stotz.  In his report, Mr. Stotz states that Eric Stotz ("Stotz") had a discussion with me in which I represented to him that Blue Hills would "give the keys back" to LNR Partners, Inc. and the Property was "bleeding money."  Mr. Stotz further states in his report that I told him that Blue Hills was walking away from the Property due to the lack of tenant prospects and high holding costs of owning an investment property.  I did not have any discussions with Stotz in which I made those representations, nor did I ever use the terms such as "give the keys back" or "bleeding money" or any similar words to Stotz or to anyone else.

8.    I have also reviewed CSFB's (the "Lender") Memorandum in Support of its Motion for Summary Judgment.  On page 11, CSFB asserts that approximately $100,000 worth of work stations were sold by Blue Hills on August 19, 2004.  These were work stations that were abandoned by Equiserve upon Lease expiration and became Blue Hills' property under paragraph 1(vi) of the Lease Termination Agreement Blue Hills executed with Equiserve.  Blue Hills was able to negotiate the sale of these work stations on or about August 19, 2004 for $100,000.  Blue Hills did not believe that these work stations constituted part of the Lender's collateral and they were sold approximately one month prior to Blue Hills' receipt of LNR Partners, Inc.'s default letter dated September 17, 2004.  Blue Hills contends that it did not require Lender's consent to sell the workstations under Section 10 of the Mortgage Agreement.  Accordingly, by selling the workstations Blue Hills committed no Event of Default under Section 23(d) of the Mortgage Agreement.

9.    Under the Cash Management Agreement, once all of the reserve accounts were fully funded, funds remaining on deposit in the Lender controlled bank reverted to Blue Hills.  In 2003 and 2004, on average, Wells Fargo wired to Blue Hills' operating account approximately $175,000 per month.  These funds were unrestricted and Blue Hills used them to pay the operating expenses for the Blue Hills Office Park property.  To the extent there were any funds available after payment of those expenses, Blue Hills was able to distribute them to the Trust beneficiaries.

- 3 -

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th DAY OF MAY, 2006.

_____/s/ Joseph Donovan_____
Joseph Donovan

# EXHIBIT A

<u>BLUE HILLS OFFICE PARK, LLC.</u>

<u>ANNUAL REPORT</u>

<u>DECEMBER 31, 2002</u>



BLUE HILL 6761



# RUTFIELD & HASSEY, LLP.

### CERTIFIED PUBLIC ACCOUNTANTS

15 Court Square • Boston, MA 02108-2588
(617) 523-7846 • FAX (617) 523-5348

E. Richard Rutfield, C.P.A.
Richard Hassey, C.P.A.

To the Partners of
Blue Hills Office
  Park, LLC.
One Washington Street
Wellesley, MA  02481

　　　We have compiled the accompanying statement of assets, liabilities, and members' equity - cash basis of BLUE HILLS OFFICE PARK, LLC. as of December 31, 2002, and the related statement of revenues, expenses and members' equity - cash basis for the year then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

　　　A compilation is limited to presenting in the form of financial statements information that is the representation of management. We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

Boston, Massachusetts
March 21, 2003

BLUE HILL 6762

## BLUE HILLS OFFICE PARK, LLC.

### STATEMENT OF ASSETS, LIABILITIES, AND MEMBERS' EQUITY – INCOME TAX BASIS

### DECEMBER 31, 2002

### ASSETS

| | | |
|---|---:|---:|
| **CURRENT** | | |
| Cash | | $    140,555 |
| Escrow Accounts | | 2,842,988 |
| Due from Affiliate | | 7,093,888 |
| | | 10,077,431 |
| | | |
| **PROPERTY** | | |
| Land | $   3,312,500 | |
| Buildings | 29,812,500 | |
| Building Improvements | 6,043,134 | |
| Furniture and Fixtures | 15,333 | |
| Motor Vehicles & Equipment | 1,260 | |
| | 39,184,727 | |
| Less:  Accumulated Depreciation | 17,135,808 | 22,048,919 |
| | | |
| **OTHER** | | |
| Deferred Costs, Net | | 444,502 |
| | | |
| **TOTAL ASSETS** | | $ 32,570,852 |

### LIABILITIES AND MEMBERS' EQUITY

| | | |
|---|---:|---:|
| **CURRENT LIABILITIES** | | |
| Mortgage Payable - Current Portion | | $    270,897 |
| Due to Gerald S. Fineberg | | 25,000 |
| Due to William J. Langelier | | 25,000 |
| | | 320,897 |
| **LONG TERM LIABILITIES** | | |
| Mortgage Notes Payable | $ 32,426,324 | |
| Less: Current Portion | 270,897 | 32,155,427 |
| | | |
| **MEMBERS' EQUITY** | | 94,528 |
| | | |
| **TOTAL LIABILITIES AND MEMBERS' EQUITY** | | $ 32,570,852 |

See accompanying notes and Accountant's Report.

RUTFIELD & HASSEY, LLP., *CERTIFIED PUBLIC ACCOUNTANTS*

BLUE HILL 6763

## BLUE HILLS OFFICE PARK, LLC.

### STATEMENT OF REVENUES, EXPENSES, AND MEMBERS' EQUITY – INCOME TAX BASIS

### FOR THE YEAR ENDED DECEMBER 31, 2002

**INCOME**

| | | |
|---|---:|---:|
| Rent | | $ 4,116,388 |
| Cam Reimbursements | | 2,020,928 |
| Real Estate Tax Escalator | | 576,004 |
| Percent Rent | | 58,948 |
| Payroll Reimbursement | | 58,038 |
| Miscellaneous | | 5,584 |
| | | 6,835,890 |

**OPERATING EXPENSES**

| | | |
|---|---:|---:|
| Utilities | $ 942,187 | |
| Real Estate Taxes | 586,319 | |
| Cleaning | 237,782 | |
| Maintenance Labor | 226,806 | |
| Management Fees | 222,971 | |
| Repairs/Materials | 211,229 | |
| Insurance | 142,265 | |
| Trash Removal | 30,315 | |
| Payroll Taxes and Benefits | 19,745 | |
| Legal and Other Professional | 12,908 | |
| Health Club | 12,893 | |
| Miscellaneous | 4,520 | |
| Telephone | 3,732 | 2,653,672 |

**INCOME BEFORE INTEREST AND DEPRECIATION**                     4,182,218

| | | |
|---|---:|---:|
| Interest | $ 2,803,016 | |
| Depreciation | 1,134,701 | |
| Amortization | 18,287 | 3,956,004 |
| | | 226,214 |

**OTHER INCOME**

| | | |
|---|---:|---:|
| Interest | | 35,171 |

NET INCOME FOR THE YEAR                          261,385

Members' Equity January 1, 2002                  213,143

                                                 474,528

Drawing                                      (   380,000)

Members' Equity December 31, 2002            $    94,528

See accompanying notes and Accountant's Report.

RUTFIELD & HASSEY, LLP., *CERTIFIED PUBLIC ACCOUNTANTS*

BLUE HILL 6764

BLUE HILLS OFFICE PARK, LLC.

NOTES TO THE FINANCIAL STATEMENTS

DECEMBER 31, 2002

## NOTE 1 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Basis of Presentation

The Partnership's financial statements have been prepared on the basis of accounting the Partnership uses for Federal income tax purposes, which is a comprehensive basis of accounting other than generally accepted accounting principles. Accordingly, the accompanying financial statements are not intended to be a presentation in conformity with generally accepted accounting principles. Under the Partnership's Federal income tax basis of accounting, revenue is recognized at the time cash is received, and expenses are recognized when obligations are paid. No valuation allowances are provided.

### Property and Equipment

Property and equipment are stated at cost. Building and improvements are depreciated on a straight-line basis as allowed for tax purposes, generally 31.5 or 39 years. Depreciation expense for the year was $1,134,701.

### Deferred Costs

Financing costs represent loan modification and extension fees, as well as legal costs paid in connection with the initial acquisitions and refinancing of the mortgage notes and promissory note payable, net of amortization. Financing costs are amortized over the lives of the underlying obligations, plus extension periods. Amortization of financing costs totalled $16,747.

Deferred leasing costs are being amortized over the term of the respective lease. Amortization of deferred leasing costs totaled $1,540.

### Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and amounts of income and expenses during the reporting period. Actual results could differ from those estimates.

### Taxes on Income

No provision for income taxes has been made in the financial statements of the Partnership since such taxes are the responsibility of the individual partners rather than of the Partnership.

## NOTE 2 – LINE OF BUSINESS

Blue Hills Office Park, LLC., is a Massachusetts LLC organized and formed as of September 14, 1999. The member of the LLC is Royall Associates Realty Trust. The Entity was formed to engage in the business of acquiring, financing, developing, owning, leasing and operating an office building located at 150 Royall Street in Canton, Massachusetts.

BLUE HILL 6765

## BLUE HILLS OFFICE PARK, LLC.

### NOTES TO THE FINANCIAL STATEMENTS

#### DECEMBER 31, 2002
#### (Continued)

### NOTE 3 - MORTGAGE PAYABLE

In September 1999 the Entity secured a mortgage on the property in the amount of $33,149,000. The collateral is the real and personal property located at 150 Royall Street Canton, Mass and the assignment of leases and rents. The maturity date is October 11, 2029. The interest rate through October 11, 2009 is 8.49%. After that date the interest rate will go to 13.49% or the treasury rate plus 5% whichever is greater.

The maturities are as follows:

|            |              |
| ---------- | ------------ |
| 2003       | $ 270,897    |
| 2004       | 297,902      |
| 2005       | 327,292      |
| 2006       | 359,276      |
| 2007       | 390,812      |
| Thereafter | 30,780,145   |
|            | $ 32,426,324 |

The interest expense for the period was $2,803,016.

### NOTE 4 - RELATED PARTY TRANSACTIONS

The Partnership has entered into a management agreement with the Fineberg Management Company, Inc. (a business enterprise wholly-owned by Gerald S. Fineberg) to manage the office building owned by the Partnership. Under the terms of this agreement, the Partnership has agreed to pay the Fineberg Management Company, Inc. a management fee equal to 5% of gross base rents, as defined. Additional certain operating expenses incurred by Fineberg Management Company, Inc., on behalf of Partnership are reimbursed by the Partnership. The fee for 2002 was $133,783.

Under a separate consulting agreement, Fineberg Management, Inc., has agreed to pay the Montrachet Company, Inc. (a business enterprise owned by William J. Langelier) a consulting fee equal to 40% of management fees earned by Fineberg Management, Inc. The fee for 2002 was $89,188.

### NOTE 5 - RENTAL INCOME UNDER OPERATING LEASES

Future minimum rental income to be received on noncancelable operating leases as of December 31, 2002 is approximately $4,027,644 and extends through 2004. Generally, leases are for terms of one to five years and contain renewal options. The leases allow for certain property operating costs to be passed on to the tenants. In 2002 98% of rental revenues were received from FleetBoston. The lease with FleetBoston expires on July 31, 2004.

# EXHIBIT B

<u>BLUE HILLS OFFICE PARK, LLC.</u>

<u>ANNUAL REPORT</u>

<u>DECEMBER 31, 2003</u>



BLUE HILL 6749



# RUTFIELD & HASSEY, LLP.

### CERTIFIED PUBLIC ACCOUNTANTS

15 Court Square • Boston, MA 02108-2588
(617) 523-7846 • FAX (617) 523-5348

E. Richard Rutfield, C.P.A.
Richard Hassey, C.P.A.

To the Partners of
Blue Hills Office
 Park, LLC.
One Washington Street
Wellesley, MA  02481

   We have compiled the accompanying statement of assets, liabilities, and members' deficit – modified cash basis of BLUE HILLS OFFICE PARK, LLC. as of December 31, 2003, and the related statement of revenues, expenses and members' deficit – modified cash basis for the year then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

   A compilation is limited to presenting in the form of financial statements information that is the representation of management.  We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

Boston, Massachusetts
April 2, 2004

**BLUE HILL 6750**

# BLUE HILLS OFFICE PARK, LLC.

## STATEMENT OF ASSETS, LIABILITIES, AND MEMBERS' DEFICIT - MODIFIED TAX BASIS

### DECEMBER 31, 2003

#### ASSETS

**CURRENT**
| | | |
|---|---|---|
| Due from Affiliate | | $ 9,028,175 |
| Escrow Accounts | | 3,744,294 |
| | | 12,772,469 |

**PROPERTY**
| | | |
|---|---|---|
| Land | $ 3,119,071 | |
| Buildings | 28,071,642 | |
| Building Improvements | 6,043,134 | |
| Motor Vehicles & Equipment | 1,260 | |
| Furniture and Fixtures | 15,333 | |
| | 37,250,440 | |
| Less: Accumulated Depreciation | ( 18,253,970) | 18,996,470 |

**OTHER**
| | | |
|---|---|---|
| Deferred Costs, Net | | 427,434 |

| | | |
|---|---|---|
| **TOTAL ASSETS** | | **$ 32,196,373** |

#### LIABILITIES AND MEMBERS' DEFICIT

**CURRENT LIABILITIES**
| | | |
|---|---|---|
| Mortgage Payable - Current Portion | | $ 297,902 |
| Cash Overdraft | | 30,931 |
| Due to Gerald S. Fineberg | | 25,000 |
| Due to William J. Langelier | | 25,000 |
| | | 378,833 |

**LONG TERM LIABILITIES**
| | | |
|---|---|---|
| Mortgage Notes Payable | $ 32,150,871 | |
| Less: Current Portion | 297,902 | 31,852,969 |

| | | |
|---|---|---|
| **MEMBERS' DEFICIT** | | ( 35,429) |
| **TOTAL LIABILITIES AND MEMBERS' DEFICIT** | | **$ 32,196,373** |

See accompanying notes and Accountant's Report.

RUTFIELD & HASSEY, LLP., *CERTIFIED PUBLIC ACCOUNTANTS*

BLUE HILL 6751

## BLUE HILLS OFFICE PARK, LLC.

## STATEMENT OF REVENUES, EXPENSES, AND MEMBERS' DEFICIT - MODIFIED TAX BASIS

### FOR THE YEAR ENDED DECEMBER 31, 2003

**INCOME**

| | | |
|---|---:|---:|
| Rent | | $ 4,116,388 |
| Real Estate Tax Escalator | | 596,491 |
| Cam Reimbursements | | 1,864,929 |
| Percent Rent | | 50,486 |
| Payroll Reimbursement | | 37,001 |
| Miscellaneous | | 8,420 |
| | | 6,673,715 |

**OPERATING EXPENSES**

| | | |
|---|---:|---:|
| Utilities | $ 945,320 | |
| Real Estate Taxes | 604,532 | |
| Cleaning | 263,417 | |
| Maintenance Labor | 221,484 | |
| Management Fees | 205,817 | |
| Insurance | 179,380 | |
| Repairs/Maintenance | 166,158 | |
| Legal and Other Professional | 86,686 | |
| Materials | 64,984 | |
| Payroll Taxes and Benefits | 19,544 | |
| Health Club | 12,319 | |
| Auto Leasing | 6,528 | |
| Trash Removal | 4,359 | |
| Fuel Expense | 3,000 | |
| Telephone | 2,837 | |
| Exterminating | 1,275 | |
| Permits and Licenses | 250 | |
| Local Taxes | 240 | |
| Postage Expense | 238 | |
| Dues and Subscriptions | 139 | 2,788,507 |
| | | 3,885,208 |

**OTHER INCOME**

| | | |
|---|---:|---:|
| Interest | | 40,440 |

**INCOME BEFORE INTEREST AND DEPRECIATION**

| | | |
|---|---:|---:|
| | | 3,925,648 |
| Interest | 2,780,375 | |
| Depreciation | 1,118,162 | |
| Amortization | 17,068 | 3,915,605 |

| | | |
|---|---:|---:|
| NET INCOME FOR THE YEAR | | 10,043 |
| Members' Earnings January 1, 2003 | | 94,528 |
| | | 104,571 |
| Drawing | | ( 140,000) |
| Members' Deficit December 31, 2003 | | ($ 35,429) |

See accompanying notes and Accountant's Report.

Rutfield & Hassey, LLP., Certified Public Accountants

BLUE HILL 6752

## BLUE HILLS OFFICE PARK, LLC.

## NOTES TO THE FINANCIAL STATEMENTS

## DECEMBER 31, 2003

## NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Basis of Presentation

The Partnership's financial statements have been prepared on the basis of accounting the Partnership uses for Federal income tax purposes, which is a comprehensive basis of accounting other than generally accepted accounting principles. Accordingly, the accompanying financial statements are not intended to be a presentation in conformity with generally accepted accounting principles. Under the Partnership's Federal income tax basis of accounting, revenue is recognized at the time cash is received, and expenses are recognized when obligations are paid. No valuation allowances are provided.

### Property and Equipment

Property and equipment are stated at cost. Building and improvements are depreciated on a straight-line basis as allowed for tax purposes, generally 31.5 or 39 years. Depreciation expense for the year was $1,118,162.

### Deferred Costs

Financing costs represent loan modification and extension fees, as well as legal costs paid in connection with the initial acquisitions and refinancing of the mortgage notes and promissory note payable, net of amortization. Financing costs are amortized over the lives of the underlying obligations, plus extension periods. Amortization of financing costs totaled $16,747.

Deferred leasing costs are being amortized over the term of the respective lease. Amortization of deferred leasing costs totaled $ 321.

### Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and amounts of income and expenses during the reporting period. Actual results could differ from those estimates.

### Taxes on Income

No provision for income taxes has been made in the financial statements of the Partnership since such taxes are the responsibility of the individual partners rather than of the Partnership.

## NOTE 2 - LINE OF BUSINESS

Blue Hills Office Park, LLC., is a Massachusetts LLC organized and formed as of September 14, 1999. The member of the LLC is Royall Associates Realty Trust. The Entity was formed to engage in the business of acquiring, financing, developing, owning, leasing and operating an office building located at 150 Royall Street in Canton, Massachusetts.

## BLUE HILLS OFFICE PARK, LLC.

## NOTES TO THE FINANCIAL STATEMENTS

### DECEMBER 31, 2003
(Continued)

## NOTE 3 - MORTGAGE PAYABLE

In September 1999 the Entity secured a mortgage on the property in the amount of $33,149,000. The collateral is the real and personal property located at 150 Royall Street Canton, Mass and the assignment of leases and rents. The maturity date is October 11, 2029. The interest rate through October 11, 2009 is 8.49%. After that date the interest rate will go to 13.49% or the treasury rate plus 5% whichever is greater.

The maturities are as follows:

| | | |
|---|---|---:|
| 2004 | $ | 297,902 |
| 2005 | | 327,292 |
| 2006 | | 359,276 |
| 2007 | | 390,812 |
| 2008 | | 423,375 |
| Thereafter | | 30,352,214 |
| | | $ 32,150,871 |

The interest expense for the period was $2,780,375.

## NOTE 4 - RELATED PARTY TRANSACTIONS

The Partnership has entered into a management agreement with the Fineberg Management Company, Inc. (a business enterprise wholly-owned by Gerald S. Fineberg) to manage the office building owned by the Partnership. Under the terms of this agreement, the Partnership has agreed to pay the Fineberg Management Company, Inc. a management fee equal to 5% of gross base rents, as defined. Additional certain operating expenses incurred by Fineberg Management Company, Inc., on behalf of Partnership are reimbursed by the Partnership. The fee for 2003 was $123,492.

Under a separate consulting agreement, Fineberg Management, Inc., has agreed to pay the Montrachet Company, Inc. (a business enterprise owned by William J. Langelier) a consulting fee equal to 40% of management fees earned by Fineberg Management, Inc. The fee for 2003 was $82,328.

## NOTE 5 - RENTAL INCOME UNDER OPERATING LEASES

Future minimum rental income to be received on noncancelable operating leases as of December 31, 2003 is approximately $2,401,000 and extends through July 2004. Generally, leases are for terms of one to five years and contain renewal options. The leases allow for certain property operating costs to be passed on to the tenants. In 2003 98% of rental revenues were received from FleetBoston. The lease with FleetBoston expires on July 31, 2004.

**BLUE HILL 6754**

# EXHIBIT C

<u>BLUE HILLS OFFICE PARK, LLC.</u>

<u>ANNUAL REPORT</u>

<u>DECEMBER 31, 2004</u>



BLUE HILL 6755



# RUTFIELD & HASSEY, LLP.

CERTIFIED PUBLIC ACCOUNTANTS

15 Court Square • Boston, MA 02108-2588
(617) 523-7846 • FAX (617) 523-5348

E. Richard Rutfield, C.P.A.
Richard Hassey, C.P.A.

To the Partners of
Blue Hills Office
  Park, LLC.
One Washington Street
Wellesley, MA  02481

We have compiled the accompanying statement of assets, liabilities, and members' equity – modified cash basis of BLUE HILLS OFFICE PARK, LLC. as of December 31, 2004, and the related statement of revenues, expenses and members' deficit – modified cash basis for the year then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements information that is the representation of management. We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

Boston, Massachusetts
September 13, 2005

BLUE HILL 6756

## BLUE HILLS OFFICE PARK, LLC.

## STATEMENT OF ASSETS, LIABILITIES, AND MEMBERS' DEFICIT – INCOME TAX BASIS

### DECEMBER 31, 2004

### ASSETS

| | | |
|---|---:|---:|
| **CURRENT** | | |
| Cash | | $ 205,538 |
| Due from Affiliate | | 9,028,174 |
| Escrow Accounts | | 3,710,420 |
| Furniture, Fixtures & Equipment Escrow | | 460,333 |
| Insurance Escrow | | 35,766 |
| | | 13,440,231 |
| **PROPERTY AND EQUIPMENT (At Cost)** | | |
| Land | $ 3,119,071 | |
| Buildings | 28,071,642 | |
| Building Improvements | 6,043,134 | |
| Motor Vehicles and Equipment | 1,260 | |
| Furniture and Fixtures | 15,333 | |
| | 37,250,440 | |
| Less Accumulated Depreciation | 19,072,070 | 18,178,370 |
| **OTHER ASSETS** | | |
| Unamortized Finance Costs | | 409,972 |
| **TOTAL ASSETS** | | $ 32,028,573 |

### LIABILITIES AND MEMBERS' DEFICIT

| | |
|---|---:|
| **CURRENT LIABILITIES** | |
| Mortgage Payable | $ 31,979,794 |
| Due to Gerald S. Fineberg | 25,000 |
| Due to William J. Langelier | 25,000 |
| | $32,029,794 |
| **MEMBERS' DEFICIT** | (1,221) |
| **TOTAL LIABILITIES AND MEMBERS EQUITY** | $ 32,028,573 |

See accompanying notes and Accountant's Report.

RUTHFIELD & HASSEY, LLP., CERTIFIED PUBLIC ACCOUNTANTS

BLUE HILL 6757

## BLUE HILLS OFFICE PARK, LLC.

### STATEMENT OF REVENUES, EXPENSES, AND MEMBERS' DEFICIT - INCOME TAX BASIS

### FOR THE YEAR ENDED DECEMBER 31, 2004

| | | | |
|---|---|---:|---:|
| **INCOME** | | | |
| Rent | | | $ 2,412,399 |
| Real Estate Tax Escalator | | | 323,288 |
| Cam Reimbursements | | | 1,178,861 |
| Percent Rent | | | 20,631 |
| Payroll Reimbursement | | | 20,850 |
| Miscellaneous | | | 131,888 |
| | | | 4,087,917 |
| | | | |
| **OPERATING EXPENSES** | | | |
| Utilities | | $ 548,902 | |
| Real Estate Taxes | | 276,350 | |
| Insurance | | 174,532 | |
| Maintenance Labor | | 169,450 | |
| Cleaning Services | | 140,950 | |
| Management Fees | | 130,354 | |
| Legal and Other Professional | | 69,766 | |
| Repairs and Maintenance | | 48,693 | |
| Materials | | 24,956 | |
| Trash Removal | | 20,353 | |
| Payroll Taxes and Benefits | | 14,613 | |
| Commissions | | 10,394 | |
| Auto Leasing | | 4,063 | |
| Fuel Expense | | 1,500 | |
| Telephone | | 1,478 | |
| Health Club | | 719 | |
| Miscellaneous | | 600 | |
| Exterminating | | 475 | |
| Local Taxes | | 350 | |
| Advertising | | 208 | 1,638,706 |
| | | | |
| | | | 2,449,211 |
| | | | |
| **OTHER INCOME** | | | |
| Interest | | | 31,653 |
| | | | |
| | | | |
| **INCOME BEFORE INTEREST AND DEPRECIATION** | | | 2,480,864 |
| Interest | | $ 1,611,488 | |
| Depreciation | | 818,100 | |
| Amortization | | 17,068 | 2,446,656 |
| | | | |
| NET INCOME FOR THE YEAR | | | 34,208 |
| | | | |
| MEMBERS DEFICIT, JANUARY 1, 2004 | | | (35,429) |
| | | | |
| MEMBERS DEFICIT, DECEMBER 31, 2004 | | | $ (1,221) |

See accompanying notes and Accountant's Report.

RUTHFIELD & HASSEY, LLP., *CERTIFIED PUBLIC ACCOUNTANTS*

**BLUE HILL 6758**

## BLUE HILLS OFFICE PARK, LLC.

## NOTES TO THE FINANCIAL STATEMENTS

## DECEMBER 31, 2004

## NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Basis of Presentation

The Partnership's financial statements have been prepared on the basis of accounting the Partnership uses for Federal income tax purposes, which is a comprehensive basis of accounting other than generally accepted accounting principles.   Accordingly, the accompanying financial statements are not intended to be a presentation in conformity with generally accepted accounting principles.   Under the Partnership's Federal income tax basis of accounting, revenue is recognized at the time cash is received, and expenses are recognized when obligations are paid.  No valuation allowances are provided.

Property and Equipment

Property and equipment are stated at cost.  Building and improvements are depreciated on a straight-line basis as allowed for tax purposes, generally 31.5 or 39 years. Depreciation expense for the year was $ 818,100.

Deferred Costs

Financing costs represent loan modification and extension fees, as well as legal costs paid in connection with the initial acquisitions and refinancing of the mortgage notes and promissory note payable, net of amortization. Financing costs are amortized over the lives of the underlying obligations, plus extension periods.  Amortization of financing costs totaled $ 17,068.

Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and amounts of income and expenses during the reporting period.  Actual results could differ from those estimates.

Taxes on Income

No provision for income taxes has been made in the financial statements of the Partnership since such taxes are the responsibility of the individual partners rather than of the Partnership.

## NOTE 2 - LINE OF BUSINESS

Blue Hills Office Park, LLC., is a Massachusetts LLC organized and formed as of September 14, 1999.  The member of the LLC is Royall Associates Realty Trust.  The Entity was formed to engage in the business of acquiring, financing, developing, owning, leasing and operating an office building located at 150 Royall Street in Canton, Massachusetts.  The office building was returned to the lender in January of 2005.

BLUE HILL 6759

## BLUE HILLS OFFICE PARK, LLC.

### NOTES TO THE FINANCIAL STATEMENTS

#### DECEMBER 31, 2004
(Continued)

### NOTE 4 - RELATED PARTY TRANSACTIONS

The Partnership has entered into a management agreement with the Fineberg Management Company, Inc. (a business enterprise wholly-owned by Gerald S. Fineberg) to manage the office building owned by the Partnership. Under the terms of this agreement, the Partnership has agreed to pay the Fineberg Management Company, Inc. a management fee equal to 5% of gross base rents, as defined. Additional certain operating expenses incurred by Fineberg Management Company, Inc., on behalf of Partnership are reimbursed by the Partnership. The fee for 2004 was $ 82,328.

Under a separate consulting agreement, Fineberg Management, Inc., has agreed to pay the Montrachet Company, Inc. (a business enterprise owned by William J. Langelier) a consulting fee equal to 40% of management fees earned by Fineberg Management, Inc. The fee for 2004 was $ 48,025.