UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for<br>the Registered Holders of Credit Suisse First<br>Boston Mortgage Securities Corp., Commercial<br>Mortgage Pass-Through Certificates, Series 1999-C1<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET, LLC<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD FINEBERG<br>    Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

## AFFIDAVIT NO. 2 OF PETER B. McGLYNN

Peter B. McGlynn, on oath, deposes and states as follows:

1.  I am a partner in the firm of Bernkopf Goodman LLP, which maintains a business address at 125 Summer Street, Boston, Massachusetts and am a member in good standing of the Massachusetts bar. I am lead trial counsel for the plaintiff Blue Hills Office Park LLC ("Blue Hills") and the defendants-in-counterclaim William Langelier ("Langelier") and Gerald Fineberg ("Fineberg"). This affidavit is being submitted in connection with the Reply Memorandum of Blue Hills Office Park LLC, Gerald Fineberg and William Langelier in Further Support of Their Motion for Summary Judgment (the "Reply Memorandum"). I am making this affidavit solely for the purpose of authenticating certain documents, including correspondence, financial records, exhibits, discovery responses and other documents in connection with the Reply Memorandum.

2.  Wells Fargo Bank produced a voluminous amount of documents, correspondence and financial records during the discovery phase of the above-referenced action. Included among the

documents produced were, without limitation, rent rolls, income and expense statements, correspondence and other financial documents. The delineated documentation which had been submitted to Wells Fargo by Blue Hills Office Park LLC ("Blue Hills") in the period following the close of the Loan on or about September 14th, 1999 until approximately August, 2004. The summarized documents total approximately forty-five pages.

3. Pursuant to Rule 1006 of the Federal Rules of Evidence, attached hereto as Exhibit "A" is a chart summarizing the following documents produced by Wells Fargo:

- Financial records, rent rolls and other documents submitted by Blue Hills to Wells Fargo; and,

- Correspondence from Wells Fargo to Blue Hills requesting certain financial and other information and Blue Hills' response, if any, thereto.

Exhibit "A" also indicates, where applicable, periods for which no pertinent documentation has been produced by Wells Fargo.

4. Copies of the summarized documents are available for examination and copying. Upon request, copies of all, or any, of the documents will be provided to the Court.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12th DAY OF JUNE, 2006.



/s/ *Peter B. McGlynn*
Peter B. McGlynn

#340117 v3/14500/9985

**Exhibit A**

| Report Period | Date Record Generated | Description of Record |
|---|---|---|
| 4th Quarter or Year End 1999 | 04/13/00 | Blue Hills' Income & Expenses Statement |
| 1st Quarter 00 | 04/13/00 | Blue Hills' Rent Roll |
| | 04/18/00 | Letter from Blue Hills to Wells Fargo accompanying 4th Quarter 99 report with certification by Gilbert Stone of Blue Hills |
| | 04/28/00 | Blue Hills' Income & Expenses Statement |
| | 04/28/00 | YTD Asset & Liability Statement |
| 2nd Quarter 00 | 06/29/00 | Blue Hills' Rent Roll |
| | 07/18/00 | Letter from Wells Fargo to Blue Hills requesting Financial Statements, Income & Expense Statement and Current Rent Roll |
| | 07/27/00 | Blue Hills' Income & Expenses Statement |
| | 07/27/00 | Blue Hills' YTD Asset & Liability Statement and Rent Roll |
| 3rd Quarter 00 | | NOTHING IN RECORDS |
| 4th Quarter 00 | | NOTHING IN RECORDS |
| 1st Quarter 01 | | NOTHING IN RECORDS |
| 2nd Quarter 01 | | NOTHING IN RECORDS |
| 3rd Quarter 01 | 9/28/01 | Blue Hills' Rent Roll |
| | 10/24/01 | Blue Hills' Income & Expenses Statement |
| 4th Quarter 01 | 12/31/01 | Blue Hills' Rent Roll |
| | 04/09/02 | Blue Hills' Income & Expenses Statement |
| | 04/9/02 | Blue Hills' YTD Asset & Liability Statement |
| 1st Quarter 02 | 04/22/02 | Blue Hills' Income & Expenses Statement |
| | 04/25/02 | Letter from Price Waterhouse to Blue Hills requesting 1st Quarter 2002 financials including Income & Expense Statement and Current Rent Roll |
| 2nd Quarter 02 | 05/08/02 | Fax cover page (without enclosures) to Price Waterhouse from Blue Hills indicating 4 pages total faxed |
| 3rd Quarter 02 | | NOTHING IN RECORDS |
| 4th Quarter 02 | | NOTHING IN RECORDS |
| 1st Quarter 03 | 02/19/03 | Blue Hills' Income & Expenses Statement and YTD Asset & Liability Statement |
| 2nd Quarter 03 | 6/30/03 | Blue Hills' Rent Roll |

| | 07/07/03 | Blue Hills' Income & Expenses Statement |
|---|---|---|
| | 7/31/03 | Letter from Price Waterhouse to Blue Hills requesting Financial Statement, Income & Expense Statement and Current Rent Roll |
| | 08/11/03 | Fax coversheet (without enclosures) from Blue Hills to Price Waterhouse indicating 5 pages total faxed |
| 3rd Quarter 03 | 10/06/03 | Blue Hills' Income & Expenses Statement |
| | 11/11/03 | Blue Hills' Rent Roll |
| | 11/14/03 | Fax cover sheet from Blue Hills to Price Waterhouse indicating 5 pages total faxed |
| 4th Quarter 03 | 12/31/03 | Blue Hills' Rent Roll |
| | 01/07/04 | Blue Hills' Income & Expenses Statement |
| 1st Quarter 04 | 2/13/04 | Letter from Wells Fargo to Blue Hills requesting 2003 Income & Expense Statement and Current Rent Roll |
| | 3/31/04 | Blue Hills' Rent Roll |
| | 03/31/04 | Email from Wells Fargo to LNR referencing "Year End 2003" attachments of Blue Hills financial statement, rent roll and October 2003 property inspection |
| | 04/06/04 | Blue Hill's Income & Expenses Statement |
| | 04/23/04 | Letter from Wells Fargo to Blue Hills requesting year-to-date or trailing twelve months Income & Expense Statement and Current Rent Roll |
| | 05/10/04 | Fax coversheet (without enclosures) from Blue Hills indicating 4 pages total faxed |
| 2nd Quarter 04 | 06/30/04 | Blue Hills' Rent Roll |
| | 7/27/04 | Blue Hills' Income & Expenses Statement |
| | 08/04/04 | Letter from Wells Fargo to Blue Hills requesting year-to-date or trailing twelve months Income & Expense Statement and Current Rent Roll |
| | 08/12/04 | Fax coversheet (without enclosures) from Blue Hills indicating 4 pages total faxed |
| 3rd Quarter 04 | | NOTHING IN RECORDS |
| 4th Quarter 04 | | NOTHING IN RECORDS |

#340117 v3/14500/9985

4