1            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS

2
                                    Civil Action
3                                   No. 05-10506-WGY

4

5  * * * * * * * * * * * * * * * * * * * * * * * **
   BLUE HILLS OFFICE PARK LLC,                    *
6                                                 *
        Plaintiff, Defendant-in-Counterclaim,     *
7                                                 *
        v.                                        *
8                                                 *
   J.P. MORGAN CHASE BANK, as Trustee for the     *
9  Registered Holders of Credit Suisse First Boston *
   Mortgage Securities Corp., Commercial Mortgage  *
10 Pass-Through Certificates, Series 1999-C1,      *
                                                  *
11      and                                        *
                                                  *
12 CSFB 1999-C1 ROYALL STREET, LLC;                *
                                                  *
13      Defendants, Plaintiffs-in-Counterclaim,    *
                                                  *
14      v.                                         *
                                                  *
15 WILLIAM LANGELIER and GERALD                    *
   FINEBERG,                                       *
16                                                 *
        Defendants-in-Counterclaim.                *
17 * * * * * * * * * * * * * * * * * * * * * * * **
                      **MOTION HEARING**

18

19        BEFORE:  The Honorable William G. Young,
                         District Judge

20

21

22

23

24                              1 Courthouse Way
                                Boston, Massachusetts
25
                                July 13, 2006

A P P E A R A N C E S

BERNKOPF GOODMAN LLP (By Peter B. McGlynn, Esq. and Meredith A. Swisher, Esq.) 125 Summer Street, Suite 1300, Boston, Massachusetts 02110, on behalf of Plaintiff/Defendant-in-Counterclaim and Defendants-in-Counterclaim

DLA PIPER RUDNICK GRAY CARY US LLP (By Bruce E. Falby, Esq. and Bruce S. Barnett, Esq.), 33 Arch Street, 26th Floor, Boston, Massachusetts 02110-1447, on behalf of Defendants and Plaintiffs-in-Counterclaim