UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
BLUE HILLS OFFICE PARK LLC,    )
         Plaintiff,            )
         Defendant-in-         )
         Counterclaim,         )
                              )
    v.                        )
                              )
J.P. MORGAN CHASE BANK,        )
as Trustee, and CSFB 1999-CI   )
ROYAL STREET, LLC,             )
         Defendants,          )   CIVIL ACTION
         Plaintiffs-in-       )   NO. 05-10506-WGY
         Counterclaim,        )
                              )
    v.                        )
                              )
WILLIAM LANGELIER and          )
GERALD FINEBERG,               )
         Defendants-in-       )
         Counterclaim.        )
                              )
_____)
```

ORDER

YOUNG, D.J.                                    August 24, 2006


     The parties in this matter have filed motions for summary

judgment on all claims.  See Doc. Nos. 70, 71.  The Court has

carefully considered the law in light of the parties' briefs and

presentations at oral argument.  Because this case is on the

September running trial list, the Court this day rules that all

such motions for summary judgment are DENIED as to all claims.

The Court is preparing a memorandum opinion explaining this

ruling which will be issued in the coming weeks.  The parties,
however, should prepare for trial as previously scheduled.


SO ORDERED.

/s/ William G. Young
_____
WILLIAM G. YOUNG
DISTRICT JUDGE