UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for<br>the Registered Holders of Credit Suisse First<br>Boston Mortgage Securities Corp., Commercial<br>Mortgage Pass-Through Certificates, Series 1999-C1<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET, LLC<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD FINEBERG<br>    Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

**PLAINTIFF AND DEFENDANTS-IN-COUNTERCLAIM**
**NON-REBUTTAL WITNESSES**

Blue Hill Office Park LLC, Gerald Fineberg and William Langelier (collectively "Blue Hills") expect to call the following non-rebuttal witnesses:

| **NAME AND ADDRESSES** | **PURPOSE OF TESTIMONY** |
|---|---|
| Gerald S. Fineberg<br>Fineberg Management, Inc.<br>One Washington Street<br>Wellesley Hills, MA 02481 | Fact |
| William J. Langelier<br>The Langelier Company<br>2045 Jackson Street - Suite 500<br>San Francisco, CA 94109 | Fact |

| NAME AND ADDRESSES | PURPOSE OF TESTIMONY |
|---|---|
| Kenneth Goldberg<br>Bernkopf Goodman LLP<br>125 Summer Street<br>Boston, MA 02110 | Fact |
| Andrew Cohn<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA  02109<br>United States of America | Fact |
| Joseph Donovan<br>Fineberg Management, Inc.<br>One Washington Street<br>Wellesley, MA 02481 | Fact |
| Joseph Polcari<br>c/o Bruce E. Falby<br>DLA Piper Rudnick Gray Cary LLP<br>33 Arch Street<br>Boston, MA 02110<br>617-406-6020 | Fact |
| Job Warshaw<br>c/o Bruce E. Falby<br>DLA Piper Rudnick Gray Cary LLP<br>33 Arch Street<br>Boston, MA 02110<br>617-406-6020 | Fact |
| Daniel Frank<br>Fineberg Management, Inc.<br>One Washington Street<br>Wellesley Hills, MA 02481 | Fact |
| Kenneth D. Gartrell, PhD CPA<br>Managing Director<br>LECG, LLC<br>350 Massachusetts Avenue<br>Cambridge, MA 02139 | Expert testimony |

| **NAME AND ADDRESSES** | **PURPOSE OF TESTIMONY** |
|---|---|
| David R. Andelman, Esq.<br>Lourie & Cutler, P.C.<br>60 State Street<br>Boston, MA  02109 | Expert testimony |
| Richard A. Clarke<br>14 Douglass Green<br>Woburn, MA 01801 | Expert testimony |

Blue Hills reserves the right to call such additional witnesses as may be necessary for impeachment, cross-examination and rebuttal.

                                            BLUE HILLS OFFICE PARK LLC, WILLIAM LANGELIER AND GERALD FINEBERG,
By their attorneys,

/s/ Meredith A. Swisher
Peter B. McGlynn, Esquire (BBO No. 333660)
Meredith A. Swisher, Esquire (BBO No. 646866)
BERNKOPF GOODMAN LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:     (617) 790-3000
Facsimile:     (617) 790-3300
pmcglynn@bg-llp.com
mswisher@bg-llp.com

Dated: September 12, 2006

#345444 v1/14500/9985