```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Civil Action
 3                                         No. 05-10506-WGY

 4


 5   * * * * * * * * * * * * * * * * * * * * * * **
     BLUE HILLS OFFICE PARK LLC,                    *
 6                                                  *
          Plaintiff, Defendant-in-Counterclaim,     *
 7                                                  *
          v.                                        *
 8                                                  *
     J.P. MORGAN CHASE BANK, as Trustee for the     *
 9   Registered Holders of Credit Suisse First Boston *
     Mortgage Securities Corp., Commercial Mortgage *
10   Pass-Through Certificates, Series 1999-C1,     *
                                                    *
11        and                                       *
                                                    *
12   CSFB 1999-C1 ROYALL STREET, LLC;               *
                                                    *
13        Defendants, Plaintiffs-in-Counterclaim,   *
                                                    *
14        v.                                        *
                                                    *
15   WILLIAM LANGELIER and GERALD                   *
     FINEBERG,                                      *
16                                                  *
          Defendants-in-Counterclaim.               *
17   * * * * * * * * * * * * * * * * * * * * * * **

18                  BENCH TRIAL - VOLUME 1

19
               BEFORE:   The Honorable William G. Young,
20                       District Judge

21

22

23

24                                         1 Courthouse Way
                                           Boston, Massachusetts
25
                                           September 13, 2006
```

```
 1
 2                    A P P E A R A N C E S
 3
 4           BERNKOPF GOODMAN LLP (By Peter B. McGlynn,
       Esq. and Meredith A. Swisher, Esq.), 125 Summer
 5     Street, Suite 1300, Boston, Massachusetts 02110,
       on behalf of Plaintiff/Defendant-in-Counterclaim
 6     and Defendants-in-Counterclaim

 7           DLA PIPER RUDNICK GRAY CARY US LLP
       (By Bruce E. Falby, Esq., Bruce S. Barnett, and
 8     Traci S. Feit, Esq.), 33 Arch Street, 26th Floor,
       Boston, Massachusetts 02110-1447, on behalf of
 9     Defendants and Plaintiffs-in-Counterclaim
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## **I N D E X**

Opening Statement by Mr. McGlynn . . . . . . . . . . 7

Opening Statement by Mr. Falby . . . . . . . . . . 13


**WITNESS:**          **DIRECT**   **CROSS**   **REDIRECT**   **RECROSS**

WILLIAM J. LANGELIER

   By Mr. McGlynn     26

   By Mr. Falby              118

|           |           | **FOR I.D.** | **IN EVID.** |

**EXHIBITS:**

144      Photographs . . . . . . . . . . . . . . . 36

AI       Term Sheet . . . . . . . . . . 46

Chalk A  September 1999 to November 2004 . 63

Chalk B  July 1987 to September 1999 . . . 63