```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No. 05-10506-WGY


* * * * * * * * * * * * * * * * * * * * * * **
BLUE HILLS OFFICE PARK LLC,                   *
                                              *
     Plaintiff, Defendant-in-Counterclaim,    *
                                              *
     v.                                       *
                                              *
J.P. MORGAN CHASE BANK, as Trustee for the    *
Registered Holders of Credit Suisse First Boston *
Mortgage Securities Corp., Commercial Mortgage *
Pass-Through Certificates, Series 1999-C1,    *
                                              *
     and                                      *
                                              *
CSFB 1999-C1 ROYALL STREET, LLC;              *
                                              *
     Defendants, Plaintiffs-in-Counterclaim,  *
                                              *
     v.                                       *
                                              *
WILLIAM LANGELIER and GERALD                  *
FINEBERG,                                     *
                                              *
     Defendants-in-Counterclaim.              *
* * * * * * * * * * * * * * * * * * * * * * **
```

**BENCH TRIAL - VOLUME 2**

          BEFORE:   The Honorable William G. Young,
                    District Judge




                                         1 Courthouse Way
                                         Boston, Massachusetts

                                         September 14, 2006

```
 1
 2                    A P P E A R A N C E S
 3

 4           BERNKOPF GOODMAN LLP (By Peter B. McGlynn,
     Esq. and Meredith A. Swisher, Esq.), 125 Summer
 5   Street, Suite 1300, Boston, Massachusetts 02110,
     on behalf of Plaintiff/Defendant-in-Counterclaim
 6   and Defendants-in-Counterclaim

 7           DLA PIPER RUDNICK GRAY CARY US LLP
     (By Bruce E. Falby, Esq., Bruce S. Barnett, and
 8   Traci S. Feit, Esq.), 33 Arch Street, 26th Floor,
     Boston, Massachusetts 02110-1447, on behalf of
 9   Defendants and Plaintiffs-in-Counterclaim

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        I N D E X

 2
      WITNESS:           DIRECT   CROSS   REDIRECT   RECROSS
 3

 4    WILLIAM J. LANGELIER, Resumed

 5       By Mr. Falby                4

 6       By Mr. McGlynn                          79

 7    JOSEPH DONOVAN

 8       By Mr. McGlynn     95

 9

10                                            FOR        IN
        EXHIBITS:                             I.D.      EVID.
11

12    145         Fineberg - Royall Associates . . . . . .  39

13    146         Letter . . . . . . . . . . . . . . . . . 110

14    147         Month Statement - 8/11/2004 . . . . . .  127

15    EU          Monthly Statement Reserve #5 . . 130

16    EV          Monthly Statement Reserve #3 . . 130

17    EW          Monthly Statement Reserve #2 . . 130

18    EX          Monthly Statement Reserve #1 . . 130

19

20

21

22

23

24

25
```