```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No. 05-10506-WGY



* * * * * * * * * * * * * * * * * * * * * * * **
BLUE HILLS OFFICE PARK LLC,                    *
                                               *
      Plaintiff, Defendant-in-Counterclaim,    *
                                               *
      v.                                       *
                                               *
J.P. MORGAN CHASE BANK, as Trustee for the     *
Registered Holders of Credit Suisse First Boston *
Mortgage Securities Corp., Commercial Mortgage *
Pass-Through Certificates, Series 1999-C1,     *
                                               *
      and                                      *
                                               *
CSFB 1999-C1 ROYALL STREET, LLC;               *
                                               *
      Defendants, Plaintiffs-in-Counterclaim,  *
                                               *
      v.                                       *
                                               *
WILLIAM LANGELIER and GERALD                   *
FINEBERG,                                      *
                                               *
      Defendants-in-Counterclaim.              *
* * * * * * * * * * * * * * * * * * * * * * * **
```

**BENCH TRIAL - VOLUME 3**

BEFORE:   The Honorable William G. Young,
                    District Judge

                                         1 Courthouse Way
                                         Boston, Massachusetts

                                         September 15, 2006

```
 1
 2                    A P P E A R A N C E S
 3
 4             BERNKOPF GOODMAN LLP (By Peter B. McGlynn,
        Esq. and Meredith A. Swisher, Esq.), 125 Summer
 5      Street, Suite 1300, Boston, Massachusetts 02110,
        on behalf of Plaintiff/Defendant-in-Counterclaim
 6      and Defendants-in-Counterclaim

 7             DLA PIPER RUDNICK GRAY CARY US LLP
        (By Bruce E. Falby, Esq., Bruce S. Barnett, and
 8      Traci S. Feit, Esq.), 33 Arch Street, 26th Floor,
        Boston, Massachusetts 02110-1447, on behalf of
 9      Defendants and Plaintiffs-in-Counterclaim

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                            I N D E X


   WITNESS:            DIRECT   CROSS     REDIRECT   RECROSS


   JOSEPH DONOVAN, Resumed
     By Mr. McGlynn       5                 105
     By Mr. Falby                 26
   ANDREW HOWARD COHN
     By Mr. McGlynn     127




                                           FOR      IN
      EXHIBITS:                            I.D.     EVID.

   148         Monthly Statements . . . . . . . . . . . . 4
   EY          Site Plan . . . . . . . . . . . 15
   149         Site Plan . . . . . . . . . . . . . . . . 16
   150         Management Agreement . . . . . . . . . 18
```