1              UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

2

                                   Civil Action

3                                 No. 05-10506-WGY

4

5  * * * * * * * * * * * * * * * * * * * * * * * * **
  BLUE HILLS OFFICE PARK LLC,                  *

6                                         *
      Plaintiff, Defendant-in-Counterclaim,    *

7                                         *
      v.                                 *

8                                       *
  J.P. MORGAN CHASE BANK, as Trustee for the    *

9  Registered Holders of Credit Suisse First Boston *
  Mortgage Securities Corp., Commercial Mortgage   *

10  Pass-Through Certificates, Series 1999-C1,     *
                                       *

11      and                              *
                                       *

12  CSFB 1999-C1 ROYALL STREET, LLC;          *
                                       *

13      Defendants, Plaintiffs-in-Counterclaim,    *
                                       *

14      v.                                *
                                       *

15  WILLIAM LANGELIER and GERALD            *
  FINEBERG,                             *

16                                        *
      Defendants-in-Counterclaim.          *

17  * * * * * * * * * * * * * * * * * * * * * * * * **

18                   **MOTION HEARING**

19

20          BEFORE:  The Honorable William G. Young,
                     District Judge

21

22

23

24                           1 Courthouse Way
                           Boston, Massachusetts

25

                           September 14, 2006

```
 1                    A P P E A R A N C E S

 2


 3          BERNKOPF GOODMAN LLP (By Peter B. McGlynn,
        Esq.), 125 Summer Street, Suite 1300, Boston,
 4      Massachusetts 02110, on behalf of
        Plaintiff/Defendant-in-Counterclaim
 5      and Defendants-in-Counterclaim

 6          DLA PIPER RUDNICK GRAY CARY US LLP
        (By Bruce E. Falby, Esq. and Traci S. Feit, Esq.),
 7      33 Arch Street, 26th Floor, Boston, Massachusetts
        02110-1447, on behalf of Defendants and
 8      Plaintiffs-in-Counterclaim

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```