UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>  Plaintiff, Defendant-in-Counterclaim.<br><br>  v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1.,<br><br>  Defendant, Plaintiff-in-Counterclaim<br><br>  and<br><br>CSFB 1999 – C1 ROYALL STREET, LLC;<br><br>  Defendant, Plaintiff-in-Counterclaim,<br><br>  v.<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br><br>  Defendants-in-Counterclaim. | Civil Action No.  05-CV-10506 (WGY) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney on behalf of the nonparties LNR Partners, Inc. and Well Fargo Bank, NA in this action.

                                                                                     Respectfully submitted,

Dated:  September 28, 2006            /s/ Bruce S. Barnett
                                                              Bruce S. Barnett (BBO#647666)
                                                              DLA PIPER US LLP
                                                              33 Arch Street, 26th Floor
                                                              Boston, MA  02110
                                                              Email: bruce.barnett@dlapiper.com
                                                              Phone: 617-406-6000
                                                              Fax:  617-406-6100

BOST1\441878.1
306477-18