```
 1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 05-10506-WGY

 4

 5   * * * * * * * * * * * * * * * * * * * * * * * **
     BLUE HILLS OFFICE PARK LLC,                    *
 6                                                  *
          Plaintiff, Defendant-in-Counterclaim,     *
 7                                                  *
          v.                                        *
 8                                                  *
     J.P. MORGAN CHASE BANK, as Trustee for the     *
 9   Registered Holders of Credit Suisse First Boston *
     Mortgage Securities Corp., Commercial Mortgage *
10   Pass-Through Certificates, Series 1999-C1,    *
                                                    *
11        and                                       *
                                                    *
12   CSFB 1999-C1 ROYALL STREET, LLC;               *
                                                    *
13        Defendants, Plaintiffs-in-Counterclaim,   *
                                                    *
14        v.                                        *
                                                    *
15   WILLIAM LANGELIER and GERALD                   *
     FINEBERG,                                      *
16                                                  *
          Defendants-in-Counterclaim.               *
17   * * * * * * * * * * * * * * * * * * * * * * * **

18              BENCH TRIAL - VOLUME 4

19
             BEFORE:   The Honorable William G. Young,
20                         District Judge

21

22

23

24                                    1 Courthouse Way
                                      Boston, Massachusetts
25
                                      September 29, 2006
```

```
 1
 2                 A P P E A R A N C E S
 3
 4           BERNKOPF GOODMAN LLP (By Peter B. McGlynn,
       Esq. and Meredith A. Swisher, Esq.), 125 Summer
 5     Street, Suite 1300, Boston, Massachusetts 02110,
       on behalf of Plaintiff/Defendant-in-Counterclaim
 6     and Defendants-in-Counterclaim

 7           DLA PIPER RUDNICK GRAY CARY US LLP
       (By Bruce E. Falby, Esq., Bruce S. Barnett, and
 8     Traci S. Feit, Esq.), 33 Arch Street, 26th Floor,
       Boston, Massachusetts 02110-1447, on behalf of
 9     Defendants and Plaintiffs-in-Counterclaim

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# I N D E X

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| ANDREW HOWARD COHN, Resumed | | | | |
| By Mr. McGlynn | 6 | | 92 | |
| By Mr. Falby | | 24 | | 113 |
| JOSEPH POLCARI | | | | |
| By Mr. McGlynn | 129 | | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| 182 | 1999 Letter Agreement . . . . . . . . . . . | | 70 |
| 183 | Tax I.D. Number Blue Hills . . . . . . . | | 70 |
| 184 | Request for Tax I.D. Number . . . . . . | | .70 |
| 185 | Insolvency Opinion . . . . . . . . . . . | | 91 |
| 186 | Pooling and Servicing Agreement . . . . | | 137 |