UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for<br>the Registered Holders of Credit Suisse First<br>Boston Mortgage Securities Corp., Commercial<br>Mortgage Pass-Through Certificates,<br>Series 1999-C1<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET, LLC<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and<br>GERALD FINEBERG<br>    Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

## LENDER'S REVISED WITNESS LIST

JP Morgan Chase Bank, Trustee and CSFB 1999-C1 Royall Street, LLC (together, the "Lender") submit the following revised list of non-rebuttal witnesses it may call at the trial of this matter. The only change is the express addition of David R. Andelman, Esq, in accordance with the Lender's statement in the Pretrial Memorandum that it reserved the right to call any witness listed by the plaintiff and defendants-in-counterclaim.

**Joseph Polcari**
Fact Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Job Warshaw**
Fact Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

BOST1\443124.1

**Randall Rosen**
Fact Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Edward C. Brown**
Fact Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Curtis Mallegn**i
Fact Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Brent Lloyd**
Fact Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Jill Martin**
Fact Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Stephen Goertzen**
Fact Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Joseph Rubino**
Fact Witness
3416 Shagbark Circle
Mount Pleasant, NC 29466
843-849-6796

**Eric Stotz**
Fact Witness
Expert Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Ronald Greenspan**
Expert Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Patrick Riley**
Expert Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Charles Poutasse**
Expert Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Stephen Dean**
Fact Witness
825 Beacon Street
Suite NO. 7
Newton, MA 02159
617-630-0662

**Dorothy Erwin**
Fact Witness
2715 Casco Point Road
Wayzata, MN 55391
952-471-0363

**Gerald Fineberg**
Fact Witness
c/o Peter B. McGlynn
Bernkopf Goodman LLP
125 Summer Street, Ste. 1300
Boston, MA 02110
(617) 790-3000

**Kenneth Goldberg**
Fact Witness
c/o Peter B. McGlynn
Bernkopf Goodman LLP
125 Summer Street, Ste. 1300
Boston, MA 02110
(617) 790-3000

**William Langelier**
Fact Witness
c/o Peter B. McGlynn
Bernkopf Goodman LLP
125 Summer Street, Ste. 1300
Boston, MA 02110
(617) 790-3000

**Daniel Frank**
Fact Witness
c/o Peter B. McGlynn
Bernkopf Goodman LLP
125 Summer Street, Ste. 1300
Boston, MA 02110
(617) 790-3000

**Joseph Donovan**
Fact Witness
c/o Peter B. McGlynn
Bernkopf Goodman LLP
125 Summer Street, Ste. 1300
Boston, MA 02110
(617) 790-3000

**Larry Needle**
Fact Witness
c/o Peter B. McGlynn
Bernkopf Goodman LLP
125 Summer Street, Ste. 1300
Boston, MA 02110
(617) 790-3000

**Gilbert Stone**
Fact Witness
c/o Peter B. McGlynn
Bernkopf Goodman LLP
125 Summer Street, Ste. 1300
Boston, MA 02110
(617) 790-3000

**Keeper of the Records**
**LNR Partners, Inc.**
Fact Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Keeper of the Records**
**Wells Fargo**
Fact Witness
c/o Bruce E. Falby
DLA Piper Rudnick Gray Cary LLP
33 Arch Street
Boston, MA 02110
617-406-6020

**Keeper of the Records**
**National Development**
Fact Witness

**Keeper of the Records**
**DST Realty, Inc.**
Fact Witness

**Keeper of the Records**
**Equiserve**
Fact Witness

| | |
|---|---|
| **Keeper of the Records** | **David R. Andelman** |
| **Blue Hills Office Park** | Fact Witness |
| Fact Witness | Lourie & Cutler, P.C. |
| c/o Peter B. McGlynn | 60 State Street, |
| Bernkopf Goodman LLP | 9th Floor |
| 125 Summer Street, Ste. 1300 | Boston, MA 02109 |
| Boston, MA 02110 | |
| (617) 790-3000 | |

**Keeper of the Records**
**Credit Suisse First Boston**
Fact Witness

The Lender continues to reserve the right to call any witness named by the plaintiff and defendants-in-counterclaim and to call such other witnesses as may be necessary for impeachment or rebuttal. The Lender also reserves the right to call any other witnesses necessary to authenticate or otherwise lay a foundation for any exhibits as to which there is a dispute regarding authenticity or some other aspect of admissibility.

    Respectfully submitted,

    Defendants/Plaintiffs-in-Counterclaim
    J.P. MORGAN CHASE BANK and
    CSFB 1999 - C1 ROYALL STREET, LLC
    By their attorneys,

    /s/     Bruce S. Barnett
    E. Randolph Tucker (BBO# 503845)
    Bruce E. Falby (BBO# 544143)
    Bruce S. Barnett (BBO# 647666)
    Traci S. Feit (BBO# 630668)
    DLA Piper US LLP
    33 Arch Street, 26th Floor
    Boston, MA 02110-1447
    617-406-6000

Dated: October 10, 2006