UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>  Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for<br>the Registered Holders of Credit Suisse First<br>Boston Mortgage Securities Corp., Commercial<br> Mortgage Pass-Through Certificates,<br>Series 1999-C1<br>  Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET, LLC<br>  Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and<br>GERALD FINEBERG<br>  Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

## TESTIMONY OF BRENT LLOYD BY DEPOSITION

Pursuant to Rule 32, JP Morgan Chase Bank, Trustee and CSFB 1999-C1 Royall Street, LLC (together, the "Lender") submit the testimony of Brent Lloyd by deposition, designating the highlighted portions of the deposition included in the attached **Exhibit A**.  The Lender has included only the pages on which designated portions appear, and has indicated by margin note the trial exhibit number that corresponds to exhibits used in the deposition.

BOST1\443161.1

        Respectfully submitted,

        Defendants/Plaintiffs-in-Counterclaim
        J.P. MORGAN CHASE BANK and
        CSFB 1999 - C1 ROYALL STREET, LLC
        By their attorneys,

        /s/      Bruce S. Barnett
        E. Randolph Tucker (BBO# 503845)
        Bruce E. Falby (BBO# 544143)
        Bruce S. Barnett (BBO# 647666)
        Traci S. Feit (BBO# 630668)
        DLA Piper US LLP
        33 Arch Street, 26th Floor
        Boston, MA 02110-1447
        617-406-6000

Dated: October 10, 2006

# BRENT LLOYD DEPOSITION TESTIMONY

# EXHIBIT A

# Filed manually with Court due to voluminous size.

BOST1\443161.1