UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET, LLC<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and<br>GERALD FINEBERG<br>    Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

## TESTIMONY OF BRENT LLOYD BY DEPOSITION

Pursuant to Rule 32, Blue Hills Office Park LLC, Gerald Fineberg and William Langelier (collectively, "Blue Hills") submit their counter-designations of testimony of Brent Lloyd in the attached **Exhibit A**. Blue Hills has included both the pages designated by Defendants, highlighted in yellow, and the pages on which they counter-designated, highlighted in pink.

                            BLUE HILLS OFFICE PARK LLC, WILLIAM LANGELIER AND GERALD FINEBERG,
By their attorneys,

/s/ Meredith A. Swisher
Peter B. McGlynn, Esquire (BBO No. 333660)
Meredith A. Swisher, Esquire (BBO No. 646866)
BERNKOPF GOODMAN LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:     (617) 790-3000
Facsimile:     (617) 790-3300
pmcglynn@bg-llp.com
mswisher@bg-llp.com

Dated:  October 11, 2006

#347297 v1/14500/9985

# BRENT LLOYD DEPOSITION TESTIMONY

# EXHIBIT A

# FILED MANUALLY WITH COURT DUE TO VOLUMINOUS SIZE