```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 05-10506-WGY

 4


 5   * * * * * * * * * * * * * * * * * * * * * * * **
     BLUE HILLS OFFICE PARK LLC,                    *
 6                                                  *
         Plaintiff, Defendant-in-Counterclaim,      *
 7                                                  *
         v.                                         *
 8                                                  *
     J.P. MORGAN CHASE BANK, as Trustee for the     *
 9   Registered Holders of Credit Suisse First Boston *
     Mortgage Securities Corp., Commercial Mortgage *
10   Pass-Through Certificates, Series 1999-C1,     *
                                                    *
11       and                                        *
                                                    *
12   CSFB 1999-C1 ROYALL STREET, LLC;               *
                                                    *
13       Defendants, Plaintiffs-in-Counterclaim,    *
                                                    *
14       v.                                         *
                                                    *
15   WILLIAM LANGELIER and GERALD                   *
     FINEBERG,                                      *
16                                                  *
         Defendants-in-Counterclaim.                *
17   * * * * * * * * * * * * * * * * * * * * * * * **

18                  BENCH TRIAL - VOLUME 5

19
              BEFORE:  The Honorable William G. Young,
20                         District Judge

21

22

23

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          October 3, 2006
```

```
 1
 2                    A P P E A R A N C E S
 3
 4          BERNKOPF GOODMAN LLP (By Peter B. McGlynn,
       Esq. and Meredith A. Swisher, Esq.), 125 Summer
 5     Street, Suite 1300, Boston, Massachusetts 02110,
       on behalf of Plaintiff/Defendant-in-Counterclaim
 6     and Defendants-in-Counterclaim

 7          DLA PIPER RUDNICK GRAY CARY US LLP
       (By Bruce E. Falby, Esq., Bruce S. Barnett, and
 8     Traci S. Feit, Esq.), 33 Arch Street, 26th Floor,
       Boston, Massachusetts 02110-1447, on behalf of
 9     Defendants and Plaintiffs-in-Counterclaim

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        I N D E X

 2
      WITNESS:            DIRECT   CROSS    REDIRECT   RECROSS
 3

 4    JOSEPH POLCARI, Resumed

 5       By Mr. McGlynn      4               116

 6       By Mr. Falby              90                    123

 7    RICHARD A. CLARKE

 8       By Mr. McGlynn    125

 9
                                              FOR        IN
10       EXHIBITS:                            I.D.      EVID.

11

12    212  Statement of Mortgage Debt . . . . . . . . . 110

13    GB   Resume of Richard A. Clarke  . . . . . 132

14    GE   Expert Report of Richard A. Clarke . . 139

15

16

17

18

19

20

21

22

23

24

25
```