```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 05-10506-WGY

 4


 5   * * * * * * * * * * * * * * * * * * * * * * **
     BLUE HILLS OFFICE PARK LLC,                   *
 6                                                 *
          Plaintiff, Defendant-in-Counterclaim,    *
 7                                                 *
          v.                                       *
 8                                                 *
     J.P. MORGAN CHASE BANK, as Trustee for the    *
 9   Registered Holders of Credit Suisse First Boston *
     Mortgage Securities Corp., Commercial Mortgage *
10   Pass-Through Certificates, Series 1999-C1,    *
                                                   *
11        and                                      *
                                                   *
12   CSFB 1999-C1 ROYALL STREET, LLC;              *
                                                   *
13        Defendants, Plaintiffs-in-Counterclaim,  *
                                                   *
14        v.                                       *
                                                   *
15   WILLIAM LANGELIER and GERALD                  *
     FINEBERG,                                     *
16                                                 *
          Defendants-in-Counterclaim.              *
17   * * * * * * * * * * * * * * * * * * * * * * **

18                 **BENCH TRIAL - VOLUME 6**

19
               BEFORE:   The Honorable William G. Young,
20                            District Judge

21


22


23


24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          October 4, 2006
```

```
 1                    A P P E A R A N C E S

 2

 3           BERNKOPF GOODMAN LLP (By Peter B. McGlynn,
     Esq. and Meredith A. Swisher, Esq.), 125 Summer
 4   Street, Suite 1300, Boston, Massachusetts 02110,
     on behalf of Plaintiff/Defendant-in-Counterclaim
 5   and Defendants-in-Counterclaim

 6           DLA PIPER RUDNICK GRAY CARY US LLP
     (By Bruce E. Falby, Esq., Bruce S. Barnett, and
 7   Traci S. Feit, Esq.), 33 Arch Street, 26th Floor,
     Boston, Massachusetts 02110-1447, on behalf of
 8   Defendants and Plaintiffs-in-Counterclaim

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| RICHARD A. CLARKE, Resumed | | | | |
|    By Mr. McGlynn | 5 | | 77 | |
|    By Mr. Falby | | 39 | | 91 |
| DANIEL FRANK | | | | |
|    By Mr. McGlynn | 96 | | 133 | |
|    By Mr. Falby | | 117 | | |