```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                               Civil Action
                                               No. 05-10506-WGY


* * * * * * * * * * * * * * * * * * * * * * **
BLUE HILLS OFFICE PARK LLC,                   *
                                              *
     Plaintiff, Defendant-in-Counterclaim,    *
                                              *
     v.                                       *
                                              *
J.P. MORGAN CHASE BANK, as Trustee for the    *
Registered Holders of Credit Suisse First Boston *
Mortgage Securities Corp., Commercial Mortgage *
Pass-Through Certificates, Series 1999-C1,    *
                                              *
     and                                      *
                                              *
CSFB 1999-C1 ROYALL STREET, LLC;              *
                                              *
     Defendants, Plaintiffs-in-Counterclaim,  *
                                              *
     v.                                       *
                                              *
WILLIAM LANGELIER and GERALD                  *
FINEBERG,                                     *
                                              *
     Defendants-in-Counterclaim.              *
* * * * * * * * * * * * * * * * * * * * * * **
```

**BENCH TRIAL - VOLUME 7**

            BEFORE:   The Honorable William G. Young,
                      District Judge




                                          1 Courthouse Way
                                          Boston, Massachusetts

                                          October 11, 2006

```
 1
 2                    A P P E A R A N C E S
 3
 4           BERNKOPF GOODMAN LLP (By Peter B. McGlynn,
      Esq. and Meredith A. Swisher, Esq.), 125 Summer
 5    Street, Suite 1300, Boston, Massachusetts 02110,
      on behalf of Plaintiff/Defendant-in-Counterclaim
 6    and Defendants-in-Counterclaim

 7           DLA PIPER RUDNICK GRAY CARY US LLP
      (By Bruce E. Falby, Esq., Bruce S. Barnett, and
 8    Traci S. Feit, Esq.), 33 Arch Street, 26th Floor,
      Boston, Massachusetts 02110-1447, on behalf of
 9    Defendants and Plaintiffs-in-Counterclaim

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                       **I N D E X**

2

3   Motion for Directed Verdict . . . . . . . . . . . . 146

4

5   **WITNESS:              DIRECT    CROSS      REDIRECT    RECROSS**

6

7   KENNETH GOLDBERG

8     By Mr. McGlynn       5                    94

9     By Mr. Falby                  55

10  GERALD S. FINEBERG

11    By Mr. Falby         101                  144

12    By Mr. McGlynn                136

13

14
                                                **FOR        IN**
15      **EXHIBITS:**                           **I.D.       EVID.**

16

17  213           Site Plans . . . . . . . . . . . . . . 15

18  215  `        Letter . . . . . . . . . . . . . . . . 97

19  GF            Site Plan with Approval . . . 147

20

21

22

23

24

25