```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 05-10506-WGY

 4


 5   * * * * * * * * * * * * * * * * * * * * * * **
     BLUE HILLS OFFICE PARK LLC,                   *
 6                                                 *
          Plaintiff, Defendant-in-Counterclaim,    *
 7                                                 *
          v.                                       *
 8                                                 *
     J.P. MORGAN CHASE BANK, as Trustee for the    *
 9   Registered Holders of Credit Suisse First Boston *
     Mortgage Securities Corp., Commercial Mortgage *
10   Pass-Through Certificates, Series 1999-C1,   *
                                                   *
11        and                                      *
                                                   *
12   CSFB 1999-C1 ROYALL STREET, LLC;              *
                                                   *
13        Defendants, Plaintiffs-in-Counterclaim,  *
                                                   *
14        v.                                       *
                                                   *
15   WILLIAM LANGELIER and GERALD                  *
     FINEBERG,                                     *
16                                                 *
          Defendants-in-Counterclaim.              *
17   * * * * * * * * * * * * * * * * * * * * * * **

18                    BENCH TRIAL - VOLUME 8

19
              BEFORE:  The Honorable William G. Young,
20                             District Judge

21


22


23


24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         October 12, 2006
```

```
 1
 2                      A P P E A R A N C E S
 3
 4           BERNKOPF GOODMAN LLP (By Peter B. McGlynn,
        Esq. and Meredith A. Swisher, Esq.), 125 Summer
 5      Street, Suite 1300, Boston, Massachusetts 02110,
        on behalf of Plaintiff/Defendant-in-Counterclaim
 6      and Defendants-in-Counterclaim

 7           DLA PIPER RUDNICK GRAY CARY US LLP
        (By Bruce E. Falby, Esq., Bruce S. Barnett, and
 8      Traci S. Feit, Esq.), 33 Arch Street, 26th Floor,
        Boston, Massachusetts 02110-1447, on behalf of
 9      Defendants and Plaintiffs-in-Counterclaim
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        I N D E X

 2
     WITNESS:            DIRECT   CROSS    REDIRECT   RECROSS
 3

 4   GILBERT STONE

 5      By Mr. Falby       5

 6      By Mr. McGlynn             12

 7   RANDALL ROSEN

 8      By Mr. Barnett    17

 9   DOROTHY ERWIN

10      By Mr. Barnett    26

11      By Mr. McGlynn             37

12   DAVID ANDELMAN

13      By Mr. Barnett    45

14      By Mr. McGlynn             51

15   JOSEPH DONOVAN, Recalled

16      By Mr. McGlynn             60

17      By Mr. Falby               61

18   LAWRENCE NEEDLE

19      By Mr. McGlynn             63

20                                          FOR      IN
        EXHIBITS:                           I.D.     EVID.
21

22   214    Bylaws - Blue Hills Office Park . . . . . . . . . 5

23   216    Clerk's Certificate - Blue Hills Office Park . . 5

24   217    Articles of Organization . . . . . . . . . . . . 5

25
```