```
1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
2
                                           Civil Action
3                                          No. 05-10506-WGY

4


5   * * * * * * * * * * * * * * * * * * * * * * * **
    BLUE HILLS OFFICE PARK LLC,                     *
6                                                   *
          Plaintiff, Defendant-in-Counterclaim,     *
7                                                   *
          v.                                        *
8                                                   *
    J.P. MORGAN CHASE BANK, as Trustee for the      *
9   Registered Holders of Credit Suisse First Boston *
    Mortgage Securities Corp., Commercial Mortgage  *
10  Pass-Through Certificates, Series 1999-C1,      *
                                                    *
11        and                                       *
                                                    *
12  CSFB 1999-C1 ROYALL STREET, LLC;                *
                                                    *
13        Defendants, Plaintiffs-in-Counterclaim,   *
                                                    *
14        v.                                        *
                                                    *
15  WILLIAM LANGELIER and GERALD                    *
    FINEBERG,                                       *
16                                                  *
          Defendants-in-Counterclaim.               *
17  * * * * * * * * * * * * * * * * * * * * * * * **

18                  BENCH TRIAL - VOLUME 9

19
              BEFORE:  The Honorable William G. Young,
20                           District Judge

21

22

23

24                                         1 Courthouse Way
                                           Boston, Massachusetts
25
                                           October 13, 2006
```

```
 1
 2                A P P E A R A N C E S
 3
 4         BERNKOPF GOODMAN LLP (By Peter B. McGlynn,
    Esq. and Meredith A. Swisher, Esq.), 125 Summer
 5  Street, Suite 1300, Boston, Massachusetts 02110,
    on behalf of Plaintiff/Defendant-in-Counterclaim
 6  and Defendants-in-Counterclaim

 7         DLA PIPER RUDNICK GRAY CARY US LLP
    (By Bruce E. Falby, Esq., Bruce S. Barnett, and
 8  Traci S. Feit, Esq.), 33 Arch Street, 26th Floor,
    Boston, Massachusetts 02110-1447, on behalf of
 9  Defendants and Plaintiffs-in-Counterclaim

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                      I N D E X

 2

 3   Closing Argument by Mr. Falby . . . . . . . . .  4

 4   Closing Argument by Mr. McGlynn . . . . . . . . 26

 5   Findings and Rulings by the Court . . . . . . . 44

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```