UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>    Plaintiff, Defendant-in-Counterclaim,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1., and CSFB 1999–C1 ROYALL STREET, LLC,<br><br>    Defendants, Plaintiffs-in-Counterclaim,<br><br>v.<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br><br>    Defendants-in-Counterclaim. | Civil Action No. 05-CV-10506 (WGY) |

**AFFIDAVIT OF RAY DEARCHS IN SUPPORT OF
PETITION FOR ATTORNEYS' FEES AND COSTS**

I, Ray Dearchs, declare as follows:

1.    I am the Chief Financial Officer of DLA Piper US LLP ("DLA Piper"), counsel for Plaintiff-in-Counterclaim J.P. Morgan Chase Bank, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1., and CSFB 1999–C1 Royall Street, LLC (the "Lender"). I have personal knowledge of the following matters and, if called as a witness, could and would testify thereto.

- 2 -

2.      I submit this declaration in support of the Lender's petition for an award of attorneys' fees and costs against Defendants-in-Counterclaim Blue Hills Office Park LLC, William Langelier, and Gerald Fineberg.

3.      I am familiar with DLA Piper's practices in setting the billing rates of its attorneys, and have participated in establishing the billing rates for its Boston attorneys since 2003. Through my contacts with other law firms in Boston and based on information obtained from a variety of other sources, I am familiar with the billing rates of attorneys at most other Boston law firms similar to DLA Piper. I am also generally familiar with the billing rates typically charged by established and reputable law firms in the Boston market.

4.      DLA Piper is extremely careful in setting the billing rates of its attorneys. In order to remain competitive, the billing rates charged by DLA Piper attorneys must be comparable to or lower than the rates charged by attorneys of comparable skill, experience, and reputation at other firms providing services similar to those provided by DLA Piper. Those rates are adjusted from time to time, typically on an annual basis. The primary factors determining how an individual attorney's rate is adjusted are the increased experience, skill, and reputation of the attorney, and the market conditions (including rates charged by attorneys of comparable experience, skill, and reputation at other firms).

5.      I am familiar with the DLA Piper attorneys who have been most involved with this case. The DLA Piper attorneys who have been most involved, their position, and their current hourly billing rates for work done are: E. Randolph Tucker, Partner 1979 ($590); Bruce E. Falby, Partner 1983 ($565.00), Bruce S. Barnett, Associate 2000 ($400.00), Traci S. Feit, Associate 2004 ($300.00), and Lisa Core, Associate 2004 ($300).

6.  The billing rates charged by the DLA Piper attorneys involved in this matter are reasonable given their experience, skill, and reputations, and are comparable to or lower than the rates charged by attorneys of comparable experience, skill, and reputation, working in Boston at other firms that provide services similar to those provided by DLA Piper.

Signed under the pains and penalties of perjury this 25th day of October, 2006.

_____
Ray Dearchs