UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC, )<br>    Plaintiff/Defendant-in-Counterclaim )<br>)<br>v. )<br>)<br>J.P. MORGAN CHASE BANK, as )<br>Trustee for the Registered Holders of )<br>Credit Suisse First Boston Mortgage )<br>Securities Corp., Commercial Mortgage )<br>Pass-Through Certificates, Series 1999-C1, )<br>    Defendant )<br>)<br>and CSFB 1999 – C1 ROYALL STREET, )<br>LLC, )<br>    Defendant/Plaintiff-in-Counterclaim )<br>)<br>and )<br>)<br>WILLIAM LANGELIER and GERALD )<br>FINEBERG, )<br>    Defendants-in-Counterclaim ) | Civil Action No. 05-CV-10506 (WGY) |

## CERTIFICATE OF SERVICE

I, Meredith A. Swisher, hereby certify that I caused to be served via electronic service this 10th day of November, 2006 the Memorandum of Blue Hills Office Park LLC, William Langelier and Gerald Fineberg on the Award of Prejudgment Interest upon Bruce S. Barnett, Esquire, Traci S. Feit, Esquire, E. Randolph Tucker, Esquire, Bruce E. Falby, Esquire, DLA Piper Rudnick Gray Cary US LLP, 33 Arch Street, 26th Floor, Boston, Massachusetts 02110.

                                          BLUE HILLS OFFICE PARK LLC, WILLIAM LANGELIER AND GERALD FINEBERG,
By their attorneys,

/s/Meredith A. Swisher
Peter B. McGlynn, Esquire, BBO No. 333660
Meredith A. Swisher, Esquire, BBO No. 646866
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:    (617) 790-3000
Facsimile:    (617) 790-3300
pmcglynn@bg-llp.com
mswisher@bg-llp.com

Dated: November 10, 2006
410552 v1/14500/9985