UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC, )<br>    Plaintiff/Defendant-in-Counterclaim )<br>)<br>v. )<br>)<br>J.P. MORGAN CHASE BANK, as )<br>Trustee for the Registered Holders of )<br>Credit Suisse First Boston Mortgage )<br>Securities Corp., Commercial Mortgage )<br>Pass-Through Certificates, Series 1999-C1, )<br>    Defendant )<br>)<br>and CSFB 1999 – C1 ROYALL STREET, )<br>LLC, )<br>    Defendant/Plaintiff-in-Counterclaim )<br>)<br>and )<br>)<br>WILLIAM LANGELIER and GERALD )<br>FINEBERG, )<br>    Defendants-in-Counterclaim ) | Civil Action No. 05-CV-10506 (WGY) |

**CERTIFICATE OF SERVICE**

I, Meredith A. Swisher, hereby certify that I caused to be served via electronic service this 10th day of November, 2006 Blue Hills Office Park LLC, William Langelier and Gerald Fineberg's Objection to Proposed Form of Judgment upon Bruce S. Barnett, Esquire, Traci S. Feit, Esquire, E. Randolph Tucker, Esquire, Bruce E. Falby, Esquire, DLA Piper Rudnick Gray Cary US LLP, 33 Arch Street, 26th Floor, Boston, Massachusetts 02110.

                                        BLUE HILLS OFFICE PARK LLC, WILLIAM
                                        LANGELIER AND GERALD FINEBERG,
                                        By their attorneys,

                                        /s/Meredith A. Swisher
                                        Peter B. McGlynn, Esquire, BBO No. 333660
                                        Meredith A. Swisher, Esquire, BBO No. 646866
                                        Bernkopf Goodman LLP
                                        125 Summer Street, Suite 1300
                                        Boston, Massachusetts 02110
                                        Telephone:    (617) 790-3000
                                        Facsimile:    (617) 790-3300
                                        pmcglynn@bg-llp.com
Dated: November 10, 2006            mswisher@bg-llp.com
410608 v1/14500/9985