UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>    Plaintiff, Defendant-in-Counterclaim,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1., and CSFB 1999–C1 ROYALL STREET, LLC,<br><br>    Defendants, Plaintiffs-in-Counterclaim,<br><br>v.<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br><br>    Defendants-in-Counterclaim. | Civil Action No. 05-CV-10506 (WGY) |

## AFFIDAVIT OF ROBERT P. SHERMAN, ESQ. IN SUPPORT OF PETITION FOR ATTORNEYS' FEES AND EXPENSES

I, Robert P. Sherman, depose and say as follows:

1.    My name is Robert P. Sherman. I am a partner at the law firm of DLA Piper US LLP ("DLA Piper"). I make this affidavit in support of the fee petition of defendants and plaintiffs-in-counterclaim J.P. Morgan Chase Bank, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1, and CSFB 1999-C1 Royall Street, LLC. I make the following statements based upon my personal knowledge.

BOST1\450570.1

### *The Practice of One Billing Entry Per Day Per Attorney*

2. Since I became a law firm partner in 1992, I have been with four firms in Boston: Widett Slater & Goldman (1992), Hutchins Wheeler & Dittmar (1992-2002), Nixon Peabody (2002-2005), and now DLA Piper (2005-2006). During that time, the majority of my practice has been business litigation. I have been billing clients on matters for which I am responsible throughout my time as a partner at the four firms. At each firm, I have often had attorneys record their time each day with a single billing entry that accumulates the time spent on different tasks into a daily total (however great) and identifies the different tasks performed that day. On other matters, I have sent invoices that include multiple entries for a lawyer on a given day. My clients do not object to paying for time billed on the one entry per day basis.

3. It has been my understanding that other billing partners at the firms where I have practiced follow the same practice, also to the satisfaction of their clients.

### *Conferences Among Counsel*

4. My work on behalf of clients often requires conferences between lawyers -- whether between myself and others on a case team to discuss work assignments, case strategy, legal issues, drafts of pleadings or similar matters or with partners who have particular expertise on certain topics. In my experience, such conferences generally contribute to better representation of the client at lower cost. It has been my practice to bill my clients for the time spent by lawyers in conferences and generally they have not objected.

Signed under the penalties of perjury this 17th day of November, 2006.

_____
Robert P. Sherman, Esq.