```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| BLUE HILLS OFFICE PARK LLC )<br>   Plaintiffs,                )<br>   Defendants-in-Counterclaim, )<br>                v.            )<br>J.P. MORGAN CHASE BANK, as )<br>Trustee for the Registered )<br>Holders of Credit Suissee First )<br>Boston Mortgage Securities )<br>Corp., Commercial Mortgage )<br>Pass-Through Certificates, )<br>Series 1999-C1, )<br>   Defendant )<br>and CSFB 1999 - C1 Royall )<br>Street, LLC, )<br>   Defendant, )<br>   Plaintiff-in-Counterclaim )<br>and )<br>WILLIAM LANGELIER and GERALD )<br>FINEBERG, )<br>   Defendants-in-Counterclaim. ) | CIVIL ACTION<br>NO. 05-10506-WGY |

<u>ORDER</u>

YOUNG, D.J.                                       December 7, 2006

    On October 27, 2006, J.P. Morgan Chase Bank, as Trustee and CSFB 1999-C1 Royall Street LLC filed a petition for attorneys' fees and expenses [Doc. No. 165]. On November 11, 2006, Blue Hills Office Park LLC, Gerald Fineberg and William Langelier

filed a memorandum of opposition to the petition for attorneys' fees and expenses [Doc. No. 172].  On November 17, 2006, J.P. Morgan Chase Bank, as Trustee and CSFB 1999-C1 Royall Street LLC filed a reply in support of its petition for attorneys' fees and expenses [Doc. No. 175].  On December 1, 2006, Blue Hills Office Park LLC, Gerald Fineberg and William Langelier filed a sur-reply brief in support of its opposition [Doc. No. 182].

    The Court has reviewed the record but considers it incomplete.  The Court hereby orders J.P. Morgan Chase Bank, as Trustee and CSFB 1999-C1 Royall Street LLC, to produce documents that demonstrate actual attorneys' fees paid.  The documents shall be produced in ten days.

    SO ORDERED.

/s/ William G. Young
_____
WILLIAM G. YOUNG
DISTRICT JUDGE