UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br><br>      Plaintiff, Defendant-in-Counterclaim,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1, and CSFB 1999–C1 ROYALL STREET, LLC,<br><br>      Defendants, Plaintiffs-in-Counterclaim,<br><br>v.<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br><br>      Defendants-in-Counterclaim. | Civil Action No. 05-CV-10506 (WGY) |

## AFFIDAVIT OF SUSAN SCHEELER IN SUPPORT OF PETITION FOR ATTORNEYS' FEES AND EXPENSES

I, Susan Scheeler, declare as follows:

1)    I am a Collections Manager in the Accounting Department at DLA Piper US LLP ("DLA Piper"), which is counsel for plaintiffs-in-counterclaim J.P. Morgan Chase Bank, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1, and CSFB 1999–C1 Royall Street, LLC (the "Lender").

2)    I am the DLA Piper Collections Manager with responsibility for the Blue Hills Office Park matter.  I have reviewed portions of the Lender's petition for an award of attorneys'

fees and costs against defendants-in-counterclaim Blue Hills Office Park LLC, William

Langelier, and Gerald Fineberg filed in this matter (the "Fee Petition") and the Affidavit of

Bruce E. Falby, Esq. in Support of Petition for Attorneys' Fees and Expenses, dated October 27,

2006 ("Falby Affidavit"). This affidavit is made on the basis of my personal knowledge, my

review of DLA Piper accounting records, and, where specified, information received from DLA

Piper attorneys working on the Blue Hills Office Park matter.

3)      DLA Piper maintains accounting records for invoices sent to clients and payments

received from clients in a database called Elite Enterprise (the "Elite System"). When an invoice

payment is received from a client, an employee of the accounting department "posts" the

payment on the Elite System's record for the invoice by entering the payment date and amount

received for the invoice. The employee also enters a document number for the payment, which

is either a check number or a wire transfer number (depending on the form of payment), and a

description of the payment, which includes the amount received from the client in the check or

wire, the invoice number(s) to which it applies, and internal tracking information concerning

where the payment was received and by whom.

4)      Attached as Exhibit A are Ledger Detail printouts from the Elite System for the

DLA Piper invoices included in the Fee Petition. Each Ledger Detail printout contains the

payment information described in the preceding paragraph. In some cases, the amount of the

payment received from the client (set forth as the first entry in the "Description" box) exceeds

the amount of the invoice. This occurs when a client pays more than one invoice with a single

check or wire transfer.

5)      Attached as <u>Exhibit B</u> is a summary I have prepared of the Ledger Detail printouts included in Exhibit A. It contains the invoice number, date and amount, as well as the payment date, amount and document number.

6)      As shown on Exhibits A & B, our client has paid the entirety of each invoice included in the Fee Petition.

7)      I understand from the Fee Petition, the Falby Affidavit and attorneys involved in the Blue Hills Office Park matter that the Lender is not seeking the full amount of certain of the invoices included in the Fee Petition and that the amount of DLA Piper fees and expenses sought for each invoice (and in total) is set forth on Exhibit E to the Affidavit of Bruce Falby dated October 27, 2006.

Signed under the pains and penalties of perjury this 15th day of December, 2006.

_Susan Scheeler_
Susan Scheeler

# SCHEELER AFFIDAVIT

# EXHIBIT A

| Date | Document | Ledger Code | Amount | Description |
|---|---|---|---|---|
| 02/15/2005 | | FEES | 9,605.00 | |
| 02/15/2005 | | HCOST | 1,398.30 | |
| 02/15/2005 | | HCOSTL | 91.41 | |
| 02/15/2005 | | HSCOST | 45.66 | |
| 02/15/2005 | | SPARK26 | 20.00 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 05/09/2005 | 41162 | PAYFNB | 11,160.37 | $11160.37--WELLS FARGO--#1603911--BALTO--SYH |

| Date | Document | Ledger Code | Amount | Description |
|---|---|---|---|---|
| 03/15/2005 | | FEES | 21,973.50 | |
| 03/15/2005 | | HCOST | 175.76 | |
| 03/15/2005 | | HCOSTL | 690.96 | |
| 03/15/2005 | | HSCOST | 96.71 | |
| 03/15/2005 | | SCOST | 3.13 | |
| Payments: | | | | |
| 05/23/2005 | 41473 | PAYFNB | 22,940.06 | $22940.06--WELLS FARGO CMS--#1614642--BALTO--SYH |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 03/31/2005 | | FEES | 26,623.00 | |
| Payments: | | | | |
| 06/27/2005 | 42502 | PAYLAS2 | 26,623.00 | $26,623.00 - WELLS FARGO -` |
| | | | | #1621356 - LB - CHGO - JF |

| Date | Document | Ledger Code | Amount | Description |
|---|---|---|---|---|
| 04/30/2005 | | FEES | 42,759.50 | |
| 04/30/2005 | | HCOST | 383.88 | |
| 04/30/2005 | | HCOSTW | 257.30 | |
| 04/30/2005 | | HSCOST | 396.60 | |
| 04/30/2005 | | SCOST | 15.20 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 07/26/2005 | 42899 | PAYFNB | 43,812.48 | $43812.48  WELLS FARGO  1635752  BALT CK TW |

| Date | Document | Ledger Code | Amount | Description |
|---|---|---|---|---|
| 06/06/2005 | | FEES | 53,655.50 | |
| 06/06/2005 | | HCOST | 982.07 | |
| 06/06/2005 | | HCOSTW | 106.97 | |
| 06/06/2005 | | HSCOST | 203.40 | |
| 06/06/2005 | | SCOST | 18.04 | |
| Payments: | | | | |
| 08/29/2005 | 44188 | PAYFNB | 54,965.98 | $54965.98 WELLS FARGO 1649847 BALT CK TW |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 07/12/2005 | | FEES | 18,187.50 | |
| 07/12/2005 | | HCOST | 33.24 | |
| 07/12/2005 | | HSCOST | 390.45 | |
| 07/12/2005 | | SCOST | 0.00 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 12/23/2005 | 00001296 | PAYFNB | 18,611.19 | $71129.56 LNR PARTNERS 1726131 1737158 1726129 |
| | | | | 1726126 1665680 BALT CK RP |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 08/31/2005 | | FEES | 34,816.50 | |
| 08/31/2005 | | HCOST | 1,712.85 | |
| 08/31/2005 | | HSCOST | 182.66 | |
| 08/31/2005 | | SCOST | 5.80 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 12/26/2005 | 1355 | PAYLAS2 | 36,717.81 | $80114.06 - LNR PARTNERS INC -` |
| | | | | #1741154, 1693475 - CHGO - JF |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 09/30/2005 | | FEES | 6,849.50 | |
| 09/30/2005 | | HCOST | 8.32 | |
| 09/30/2005 | | HSCOST | 12.00 | |
| 09/30/2005 | | SCOST | 0.30 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 12/12/2005 | 10036 | PAYLAS2 | 6,870.12 | $6870.12---LNR PARTNERS` |
| | | | | #1709716----LB--CHGO--CJJ |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 10/31/2005 | | FEES | 26,754.50 | |
| 10/31/2005 | | HSCOST | 49.65 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 12/23/2005 | 00001296 | PAYFNB | 26,804.15 | $71129.56 LNR PARTNERS 1726131 1737158 1726129 |
| | | | | 1726126 1665680 BALT CK RP |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 11/30/2005 | | FEES | 43,004.00 | |
| 11/30/2005 | | HCOST | 98.29 | |
| 11/30/2005 | | HSCOST | 258.00 | |
| 11/30/2005 | | SCOST | 3.96 | |
| 11/30/2005 | | SPARK26 | 32.00 | |
| Payments: | | | | |
| 12/26/2005 | 1355 | PAYLAS2 | 43,396.25 | $80114.06 - LNR PARTNERS INC -` |
| | | | | #1741154, 1693475 - CHGO - JF |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 12/14/2005 | | FEES | 58,160.50 | |
| 12/14/2005 | | HCOST | 4,794.71 | |
| 12/14/2005 | | HSCOST | 570.01 | |
| 12/14/2005 | | SCOST | 12.59 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 04/12/2006 | 10054 | PAYLAS2 | 63,537.81 | $63,537.81----LNR PARTNERS` |
| | | | | #1754871-----CHGO--CJJ |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 02/08/2006 |  | FEES | 6,402.50 |  |
| 02/08/2006 |  | HCOST | 206.38 |  |
| 02/08/2006 |  | HSCOST | 1,147.86 |  |
| 02/08/2006 |  | SCOST | 1.57 |  |
| 02/08/2006 |  | SPARK26 | 0.00 |  |
| Payments: |  |  |  |  |
| 04/27/2006 | 52243 | PAYFNB | 7,758.31 | $7758.31 -- WELLS FARGO -- 1773108 -- LB BALT LM |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 02/28/2006 | | FEES | 64,023.00 | |
| 02/28/2006 | | HCOST | 1,275.37 | |
| 02/28/2006 | | HSCOST | 974.55 | |
| 02/28/2006 | | SCOST | 1.25 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 05/01/2006 | 52357 | PAYFNB | 66,274.17 | $66274.17 WELLS FARGO CHS 1784073  BALT LB RP |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 03/24/2006 | | FEES | 137,843.50 | |
| 03/24/2006 | | HCOST | 6.50 | |
| 03/24/2006 | | HSCOST | 1,906.35 | |
| 03/24/2006 | | SCOST | 510.00 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 06/26/2006 | 53813 | PAYFNB | 140,266.35 | $140266.35-WELLS FARGO CMS |
| | | | | CONCORD-LLM-BALT-1795052 |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 04/19/2006 | | FEES | 206,351.75 | |
| 04/19/2006 | | HCOST | 5,287.32 | |
| 04/19/2006 | | HCOSTL | 1,101.16 | |
| 04/19/2006 | | HCOSTW | 88.24 | |
| 04/19/2006 | | HSCOST | 2,407.18 | |
| 04/19/2006 | | SCOST | 493.75 | |
| 04/19/2006 | | SPARK26 | 214.00 | |
| Payments: | | | | |
| 08/08/2006 | W04131 | PAYFNB | 215,943.40 | $410286.18 CSFB 1999 CI SS  306477.18  1807353 |
| | | | | 1828837 TW |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 06/05/2006 | | FEES | 170,881.50 | |
| 06/05/2006 | | HCOST | 17,330.55 | |
| 06/05/2006 | | HCOSTL | 1,631.04 | |
| 06/05/2006 | | HCOSTW | 699.34 | |
| 06/05/2006 | | HSCOST | 3,775.35 | |
| 06/05/2006 | | SCOST | 25.00 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 08/08/2006 | W04131 | PAYFNB | 194,342.78 | $410286.18 CSFB 1999 CI SS  306477.18  1807353 |
| | | | | 1828837 TW |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 06/19/2006 | | FEES | 252,643.00 | |
| 06/19/2006 | | HCOST | 20,225.44 | |
| 06/19/2006 | | HCOSTL | 162.68 | |
| 06/19/2006 | | HCOSTW | 676.97 | |
| 06/19/2006 | | HSCOST | 5,299.20 | |
| 06/19/2006 | | SCOST | 45.00 | |
| 06/19/2006 | | SPARK26 | 30.00 | |
| Payments: | | | | |
| 10/16/2006 | W4715 | PAYFNB | 279,082.29 | $279082.29--CSFB 1999 CI SS--#1836863--WIRE--SYH |

| Date | Document | Ledger Code | Amount | Description |
|---|---|---|---|---|
| 07/31/2006 | | FEES | 65,060.00 | |
| 07/31/2006 | | HCOST | 2,840.77 | |
| 07/31/2006 | | HCOSTL | 16.97 | |
| 07/31/2006 | | HCOSTW | 436.10 | |
| 07/31/2006 | | HSCOST | 885.45 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 10/05/2006 | 10062 | PAYFNB | 69,239.29 | $69239.29  LNR PARTNERS  1856067  DC LM |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 08/09/2006 | | FEES | 27,996.75 | |
| 08/09/2006 | | HCOST | 5,680.57 | |
| 08/09/2006 | | HSCOST | 162.15 | |
| Payments: | | | | |
| 11/21/2006 | W4640 | PAYLAS2 | 33,839.47 | $33,839.47----CSFB` |
| | | | | #1859511-----WIRE---CHGO--CJJ |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 09/21/2006 | | FEES | 50,778.00 | |
| 09/21/2006 | | HCOST | 162.83 | |
| 09/21/2006 | | HSCOST | 332.10 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 11/22/2006 | 59722 | PAYFNB | 51,272.93 | $51272.93, WELLS FARGO, 1879526` |
| | | | | CK RP |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 10/09/2006 | | FEES | 313,650.25 | |
| 10/09/2006 | | HCOST | 1,497.23 | |
| 10/09/2006 | | HCOSTL | 1,098.46 | |
| 10/09/2006 | | HCOSTW | 906.22 | |
| 10/09/2006 | | HSCOST | 6,574.88 | |
| 10/09/2006 | | SCOST | 53.75 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 12/15/2006 | W2363 | PAYLAS2 | 323,780.79 | $550,446.80---CSFB` |
| | | | | #1887754-1899286-1907991----WIRE--CHGO--CJJ |

| Date | Document | Ledger Code | Amount | Description |
|------|----------|-------------|--------|-------------|
| 10/26/2006 | | FEES | 138,403.25 | |
| 10/26/2006 | | HCOST | 9,757.50 | |
| 10/26/2006 | | HCOSTL | 798.76 | |
| 10/26/2006 | | HCOSTW | 54.66 | |
| 10/26/2006 | | HSCOST | 1,043.04 | |
| 10/26/2006 | | SPARK26 | 60.00 | |
| | | | | |
| Payments: | | | | |
| | | | | |
| 12/15/2006 | W2363 | PAYLAS2 | 150,117.21 | $550,446.80---CSFB` |
| | | | | #1887754-1899286-1907991----WIRE--CHGO--CJJ |

# SCHEELER AFFIDAVIT

# EXHIBIT B

LNR Partners/Blue Hills Office Park (306477-18)
Payment History for Invoices Included in Federal Court Fee Petition

| Invoice | Invoice Date | Invoice Amt. | Amount Paid | Payment Date | Doc.# |
|---------|--------------|--------------|-------------|--------------|-------|
| 1603911 | 2/15/2005 | $ 11,160.37 | $ 11,160.37 | 5/9/2005 | 41162 |
| 1614642 | 3/15/2005 | $ 22,940.06 | $ 22,940.06 | 5/23/2005 | 41473 |
| 1621356 | 3/31/2005 | $ 26,623.00 | $ 26,623.00 | 6/27/2005 | 42502 |
| 1635752 | 4/30/2005 | $ 43,812.48 | $ 43,812.48 | 7/26/2005 | 42899 |
| 1649847 | 6/6/2005 | $ 54,965.98 | $ 54,965.98 | 8/29/2005 | 44188 |
| 1665680 | 7/12/2005 | $ 18,611.19 | $ 18,611.19 | 12/23/2005 | 1296 |
| 1693475 | 8/31/2005 | $ 36,717.81 | $ 36,717.81 | 12/26/2005 | 1355 |
| 1709716 | 9/30/2005 | $ 6,870.12 | $ 6,870.12 | 12/12/2005 | 10036 |
| 1726126 | 10/31/2005 | $ 26,804.15 | $ 26,804.15 | 12/23/2005 | 1296 |
| 1741154 | 11/30/2005 | $ 43,396.25 | $ 43,396.25 | 12/26/2005 | 1355 |
| 1754871 | 12/14/2006 | $ 63,537.81 | $ 63,537.81 | 4/12/2006 | 10054 |
| 1773108 | 2/8/2006 | $ 7,758.31 | $ 7,758.31 | 4/27/2006 | 52243 |
| 1784073 | 2/28/2006 | $ 66,274.17 | $ 66,274.17 | 5/1/2006 | 52357 |
| 1795052 | 3/24/2006 | $ 140,266.35 | $ 140,266.35 | 6/26/2006 | 53813 |
| 1807353 | 4/19/2006 | $ 215,943.40 | $ 215,943.40 | 8/8/2006 | W04131 |
| 1828837 | 6/5/2006 | $ 194,342.78 | $ 194,342.78 | 8/8/2006 | W04131 |
| 1836863 | 6/19/2006 | $ 279,082.29 | $ 279,082.29 | 10/16/2006 | W4715 |
| 1856067 | 7/31/2006 | $ 69,239.29 | $ 69,239.29 | 10/5/2006 | 10062 |
| 1859511 | 8/9/2006 | $ 33,839.47 | $ 33,839.47 | 11/21/2006 | W4640 |
| 1879526 | 9/21/2006 | $ 51,272.93 | $ 51,272.93 | 11/22/2006 | 59722 |
| 1887754 | 10/9/2006 | $ 323,780.79 | $ 323,780.79 | 12/15/2006 | W2363 |
| 1899286 | 10/26/2006 | $ 150,117.21 | $ 150,117.21 | 12/15/2006 | W2363 |