UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BLUE HILLS OFFICE PARK LLC,

     Plaintiff, Defendant-in-Counterclaim,

     v.

J.P. MORGAN CHASE BANK, as Trustee for the
Registered Holders of Credit Suisse First Boston
Mortgage Securities Corp., Commercial Mortgage
Pass-Through Certificates, Series 1999-C1, and,
CSFB 1999–C1 ROYALL STREET, LLC,

     Defendants, Plaintiffs-in-Counterclaim,

     v.

WILLIAM LANGELIER and GERALD
FINEBERG,

     Defendants-in-Counterclaim.

Civil Action No.  05-CV-10506 (WGY)

## AFFIDAVIT OF JOSEPH A. POLCARI, JR.
## IN SUPPORT OF PETITION FOR ATTORNEYS' FEES AND EXPENSES

I, Joseph A. Polcari, Jr., depose and say as follows:

1.     I am an asset manager for LNR Partners, Inc. (formerly known as Lennar

Partners, Inc.) ("LNR").  LNR is the special servicer for a pool of loans securing commercial

mortgage-backed securities that included the loan to Blue Hills Office Park LLC ("Blue Hills")

from original lender Credit Suisse First Boston Mortgage Capital LLC (the "Loan").  I was

assigned to be the LNR asset manager for the Blue Hills loan on or about September 7, 2004.  I

make this affidavit in support of the Petition for Attorneys' Fees and Expenses (the "Fee

Petition") of Defendants and Plaintiffs-in-Counterclaim J.P. Morgan Chase Bank, as Trustee, and

CSFB 1999-C1 Royall Street, LLC (the "Lender") and, in particular, in response to the Court's

December 7, 2006 order that the Lender produce documents that demonstrate actual attorneys' fees paid.

     2.     Attached hereto as <u>Exhibit A</u> are true and correct copies of documents maintained by the Lender demonstrating payment of all DLA Piper US LLP ("DLA Piper") invoices included in the Fee Petition except the invoices dated February 8, 2006 (invoice no. 1773108) and February 28, 2006 (invoice no. 1784073).

     3.     Attached hereto as <u>Exhibit B</u> are true and correct copies of the checks by which the Lender paid the DLA Piper invoices dated February 8, 2006 (invoice no. 1773108) and February 28, 2006 (invoice no. 1784073). These documents were provided to me by DLA Piper.

     4.     Attached hereto as <u>Exhibit C</u> are true and correct copies of documents maintained by the Lender demonstrating payment of all expert witness invoices included in the Fee Petition.

     5.     The last two DLA Piper invoices and three of the expert witness invoices (those from FTI Consulting, Inc.) were paid subsequent to the Court's December 7, 2006 order requiring proof of payment. Attached as <u>Exhibit D</u> are LNR Special Servicing Invoice Approval forms ("Approval Forms") showing that LNR had given final approval for payment of four of those invoices prior to December 7, 2006. Due to administrative oversight, the fifth invoice (which is the earliest invoice from FTI Consulting, Inc.) was not approved until after December 7, 2006.

     Signed under the pains and penalties of perjury this 18th day of December, 2006.

                             _____

                             Joseph A. Volcari, Jr.

# POLCARI AFFIDAVIT

# EXHIBIT A

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

---

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 205

CONCORD                    CA  94520-0000

0041162
1224

PAY
TO THE    PIPER RUDNICK LLP
ORDER    6225 SMITH AVENUE
OF       BALTIMORE, MD  21209-3600

April      20, 2005

$11,160.37

ELEVEN THOUSAND ONE HUNDRED SIXTY & 37/00 DOLLARS

WELLS FARGO BANK 121000248

V5P01

⑈0041162⑈ ⑆121000248⑆ 4535078083          ⑈

---

V5P01
/43

S cs # 0405-095

0041162
$11,160.37

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

---



⑈0041162⑈ ⑆121000248⑆ 4535078083          ⑈

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

---

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 205

CONCORD                    CA 94520-0000

0041473
1224

PAY TO THE ORDER OF    PIPER RUDNICK LLP
6225 SMITH AVENUE
BALTIMORE, MD  21209-3600

May        04, 2005

$22,940.06

TWENTY-TWO THOUSAND NINE HUNDRED FORTY & 06/00 DOLLARS

WELLS FARGO BANK 121000248

V5P01

⑈"0041473"⑈ ⑆121000248⑆ 4535078083      ⑈•

---

V5P01
/43                    Seg # 0505-020                    0041473
$22,940.06

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

---

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 205

CONCORD                    CA 94520-0000

0041473
1224

PAY TO THE ORDER OF    PIPER RUDNICK LLP
6225 SMITH AVENUE
BALTIMORE, MD  21209-3600

May        04, 2005

$22,940.06

TWENTY-TWO THOUSAND NINE HUNDRED FORTY & 06/00 DOLLARS

WELLS FARGO BANK 121000248

V5P01

⑈"0041473"⑈ ⑆121000248⑆ 4535078083      ⑈•

```
TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE
```

WELLS FARGO - CMS                                                    0042502
1320 WILLOW PASS ROAD, STE 205                                       1224

CONCORD                 CA  94520-0000

                                                      June      16, 2005

PAY      PIPER RUDNICK LLP
TO THE   6225 SMITH AVENUE
ORDER    BALTIMORE, MD  21209-3600                     $26,623.00
OF

TWENTY-SIX THOUSAND SIX HUNDRED TWENTY-THREE & 00/00 DOLLARS

      WELLS FARGO BANK 121000248

V5P01

        ⑈004 250 2⑈  ⑆121000 248⑆  4535078083        ⑈

V5P01                                                    0042502
/43                                                      $26,623.00

```
TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE
```
                         *0605-068*

        ⑈004 250 2⑈  ⑆121000 248⑆  4535078083        ⑈

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

---

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 205

CONCORD                    CA  94520-0000

0042899
1224

July          08, 2005

PAY
TO THE
ORDER
OF
PIPER RUDNICK LLP
6225 SMITH AVENUE
BALTIMORE, MD  21209-3600

$43,812.48

FORTY-THREE THOUSAND EIGHT HUNDRED TWELVE & 48/00 DOLLARS

WELLS FARGO BANK 121000248

V5P01

⑈0042899⑈ ⑆121000248⑆ 4535078083          ⑈

---

V5P01

/43

0042899
$43,812.48

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

*Seg#0705- 021*

---

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 205
CONCORD                    CA  94520-0000

0042899
1224

July          08, 2005

PAY  PIPER RUDNICK LLP
TO THE  6225 SMITH AVENUE
ORDER  BALTIMORE, MD  21209-3600

FORTY-THREE THOUSAND EIGHT HUNDRED TWELVE & 48/00 DOLLARS

WELLS FARGO BANK 121000248

V5P01

⑈0042899⑈ ⑆121000248⑆ 4535078083          ⑈

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

---

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 205
CONCORD                    CA 94520-0000

0044188
1224

PAY TO THE ORDER OF   PIPER RUDNICK LLP
6225 SMITH AVENUE
BALTIMORE, MD   21209-3600

August   16, 2005

$54,965.98

FIFTY-FOUR THOUSAND NINE HUNDRED SIXTY-FIVE & 98/00 DOLLARS

WELLS FARGO BANK 121000248

V5P01

⑈"0044188"⑈ ⑆121000248⑆ 4535078083      ⑈

---

V5P01

/43                    Seg#0805- 115

0044188
$54,965.98

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

---



⑈"0044188"⑈ ⑆121000248⑆ 4535078083      ⑈

| Check Date: | 15.Dec.2005 | | | | Check No. | 0300001296 |
|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | | Paid Amount |
| 1726131 | 31.Oct.2005 | 00022031 | 76.80 | 0.00 | | 76.80 |
| 1737158 | 21.Nov.2005 | 00022032 | 11,321.87 | 0.00 | | 11,321.87 |
| 1726129 | 31.Oct.2005 | 00022033 | 14,315.55 | 0.00 | | 14,315.55 |
| 1726126 | 31.Oct.2005 | 00022106 | 26,804.15 | 0.00 | | 26,804.15 |
| 1665680 | 12.Jul.2005 | 00022134 | 18,611.19 | 0.00 | | 18,611.19 |



| Vendor Number | | Name | | Total Discounts | | |
|---|---|---|---|---|---|---|
| 0000001512 | | DLA PIPER RUDNICK GRAY CARY US LLP | | $0.00 | | |
| Check Number | Date | | Total Amount | Discounts Taken | | Total Paid Amount |
| 0300001296 | 15.Dec.2005 | | $71,129.56 | $0.00 | | $71,129.56 |

**LNR PARTNERS, INC.**
**Controlled Disbursement Miami**
1601 WASHINGTON AVE., SUITE 600
MIAMI BEACH, FL  33139

KEY BANK NATIONAL ASSOCIATION        0300001296
127 Public Square
Cleveland, OH  44144
56-704/412

Date    15.Dec.2005        Pay Amount  $71,129.56***

****SEVENTY-ONE THOUSAND ONE HUNDRED TWENTY-NINE AND 56 / 100 DOLLAR****

Void after 180 days

Pay To The        DLA PIPER RUDNICK GRAY CARY US LLP
Order            5266 PAYSPHERE CIRCLE
Of               CHICAGO, IL  60674

Two signatures required if amount exceeds $50,000.00

| Bank Name: | Key Bank National Association | | Bank Account #: | 3509935133( |
| Pay Cycle: | MICONS    Seq Num:    568    Payment Method: CHK | | Pymnt Ref ID: | 0300001296 |
| Vendor Name: | DLA PIPER RUDNICK GRAY CARY US LLP | | Payment Date: | 12/15/2005 |
| Address: | 5266 PAYSPHERE CIRCLE | | Days Outstanding: | 12 |
| | CHICAGO    IL    60674    USA | | | |
| Payment Amount: | 71,129.56 | Payment Currency: USD | Payment Clear Date: | 12/27/2005 |
| Description: | | | | |

| Business Unit | Voucher ID | Advice Seq | Advice Date | Paid Amount | Currency | So |
|---|---|---|---|---:|---|---|
| 10000 | 00022134 | 1 | 07/12/2005 | 18,611.19 | Dollar | Ac |
| 10000 | 00022106 | 1 | 10/31/2005 | 26,804.15 | Dollar | Ac |
| 10000 | 00022033 | 1 | 10/31/2005 | 14,315.55 | Dollar | Ac |
| 10000 | 00022032 | 1 | 11/21/2005 | 11,321.87 | Dollar | Ac |
| 10000 | 00022031 | 1 | 10/31/2005 | 76.80 | Dollar | Ac |

Back To Payment Inquiry

| Check Date: | 16.Dec.2005 | | | | Check No. | 0300001355 |
|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | | Gross Amount | Discount Available | Paid Amount |
| 1741154 | 30.Nov.2005 | 00022273 | | 43,396.25 | 0.00 | 43,396.25 |
| 1693475 | 31.Aug.2005 | 00022274 | | 36,717.81 | 0.00 | 36,717.81 |

File Copy

| Vendor Number | Name | | | Total Discounts | | |
|---|---|---|---|---|---|---|
| 0000001512 | DLA PIPER RUDNICK GRAY CARY US LLP | | | $0.00 | | |
| Check Number | Date | | Total Amount | Discounts Taken | | Total Paid Amount |
| 0300001355 | 16.Dec.2005 | | $80,114.06 | $0.00 | | $80,114.06 |

---

**LNR PARTNERS, INC.**
**Controlled Disbursement Miami**
1601 WASHINGTON AVE., SUITE 600
MIAMI BEACH, FL 33139

KEY BANK NATIONAL ASSOCIATION          0300001355
127 Public Square
Cleveland, OH 44144
56-704/412

Date     16.Dec.2005          Pay Amount  $80,114.06***

****EIGHTY THOUSAND ONE HUNDRED FOURTEEN AND 06/100 DOLLAR****

Void

Void after 180 days

Pay To The          DLA PIPER RUDNICK GRAY CARY US LLP
Order               5266 PAYSPHERE CIRCLE
Of                  CHICAGO, IL 60674

Two signatures required if amount exceeds $50,000.00

| | | | |
|---|---|---|---|
| **Bank Name:** | Key Bank National Association | **Bank Account #:** | 3509935133 |
| **Pay Cycle:** | MICONS **Seq Num:** 569 **Payment Method:** CHK | **Pymnt Ref ID:** | 0300001355 |
| **Vendor Name:** | DLA PIPER RUDNICK GRAY CARY US LLP | **Payment Date:** | 12/16/2005 |
| **Address:** | 5266 PAYSPHERE CIRCLE | **Days Outstanding:** | 12 |
| | CHICAGO        IL        60674    USA | | |
| **Payment Amount:** | 80,114.06 **Payment Currency:** USD | **Payment Clear Date:** 12/28/2005 |
| **Description:** | | | |

| Business Unit | Voucher ID | Advice Seq | Advice Date | Paid Amount | Currency | So |
|---|---|---|---|---|---|---|
| 10000 | 00022274 | 1 | 08/31/2005 | 36,717.81 | Dollar | Ac |
| 10000 | 00022273 | 1 | 11/30/2005 | 43,396.25 | Dollar | Ac |

Back To Payment Inquiry

0000010036

LNR PARTNERS, INC. AS AGENT
CSFB 1999-C1, SS Account
1601 WASHINGTON AVE., SUITE 600
MIAMI BEACH, FL 33139

Bank of America Customer Connection
Bank of America  TX
32-1/1110

Date    23.Nov.2005    Pay Amount  $6,870.12***

Pay    ****SIX THOUSAND EIGHT HUNDRED SEVENTY AND 12 / 100 DOLLAR****

To The
Order
Of

DLA PIPER RUDNICK GRAY CARY US, LLP
5266 PAYSPHERE CIRCLE
CHICAGO, IL  60674

Void after 180 days

Two signatures required if amount exceeds $50,000.00

⑈"0000010036"⑈  ⑈111000012⑈:  3752284236"⑈

⑊"000068 70 1 2⑊'

CSFB 99 C1

# LNR
## Partners, Inc.

| PSA Bank Account #56 | | Balance | BU # | BK Code | GL Code | Project # | Loan Officer | Accountant | Advancing Party |
|---|---|---|---|---|---|---|---|---|---|
| OLD | 3068906020 | | | M172 | | | | | |
| NEW | 3752284236 | ($6,870.12) | 99999 | M069 | 113560 | C90172 | LNR Loan Audit Group | Melkeya Horne | Wells Fargo |
| | Beginning Balance | Deposits and Withdrawals | Ending Balance | Trans. Date | Asset | Loan # | Invoice # | Vendor | Type |
| Statement Date | | | | | | | | | |
| x | 99,885.95 | (6,870.12) | 93,015.83 | 12/12/05 | Blue Hills Office | 760990083 | 1709716 | Piper Rudnick | Check #10036 |

($6,870.12)

1601 Washington Avenue • Suite 700 • Miami Beach, Florida 33139
Telephone: (305) 695-5600 • Fax: (305) 695-5601

LNR PARTNERS, INC. AS AGENT
CSFB 1999-C1, SS Account
1601 WASHINGTON AVE., SUITE 600
MIAMI BEACH, FL 33139

BANK OF AMERICA
Bank of America Customer Connection
New York   NY
32-1/1110

0000010054

Date     29.Mar.2006          Pay Amount  $63,537.81***

Pay     ****SIXTY-THREE THOUSAND FIVE HUNDRED THIRTY-SEVEN AND 81 / 100 DOLLAR****

To The
Order
Of

DLA PIPER RUDNICK GRAY CARY US, LLP
5266 PAYSPHERE CIRCLE
CHICAGO, IL  60674

Void after 180 days

Two signatures required if amount exceeds $50,000.00

⑈00000 10054⑈ ⑉1110000 12⑉ 3752284236⑈          ⑉0006353781⑉

# LNR
Partners, Inc.

CSFB 99 C1

| PSA Bank Account #56 | | Balance | BU # | BK Code | GL Code | Project # | Loan Officer | Accountant | Advancing Party |
|---|---|---|---|---|---|---|---|---|---|
| OLD | 3068906020 | | | M172 | 113560 | C90172 | LNR Loan Audit Group | Melkeya Horne | Wells Fargo |
| NEW | 3752284236 | ($63,537.81) | 99999 | M069 | 113560 | C90172 | LNR Loan Audit Group | Melkeya Horne | Wells Fargo |
| Statement Date | Beginning Balance | Deposits and Withdrawals | Ending Balance | Trans. Date | Asset | Loan # | Invoice # | Vendor | Type |
| | 158,461.72 | (63,537.81) | 94,923.91 | 04/12/06 | Blue Hills Office | 760990083 | 1754871 | DLA Piper Rudnick | Check #10054 |

($63,537.81)

1601 Washington Avenue • Suite 700 • Miami Beach, Florida 33139
Telephone: (305) 695-5600 • Fax: (305) 695-5601

0053813
$140,266.35

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

---

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 300
CONCORD                    CA  94520-0000

0053813
1210

PAY
TO THE
ORDER
OF

PIPER RUDNICK LLP
6225 SMITH AVENUE
BALTIMORE, MD  21209-3600

June      19, 2006

$140,266.35

ONE HUNDRED FORTY THOUSAND TWO HUNDRED SIXTY-SIX & 35/00 DOLLARS

WELLS FARGO BANK

V5P01

⑈0053813⑈ ⑈121000248⑈ 4535078083          ⑈

---

V5P01
/43

0053813
$140,266.35

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

Se9 # 0606-026

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 300
CONCORD                    CA  94520-0000

0053813
1210

PAY
TO THE
ORDER
OF

PIPER RUDNICK LLP
6225 SMITH AVENUE
BALTIMORE, MD  21209-3600

June      19, 2006

$140,266.35

ONE HUNDRED FORTY THOUSAND TWO HUNDRED SIXTY-SIX & 35/00 DOLLARS

WELLS FARGO BANK

V5P01

⑈0053813⑈ ⑈121000248⑈ 4535078083          ⑈

**OUTGOING MONEY TRANSFER DEBIT**

410,286.18        0000000000        00370229421
WIRE TYPE:WIRE OUT DATE:060808 TIME:1729 ET
TRN:2006080800229421 SERVICE REF:004131
BNF:DLA PIPER RUDNICK OPER ACC ID:07481485 BNF BK:
MANUFACTURERS AND TRADE ID:022000046 PMT DET:11040
004 CSFB 1999 CI SS L 760990083 BLUE HILLS OFFICE

**INCOMING MONEY TRANSFER CREDIT**

| 215,943.40 | 0000000000 | 00370229938 | 215,943.40 | 0.00 |
|---|---|---|---|---|

WIRE TYPE:WIRE IN DATE: 060802 TIME:1655 ET
TRN:2006080200229938 SEQ:060802068287/002347
ORIG:COMMERCIAL MORTGAGE SVC. SND BK:WELLS FARGO B
ANK  NA ID:121000248 PMT DET:000036441 BLUE HILLS
OFFICE PARK LN#760990083 PIPER RUDNICK GRAY CARY #

| 194,342.78 | 0000000000 | 00370230832 | 194,342.78 | 0.00 |
|---|---|---|---|---|

WIRE TYPE:WIRE IN DATE: 060802 TIME:1658 ET
TRN:2006080200230832 SEQ:060802068541/002362
ORIG:COMMERCIAL MORTGAGE SVC. SND BK:WELLS FARGO B
ANK  NA ID:121000248 PMT DET:000036440 BLUE HILLS
OFFICE PARK LN#760990083 PIPER RUDNICK GRAY CARY #

| 54,708.09 | 0000000000 | 00370231257 | 54,708.09 | 0.00 |
|---|---|---|---|---|

WIRE TYPE:WIRE IN DATE: 060802 TIME:1659 ET
TRN:2006080200231257 SEQ:060802068648/002267
ORIG:COMMERCIAL MORTGAGE SVC. SND BK:WELLS FARGO B
ANK  NA ID:121000248 PMT DET:000036442 FATH FOREST
LN#760990089 AKIM GUMP STRAUSS HAUER & FELD INV#1

**OUTGOING MONEY TRANSFER DEBIT**

|  | 279,082.29 | 0000000000 | 00370268917 |
|--|--|--|--|

WIRE TYPE:WIRE OUT DATE:061016 TIME:1725 ET
TRN:2006101600268917 SERVICE REF:004715
BNF:DLA PIPER RUDNICKN GRAY CA ID:074-8148-5
BNF BK:MANUFACTURERS AND TRADE ID:022000046
PMT DET:11980829 IN1836863  LN760990083 IN1836863

| *TOTAL* | 279,082.29 | # of Items: | 1 |
|--|--|--|--|
| *TOTAL DEBITS* | | | |

0000010062

**LNR PARTNERS, INC. AS AGENT**
**CSFB 1999-C1, SS Account**
1601 WASHINGTON AVE., SUITE 600
MIAMI BEACH, FL  33139

BANK OF AMERICA
Bank of America Customer Connection
New York   NY
32-1/1110

Date     26.Sep.2006          Pay Amount  $69,239.29***

Pay          ****SIXTY-NINE THOUSAND TWO HUNDRED THIRTY-NINE AND 29 / 100 DOLLAR****

Void after 180 days

To The         **DLA PIPER RUDNICK GRAY CARY US, LLP**
Order             1200 NINETEENTH STREET NW
Of                  WASHINGTON, DC  20036-2412

Two signatures required if amount exceeds $50,000.00

⑈"00000 1006 2"⑈  ⑈:1 1 10000 1 2:⑈  375228 4 236⑈"          ,"0006 9 23929,"

CSFB 99 C1

# LNR
Partners, Inc.

| PSA Bank Account #56 | Balance | BU # | BK Code M172 | GL Code | Project # | Loan Officer | Accountant | Advancing Party |
|---|---|---|---|---|---|---|---|---|
| OLD    3068906020 | | | | | | | | |
| NEW    3752284236 | ($69,239.29) | 99999 | M069 | 113560 | C90172 | LNR Loan Audit Group | Melkeya Horne | Wells Fargo |
| Statement Date | Beginning Balance | Deposits and Withdrawals | Ending Balance | Trans. Date | Asset | Loan # | Invoice # | Vendor | Type |
| X | 134,682.37 | (69,239.29) | 65,443.08 | 10/06/06 | Blue Hills Office | 760990083 | 1856067 | DLA Piper Rudnick | Check #10062 |

($69,239.29)

1601 Washington Avenue • Suite 700 • Miami Beach, Florida 33139
Telephone: (305) 695-5600 • Fax: (305) 695-5601

**OUTGOING MONEY TRANSFER DEBIT**

33,839.47            0000000000        00370254942
WIRE TYPE:WIRE OUT DATE:061121 TIME:1722 ET
TRN:2006112100254942 SERVICE REF:004640
BNF:DLA PIPER RUDNICK GRAY CAR ID:5800244054
BNF BK:LASALLE BANK NA ID:071000505 PMT DET:124856
10 CSFB 1999 C1 INV1859511L760990083

V5P01
/43

0059722
$51,272.93

```
TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE
```

---

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 300                                    0059722
                                                                  1210
CONCORD                   CA 94520-0000

PAY    PIPER RUDNICK LLP                          November  16, 2006
TO THE 6225 SMITH AVENUE
ORDER
OF     BALTIMORE, MD  21209-3600                      $51,272.93

FIFTY-ONE THOUSAND TWO HUNDRED SEVENTY-TWO & 93/00 DOLLARS

   WELLS FARGO BANK

V5P01

⑈"005 97 2 2⑈" ⑈:1 2 1000 248⑈: 4 5 3 5 0 7 8 0 8 3     ⑈•

---

V5P01
/43

0059722
$51,272.93

```
TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE
```

Seq # 1106 - 022

---

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 300                                    0059722
CONCORD                   CA 94520-0000                           1210

PAY    PIPER RUDNICK LLP                          November  16, 2006
TO THE 6225 SMITH AVENUE
ORDER
OF     BALTIMORE, MD  21209-3600                      $51,272.93

FIFTY-ONE THOUSAND TWO HUNDRED SEVENTY-TWO & 93/00 DOLLARS

   WELLS FARGO BANK

V5P01

VOID

**OUTGOING MONEY TRANSFER DEBIT**

550,446.80                    0000000000          00370158392
                    WIRE TYPE:WIRE OUT DATE:061215 TIME:1151 ET
                    TRN:2006121500158392 SERVICE REF:002363
                    BNF:DLA PIPER US LLP ID:5800244054 BNF BK:LASALLE
                    BANK NA ID:071000505 PMT DET:12812743 IN1887754 18
                    99286 1907991FFC:LN760990083

# POLCARI AFFIDAVIT

# <u>EXHIBIT B</u>

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 300
CONCORD                CA 94520-0000

0052243
1210

April    25, 2006

PAY
TO THE      PIPER RUDNICK LLP
ORDER      6225 SMITH AVENUE
OF          BALTIMORE, MD 21209-3600                    $7,758.31

SEVEN THOUSAND SEVEN HUNDRED FIFTY-EIGHT & 31/00 DOLLARS

WELLS FARGO BANK

V5P01

Batch: 80830
Tran: 31

⑈MP

⑈"0052243⑈ ⑊121000248⑊ 4535078083        ⑈"

| LOCKBOX | BATCH | ITEM | IMAGE | DATE | AMOUNT |
|---------|-------|------|-------|------|--------|
| 64029 | 3 | 31 | 31 | April 27, 2006 | $ 7,758.31 |
| For inquiries call 410-347-6245 | | | | | |

/43                                                    $7,758.31

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 300
CONCORD                CA 94520-0000

0052243
1210

April      25, 2006

PAY        PIPER RUDNICK LLP
TO THE     6225 SMITH AVENUE
OF          BALTIMORE, MD 21209-3600                    $7,758.31

SEVEN THOUSAND SEVEN HUNDRED FIFTY-EIGHT & 31/00 DOLLARS

WELLS FARGO BANK

V5P01

⑈"0052243⑈ ⑊121000248⑊ 4535078083        ⑈"

V5P01                                              0052243
/43                                                $7,758.31

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

---

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 300

0052357
1210

CONCORD            CA 94520-0000

April     28, 2006

PAY   PIPER RUDNICK LLP
TO THE   6225 SMITH AVENUE
ORDER
OF    BALTIMORE, MD  21209-3600

$66,274.17

SIXTY-SIX THOUSAND TWO HUNDRED SEVENTY-FOUR & 17/00 DOLLARS

WELLS FARGO BANK

V5P01

⑈⑈0052357⑈⑈ ⑈121000248⑈ 4535078083        ⑈⑈

---

V5P01
/43

0052357
$66,274.17

TRANSACTION TYPE 55 MISC EXPENSE
DISBURSEMENT TYPE

---

WELLS FARGO - CMS
1320 WILLOW PASS ROAD, STE 300

0052357
1210

CONCORD            CA 94520-0000

April     28, 2006

PAY   PIPER RUDNICK LLP
TO THE   6225 SMITH AVENUE
ORDER
OF    BALTIMORE, MD  21209-3600

$66,274.17

SIXTY-SIX THOUSAND TWO HUNDRED SEVENTY-FOUR & 17/00 DOLLARS

WELLS FARGO BANK

V5P01

23 13 32 6

Batch:  53800
Tran:  23

MP

⑈⑈0052357⑈⑈ ⑈121000248⑈ 4535078083

| LOCKBOX | BATCH | ITEM | IMAGE | DATE | AMOUNT |
|---------|-------|------|-------|------|--------|
| 64029 | 4 | 23 | 23 | May 01, 2006 | $ 66,274.17 |

For inquiries call 410-347-6245

# POLCARI AFFIDAVIT

# <u>EXHIBIT C</u>

OUTGOING INTERNL MONEY TRNSFR

99,074.74 1215270632 061215270632

WIRE TYPE:BOOK OUT DATE:121506 TIME:1620 ET

TRN:2006121500270632

FED IMAD:

RELATED REF:12826649

ORIG:LP MIAMI SPECIAL SERVICING ID:3752284456

BNF:FTI CONSULTING INC ID:003939577164

BNF BK: ID:

INT BK: ID:

RECV BK: ID:

PAYMENT DETAILS:

IV7117690 MATTER NO. 7213.0096CSFB

99-C1

**OUTGOING INTERNL MONEY TRNSFR**

| | | |
|---|---|---|
| 57,491.03 | 0000000000 | 00370158391 |

WIRE TYPE:BOOK OUT DATE:061215 TIME:1151 ET
TRN:2006121500158391 RELATED REF:12812691
BNF:FTI CONSULTING INC ID:003939577164 PMT DET:IN7
123413 7120097FFC:LN760990083

**OUTGOING MONEY TRANSFER DEBIT**

| | | |
|---|---|---|
| 10,183.24 | 0000000000 | 00370334287 |

WIRE TYPE:WIRE OUT DATE:060905 TIME:1723 ET
TRN:2006090500334287 SERVICE REF:005388
BNF:STOTZ COMMERCIAL APPRAISER ID:29810702 BNF BK:
NEWBURYPORT FIVE CENT S ID:211371502 PMT DET:11415
977 CSFB 99-C1 INV#37;EXPERT WITNESS-BLUE HILLS OF

**OUTGOING MONEY TRANSFER DEBIT**

```
    33,839.47              0000000000         00370254942
                    WIRE TYPE:WIRE OUT DATE:061121 TIME:1722 ET
                    TRN:2006112100254942 SERVICE REF:004640
                    BNF:DLA PIPER RUDNICK GRAY CAR ID:5800244054
                    BNF BK:LASALLE BANK NA ID:071000505 PMT DET:124856
                    10 CSFB 1999 C1 INV1859511L760990083
    16,504.75              0000000000         00370255093
                    WIRE TYPE:WIRE OUT DATE:061121 TIME:1723 ET
                    TRN:2006112100255093 SERVICE REF:004550
                    BNF:BRAVER PC TRANSFER ACCOUNT ID:68804949243
                    BNF BK:SOVEREIGN BANK ID:011075150 PMT DET:1248262
                    0 CSFB 1999 C1 INV40018L760990083CSFB1999 C1
```

# POLCARI AFFIDAVIT

# **EXHIBIT D**



## Special Servicing Invoice Approval

| Portfolio | Borrower | Loan Number | Loan Class | Loan Status | Non-Recoverability Date |
|---|---|---|---|---|---|
| CSFB 99-C1 | Blue Hills Office Park | M760990083 | Special Serviced REO | REO Sale at a Loss | |
| **Invoice type** | **Vendor** | **Invoice Date** | **Invoice Number** | **Invoice Amount** | **Loan Status Date** |
| Legal Fees | DLA Piper Rudnick Gray Cary US, LLP | 10/09/2006 | 1887754 | $323,780.79 | 04/29/2005 |

Loan Data as of:

| Expense Balance | | Pending Balance | | Available Balance | |
|---|---|---|---|---|---|
| Description | Balance | Description | Balance | Description | Balance |
| Legal Fees | ($95,295.64) | Legal Fees | $95,295.64 | Legal Fees | $0.00 |
| Other Charges | ($17,436.30) | Other Charges | $17,436.30 | Other Charges | $0.00 |
| Trustee Expense | ($1,014,013.41) | Trustee Expense | $0.00 | Trustee Expense | ($1,014,013.41) |

**Amount Approved:**  $323,780.79

Accounting Use Only

| | |
|---|---|
| Asset Manager | Joe Polcari | 10/16/2006 |
| Loan AM Director Approval | Larry Golinsky | 10/24/2006 |
| Chief Legal Counsel Approval | Tom Nealon | 10/25/2006 |

Asset Manager MUST indicate below where funds for payment of invoice should come from by marking the correct item:

☐ **Expense Account->**  **Amount in Expense Account**  $ _____

Applies If

a.  funds were collected in advance from borrower.

b.  funds were collected at payoff and placed in LNR Special Servicing Account

c.  funds were collected at the closing of the REO sale and placed in LNR Special Servicing Account.

☐ **Property Protection/Servicing Advance**

Applies if there are no available funds in either REO or Expense Accounts.

☒ **Trust Expense**

Applies if funds will not be available from any other source. Provide explanation below:

*Choose one of the following*

1.  Loan Sold or Paid Off  _____

2.  Non-Recoverable  _____

3.  Payment by Borrower Waived  _____

4.  Potentially Recoverable  _____  Date of Possible Recovery  _____

5.  Other  _____

☐ **REO Account**

☐ **LNR Expense**  Reason : _____

☐ **Hold -**  Provided Explanation Below(Comments Required)

Additional Comments: (Should you disagree with this invoice, please explain below)

_____
_____
_____



## *Special Servicing Invoice Approval*

| Portfolio | Borrower | Loan Number | Loan Class | Loan Status | Non-Recoverability Date |
|---|---|---|---|---|---|
| CSFB 99-C1 | Blue Hills Office Park | M760990083 | Special Serviced REO | REO Sale at a Loss | |
| **Invoice type** | **Vendor** | **Invoice Date** | **Invoice Number** | **Invoice Amount** | **Loan Status Date** |
| Legal Fees | DLA Piper Rudnick Gray Cary US, LLP | 10/26/2006 | 1899286 | $150,117.21 | 04/29/2005 |

Loan Data as of:

| **Expense Balance** | | **Pending Balance** | | **Available Balance** | |
|---|---|---|---|---|---|
| Description | Balance | Description | Balance | Description | Balance |
| Legal Fees | ($858,150.21) | Legal Fees | $858,150.21 | Legal Fees | $0.00 |
| Other Charges | ($1,921.32) | Other Charges | $1,921.32 | Other Charges | $0.00 |
| Trustee Expense | ($1,256,795.54) | Trustee Expense | $0.00 | Trustee Expense | ($1,256,795.54) |

| **Amount Approved:** | $150,117.21 | | Accounting Use Only |
|---|---|---|---|

| Asset Manager | Joe Polcari | 12/4/2006 |
|---|---|---|
| Loan AM Director Approval | Larry Golinsky | 12/5/2006 |
| Chief Legal Counsel Approval | Tom Nealon | 12/6/2006 |

Asset Manager MUST indicate below where funds for payment of invoice should come from by marking the correct item:

☐    **Expense Account->**    **Amount in Expense Account**    $ _____

     Applies If

     a.      funds were collected in advance from borrower.

     b.      funds were collected at payoff and placed in LNR Special Servicing Account

     c.      funds were collected at the closing of the REO sale and placed in LNR Special Servicing Account.

☐    **Property Protection/Servicing Advance**

     Applies if there are no available funds in either REO or Expense Accounts.

☐    **Trust Expense**

     Applies if funds will not be available from any other source. Provide explanation below:

     *Choose one of the following*

     1.      Loan Sold or Paid Off      _____

     2.      Non-Recoverable      _____

     3.      Payment by Borrower Waived      _____

     4.      Potentially Recoverable      _____    Date of Possible Recovery    _____

     5.      Other      _____

☐    **REO Account**

☐    **LNR Expense**      Reason :      _____

☐    **Hold -**      Provided Explanation Below(Comments Required)

Additional Comments: (Should you disagree with this invoice, please explain below)

_____

_____

_____



## Special Servicing Invoice Approval

| Portfolio | Borrower | Loan Number | Loan Class | Loan Status | Non-Recoverability Date |
|---|---|---|---|---|---|
| CSFB 99-C1 | Blue Hills Office Park | M760990083 | Special Serviced REO | REO Sale at a Loss | |
| **Invoice type** | **Vendor** | **Invoice Date** | **Invoice Number** | **Invoice Amount** | **Loan Status Date** |
| Legal Fees | FTI Consulting | 07/20/2006 | 7120097 | $24,471.07 | 04/29/2005 |

Loan Data as of:

| Expense Balance | | Pending Balance | | Available Balance | |
|---|---|---|---|---|---|
| Description | Balance | Description | Balance | Description | Balance |
| Legal Fees | ($583,466.76) | Legal Fees | $583,466.76 | Legal Fees | $0.00 |
| Other Charges | ($960.66) | Other Charges | $960.66 | Other Charges | $0.00 |
| Trustee Expense | ($125,813.80) | Trustee Expense | $0.00 | Trustee Expense | ($125,813.80) |

**Amount Approved:**          **$24,471.07**

| | | | Accounting Use Only |
|---|---|---|---|
| Asset Manager | Joe Polcari | 11/5/2006 | |
| Loan AM Director Approval | Larry Golinsky | 11/10/2006 | |
| Chief Legal Counsel Approval | Tom Nealon | 11/29/2006 | |

Asset Manager MUST indicate below where funds for payment of invoice should come from by marking the correct item:

☐ **Expense Account->**          **Amount in Expense Account**          $ _____

   Applies If

   a.   funds were collected in advance from borrower.

   b.   funds were collected at payoff and placed in LNR Special Servicing Account

   c.   funds were collected at the closing of the REO sale and placed in LNR Special Servicing Account.

☐ **Property Protection/Servicing Advance**

   Applies if there are no available funds in either REO or Expense Accounts.

☐ **Trust Expense**

   Applies if funds will not be available from any other source.  Provide explanation below:

   *Choose one of the following*

   1.   Loan Sold or Paid Off          _____

   2.   Non-Recoverable          _____

   3.   Payment by Borrower Waived          _____

   4.   Potentially Recoverable          _____   Date of Possible Recovery          _____

   5.   Other          _____

☐ **REO Account**

☐ **LNR Expense**          Reason : _____

☐ **Hold  -**    Provided Explanation Below(Comments Required)

Additional Comments: (Should you disagree with this invoice, please explain below)

_____

_____

_____



## *Special Servicing Invoice Approval*

| Portfolio | Borrower | Loan Number | Loan Class | Loan Status | Non-Recoverability Date |
|---|---|---|---|---|---|
| CSFB 99-C1 | Blue Hills Office Park | M760990083 | Special Serviced REO | REO Sale at a Loss | |
| Invoice type | Vendor | Invoice Date | Invoice Number | Invoice Amount | Loan Status Date |
| Legal Fees | FTI Consulting | 10/18/2006 | 7123413 | $33,019.96 | 04/29/2005 |

Loan Data as of:

| Expense Balance | | Pending Balance | | Available Balance | |
|---|---|---|---|---|---|
| **Description** | **Balance** | **Description** | **Balance** | **Description** | **Balance** |
| Legal Fees | ($574,917.87) | Legal Fees | $574,917.87 | Legal Fees | $0.00 |
| Other Charges | ($960.66) | Other Charges | $960.66 | Other Charges | $0.00 |
| Trustee Expense | ($125,813.80) | Trustee Expense | $0.00 | Trustee Expense | ($125,813.80) |

**Amount Approved:**   |   **$33,019.96**

| | | | Accounting Use Only |
|---|---|---|---|
| Asset Manager | Joe Polcari | 11/5/2006 | |
| Loan AM Director Approval | Larry Golinsky | 11/10/2006 | |
| Chief Legal Counsel Approval | Tom Nealon | 11/29/2006 | |

Asset Manager MUST indicate below where funds for payment of invoice should come from by marking the correct item:

☐    **Expense Account->**    **Amount in Expense Account**    $ _____

    Applies If

      a.     funds were collected in advance from borrower.

      b.     funds were collected at payoff and placed in LNR Special Servicing Account

      c.     funds were collected at the closing of the REO sale and placed in LNR Special Servicing Account.

☐    **Property Protection/Servicing Advance**

    Applies if there are no available funds in either REO or Expense Accounts.

☐    **Trust Expense**

    Applies if funds will not be available from any other source. Provide explanation below:

    *Choose one of the following*

      1.     Loan Sold or Paid Off    _____

      2.     Non-Recoverable    _____

      3.     Payment by Borrower Waived    _____

      4.     Potentially Recoverable    _____    Date of Possible Recovery    _____

      5.     Other    _____

☐    **REO Account**

☐    **LNR Expense**     Reason : _____

☐    **Hold  -**     Provided Explanation Below(Comments Required)

Additional Comments: (Should you disagree with this invoice, please explain below)

_____

_____

_____