UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC )<br>)<br>   Plaintiffs, )<br>   Defendants-in-Counterclaim, )<br>)<br>              v. )<br>)<br>J.P. MORGAN CHASE BANK, as )<br>Trustee for the Registered )<br>Holders of Credit Suissee First )<br>Boston Mortgage Securities )<br>Corp., Commercial Mortgage )<br>Pass-Through Certificates, )<br>Series 1999-C1, )<br>)<br>   Defendant )<br>)<br>and CSFB 1999 - C1 Royall )<br>Street, LLC, )<br>   Defendant, )<br>   Plaintiff-in-Counterclaim )<br>)<br>and )<br>)<br>WILLIAM LANGELIER and GERALD )<br>FINEBERG, )<br>)<br>   Defendants-in-Counterclaim. )<br> | CIVIL ACTION<br>NO. 05-10506-WGY |

JUDGMENT

YOUNG, D.J.                                                    December 21, 2006

    This case having come on for bench trial on September 13, 2006; the Court having considered all of the evidence and arguments presented by the parties and their counsel; and the Court having rendered a decision, it is hereby ORDERED:

1. Judgment for J.P. Morgan Chase Bank, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1 (the "Trustee") and CSFB 1999-C1 Royall Street, LLC ("CSFB") shall enter on all claims asserted in the Second Amended Complaint by Blue Hills Office Park LLC ("Blue Hills"). All claims asserted by Blue Hills are dismissed with prejudice.

2. On their Counterclaim, the Trustee and CSFB shall have judgment against Blue Hills, Gerald Fineberg, and William Langelier jointly and severally and recover:

    a. $10,770,847.00;

    b. Accrued contract interest in the amount of $4,552,365.47 through November 28, 2006.

    c. Additional accrued contract interest in the amount of $3,286.63 per day for each day after November 28, 2006 until the date of judgment; and

    d. Attorneys' fees and costs in the amount of $2,056,566.01

3. CSFB and the Trustee shall recover from Blue Hills, Gerald Fineberg, and William Langelier jointly and severally post-judgment interest on the total of the amounts set forth in paragraph 2 above, to the extent unpaid, at the legally applicable rate.

4. On October 13, 2006, the Court ordered that the $2 million held in escrow at the law firms of Wilmer Cutler Pickering Hale and Dorr LLP and Bernkopf Goodman LLP be paid forthwith to the Trustee and CSFB.  Pursuant to that order those monies have since been paid ($1 million on November 22, 2006 and $1 million on November 28, 2006) in partial satisfaction of the amounts set forth in paragraph 2 above.

Judgment shall enter forthwith

SO ORDERED

/s/ William G. Young
WILLIAM G. YOUNG