UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1,<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET, LLC,<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br>    Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

### EMERGENCY MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2(c), and Massachusetts R. Prof. C. 1.7 and 1.16(a)(1), *et seq.*, Bernkopf Goodman, LLP ("Bernkopf"), as well as the undersigned individual counsel (collectively, "Bernkopf"), respectfully seek leave to withdraw as counsel for the Defendant-in-Counterclaim William Langelier ("Langelier").

In support of this Motion, Bernkopf avers and asserts as follows:

1.    On October 13, 2006, this Court issued preliminary findings against Blue Hills Office Park, LLC ("Blue Hills"), Gerald Fineberg ("Fineberg") and Langelier at the conclusion of the trial of this matter. In doing so, the Court made certain speculative comments regarding

- 2 -

the legal services provided by attorneys at the law firms of Bernkopf and Wilmer Cutler Pickering Hale and Dorr LLP in connection with transactions occurring prior to the commencement of the above-referenced action.

2.    As a result of the Court's comments and the Judgment just entered by the Court, conflicts of interest have recently arisen between and among Blue Hills, Fineberg, Langelier and their respective counsel, including Bernkopf.  These conflicts of interest preclude Bernkopf from representing Langelier in this matter any further.

3.    Bernkopf has taken or will take all reasonable steps to avoid any prejudice to Langelier's rights as a result of Bernkopf's withdrawal as his counsel.  Upon receiving leave to withdraw, BGB will promptly make available to Langelier or to his choice of successor counsel all papers and property to which Mr. Langelier is entitled.

4.    There are no motions presently pending before the Court, there are no hearings or conferences scheduled and there are no written or oral reports due.

5.    This motion is being served on Mr. Langelier at his home via certified mail, return receipt requested and upon his Boston, Massachusetts counsel, Edward Barshak, Sugarman Rogers Barshak & Cohen, P.C., 101 Merrimac Street, Boston, Massachusetts  02114.

6.    This motion is also supported by the Affidavit of Peter B. McGlynn in Support of Bernkopf Goodman LLP's Motion to Withdraw its Appearance on Behalf of William Langelier filed herewith.

WHEREFORE, Bernkopf and the undersigned counsel respectfully request that the Court enter an order:

1.    Granting Bernkopf and the undersigned individual counsel leave to withdraw as counsel to William Langelier; and

- 3 -

2.  Providing such other and further relief as is just and proper.

## REQUEST FOR EMERGENCY HEARING

Pursuant to Local Rule 7.1(D), Bernkopf requests an emergency hearing as to the issues raised herein. If the Court grants Bernkopf's request for an emergency hearing, Bernkopf will promptly provide electronic and telephonic notice to Mr. Langelier and to Mr. Langelier's Boston, Massachusetts counsel, Edward Barshak, as well as to all other counsel of record.

Respectfully submitted,

BLUE HILLS OFFICE PARK LLC, WILLIAM LANGELIER AND GERALD FINEBERG,
By their attorneys,

/s/ Peter B. McGlynn
Peter B. McGlynn, Esquire (BBO No. 333660)
Meredith A. Swisher, Esquire (BBO No. 646866)
BERNKOPF GOODMAN LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:   (617) 790-3000
Facsimile:    (617) 790-3300
pmcglynn@bg-llp.com
mswisher@bg-llp.com

Dated: December 21, 2006
413654 v1/14500/9985