UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1,<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET, LLC,<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br>    Defendants-in-Counterclaim | CIVIL ACTION NO. 05-CV-10506 (WGY) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as counsel for the Defendant-in-Counterclaim, William Langelier, in the above-captioned matter.

                                  Defendant-in-Counterclaim,
                                  William Langelier
                                  By his Attorneys,

                                  */s/ Christine M. Netski*
                                  Edward J. Barshak, BBO No. 032040
                                  Christine M. Netski, BBO No. 546936
                                  Sugarman, Rogers, Barshak & Cohen, P.C.
                                  101 Merrimac Street
                                  Boston, MA 02114-4737
                                  (617) 227-3030
DATED:  December 28, 2006          netski@srbc.com

CERTIFICATE OF SERVICE

      I, Christine M. Netski, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                    */s/ Christine M. Netski*
                                    Christine M. Netski
                                    netski@srbc.com

386014