UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1,<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET, LLC,<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br>    Defendants-in-Counterclaim | CIVIL ACTION NO. 05-CV-10506 (WGY) |

### MOTION OF WILLIAM LANGELIER TO ALTER OR AMEND JUDGMENT

Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, William Langelier, hereby joins in the Joint Motion of Blue Hills Office Park LLC and Gerald Fineberg (collectively "Blue Hills") to alter or amend the judgment entered on December 21, 2006. For all of the reasons set forth in Blue Hills' motion and the exhibits thereto (Paper No. 195), Langelier seeks the following relief:

1.   That the Judgment be amended to dismiss Count IV of the Counterclaim with prejudice;

    2.      That the Judgment be amended to dismiss Count VI of the Counterclaim with prejudice; and

    3.      That Count III of the Counterclaim be dismissed with prejudice.

WHEREFORE, Langelier requests this Court to amend the Judgment as requested herein.

## REQUEST FOR HEARING

Pursuant to Local Rule 7.1(D), Langelier requests a hearing on this motion.

> Defendant-in-Counterclaim,
> William Langelier
> By his Attorneys,
>
> */s/ Edward J. Barshak*
> Edward J. Barshak, BBO No. 032040
> Christine M. Netski, BBO No. 546936
> Sugarman, Rogers, Barshak & Cohen, P.C.
> 101 Merrimac Street
> Boston, MA 02114-4737
> (617) 227-3030
> barshak@srbc.com
> netski@srbc.com

Dated: January 8, 2007

## CERTIFICATE OF SERVICE

     I, Edward J. Barshak, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 8, 2007.

> */s/ Edward J. Barshak*
> Edward J. Barshak
> barshak@srbc.com

#386381