UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for<br>the Registered Holders of Credit Suisse First<br>Boston Mortgage Securities Corp., Commercial<br>Mortgage Pass-Through Certificates,<br>Series 1999-C1<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET, LLC<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and<br>GERALD FINEBERG<br>    Defendants-in-Counterclaim | Civil Action No. 05-CV-10506 (WGY) |

### NOTICE OF APPEAL

Notice is hereby given that Gerald Fineberg and Blue Hills Office Park, LLC hereby appeal the Judgment in the above-referenced action entered on December 21, 2006 to the United States Court of Appeals for the First Circuit.

Dated:  January 10, 2007

BLUE HILLS OFFICE PARK LLC AND
GERALD FINEBERG,
By their attorneys,

_____
Peter B. McGlynn, Esquire, BBO #333660
Meredith A. Swisher, Esquire, BBO #646866
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
(617) 790-3000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon
(each party appearing pro se and) the attorney of record for each other
party by [handwritten]

415863 v1/38279/1