UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1,<br>    Defendant<br><br>and CSFB 1999 – C1 ROYALL STREET, LLC,<br>    Defendant/Plaintiff-in-Counterclaim<br><br>and<br><br>WILLIAM LANGELIER and GERALD FINEBERG,<br>    Defendants-in-Counterclaim | CIVIL ACTION NO. 05-CV-10506 (WGY) |

## NOTICE OF APPEAL

William J. Langelier hereby appeals the Judgment in the above-captioned matter, entered on December 21, 2006, to the United States Court of Appeals for the First Circuit.

                                      Defendant-in-Counterclaim,
                                      William Langelier
                                      By his Attorneys,

                                      */s/ Christine M. Netski*
                                      Edward J. Barshak, BBO No. 032040
                                      Christine M. Netski, BBO No. 546936
                                      Sugarman, Rogers, Barshak & Cohen, P.C.
                                      101 Merrimac Street
                                      Boston, MA 02114-4737
                                      (617) 227-3030
                                      barshak@srbc.com
                                      netski@srbc.com

DATED: January 16, 2007

CERTIFICATE OF SERVICE

      I, Christine M. Netski, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

      */s/ Christine M. Netski*
      Christine M. Netski
      netski@srbc.com

386552