UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
BLUE HILLS OFFICE PARK LLC       )
                                 )
   Plaintiffs,                   )
   Defendants-in-Counterclaim,   )
                                 )
         v.                      )   CIVIL ACTION
                                 )   NO. 05-10506-WGY
J.P. MORGAN CHASE BANK, as       )
Trustee for the Registered       )
Holders of Credit Suissee First  )
Boston Mortgage Securities       )
Corp., Commercial Mortgage       )
Pass-Through Certificates,       )
Series 1999-C1,                  )
                                 )
   Defendant                     )
                                 )
and CSFB 1999 - C1 Royall        )
Street, LLC,                     )
   Defendant,                    )
   Plaintiff-in-Counterclaim     )
                                 )
and                              )
                                 )
WILLIAM LANGELIER and GERALD     )
FINEBERG,                        )
                                 )
   Defendants-in-Counterclaim.   )
_____)
```

ORDER

YOUNG, C.J.                                           January 16, 2007

On December 21, 2006, this Court issued a Judgment dismissing all claims asserted by Blue Hills Office Park LLC ("Blue Hills") and on their counterclaim, finding for J.P. Morgan Chase Bank, as Trustee for the Registered Holders of Credit

Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1 (the "Trustee") and CSFB 1999-C1 Royall Street, LLC ("CSFB"). Now, Blue Hills, Gerald Fineberg, and William Langelier move to amend the Judgment, insofar as it did not dismiss Count III, IV, and VI of the Counterclaim.

The Court agrees it erroneously failed to dismiss Count III, IV, and VI of the Counterclaim. Therefore, the Joint Motion of Blue Hills and Gerald Fineberg to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) [Doc. No. 195] and the Motion of William Langelier to Alter or Amend Judgment [Doc. No. 197] is ALLOWED. The Judgment is hereby amended. A new Amended Judgment shall issue forthwith.

SO ORDERED.

*William G. Young*
WILLIAM G. YOUNG
DISTRICT JUDGE