UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                    )
BLUE HILLS OFFICE PARK LLC,         )
        Plaintiff/Defendant-in-Counterclaim  )
                                    )
v.                                  )
                                    )
                                    )
J.P. MORGAN CHASE BANK, as Trustee for  )
the Registered Holders of Credit Suisse First  )
Boston Mortgage Securities Corp., Commercial  )
 Mortgage Pass-Through Certificates,  )
Series 1999-C1                      )
        Defendant                   )
                                    )  Civil Action No. 05-CV-10506 (WGY)
and CSFB 1999 – C1 ROYALL STREET, LLC  )
        Defendant/Plaintiff-in-Counterclaim  )
                                    )
and                                 )
                                    )
WILLIAM LANGELIER and               )
GERALD FINEBERG                     )
        Defendants-in-Counterclaim  )
_____  )
```

## NOTICE OF APPEAL

Notice is hereby given that Gerald Fineberg and Blue Hills Office Park, LLC hereby

appeal the Amended Judgment in the above-referenced action dated January 16, 2007 and

entered on January 18, 2007 to the United States Court of Appeals for the First Circuit.

BLUE HILLS OFFICE PARK LLC AND
GERALD FINEBERG,
By their attorneys,

/s/Peter B. McGlynn
Peter B. McGlynn, Esquire
 BBO No. 333660
Meredith A. Swisher, Esquire
 BBO No. 646866
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Dated: January 23, 2007          Telephone:     (617) 790-3000
416540 v1/14500/9985