### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10506

Blue Hills Office Park LLC

v.

J. P. Morgan Chase Bank, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

and contained in NOA #198 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  1/10/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 29, 2007.

Sarah A. Thornton, Clerk of Court

By:

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __11/3/10.7__

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: __07-1206__

- 3/06