UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUE HILLS OFFICE PARK LLC,<br>       Plaintiff,<br>       Defendant-in-Counterclaim,<br><br>   v.<br><br>J.P. MORGAN CHASE BANK,<br>as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1, and CSFB 1999–C1 ROYALL STREET, LLC,<br>       Defendants,<br>       Plaintiffs-in-Counterclaim,<br><br>   v.<br><br>WILLIAM LANGELIER and<br>GERALD FINEBERG,<br>       Defendants-in-Counterclaim. | CIVIL ACTION<br>NO. 05-10506-WGY |

## LENDER'S NOTICE OF CROSS-APPEAL

Defendants and Plaintiffs-in-Counterclaim CSFB 1999-C1 Royall Street, LLC and J.P. Morgan Chase Bank, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1 hereby appeal to the United States Court of Appeals for the First Circuit so much of the Amended Judgment, entered January 18, 2007, as dismisses Count VI (Chapter 93A) of their Counterclaim.

BOST1\462334.1

- 2 -

Respectfully submitted,

CSFB 1999-C1 ROYALL STREET, LLC,
and J.P. MORGAN CHASE BANK, as
Trustee for the Registered Holders of Credit
Suisse First Boston Mortgage Securities
Corp., Commercial Mortgage Pass-Through
Certificates, Series 1999-C1,

By their attorneys,

/s/ Bruce E. Falby
E. Randolph Tucker, BBO #503845
Bruce E. Falby, BBO #544143
Bruce S. Barnett, BBO #647666
Traci S. Feit, BBO #660688
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000

Dated: February 19, 2007

BOST1\462334.1