UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10506

Blue Hills Office Park LLC

v.

J. P. Morgan Chase Bank, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

219 Notice of Cross Appeal

and contained in NOA #219 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/19/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 21, 2007.

Sarah A. Thornton, Clerk of Court

By /s/ *Deputy Clerk*

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 2/21/07.

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06