## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cv-10506

Blue Hills Office Park LLC

v.

J. P. Morgan Chase Bank, et al

## **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

219 Notice of Cross Appeal

and contained in  NOA #219 Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  2/19/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 21, 2007.

Sarah A. Thornton Clerk of Court

By

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 3 | 1 | 0 7 .

Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1326

- 3/06