# MANDATE

05-10506
USDC/MA
Young, J

# United States Court of Appeals
## For the First Circuit

Nos. 07-1172
07-1206
07-1326

BLUE HILLS OFFICE PARK, LLC
Plaintiff - Appellee

v.

J.P. MORGAN CHASE BANK, as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 1999-C1; CSFB 1999-C1 ROYALL STREET, LLC
Defendants - Appellees

GERALD S. FINEBERG
Defendant

WILLIAM J. LANGELIER
Defendant - Appellant

## JUDGMENT

Entered: March 8, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

_____
**Deputy Clerk**

**Date:** 3/8/07

By the Court:
Richard Cushing Donovan, Clerk

AMY B. LEDERER

By: _____
Appeals Attorney

[cc: Edward J. Barshak, Esq., Peter B. McGlynn, Esq., Bruce E. Falby, Esq.]